## United States Bankruptcy Court
### District of Delaware

In re  **Stream TV Networks, Inc.**　　　　　　　　　　　　　　　Case No. 21-10433
　　　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Stream TV Networks, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

SLS Holdings VI, LLC
Attn: Shad Stastney
392 Taylor Mills Road
Marlboro, NJ 07746

Attached hereto is a list attained from the company of its equity security holders. It is noted that Mathu Rajan individually owns 18,200 shares of the company and is the 40% owner of Akshaya Holdings LLC. Akshaya Holdings LLC, which is owned by members of the Rajan family, owns approximately 8.78% of Stream TV (7,521,551 shares).

☐ None [*Check if applicable*]

　　2/24/2021　　　　　　　　　　　　　/s/ Martin J. Weis
Date　　　　　　　　　　　　　　　　　Martin J. Weis
　　　　　　　　　　　　　　　　　　　Signature of Attorney or Litigant
　　　　　　　　　　　　　　　　　　　Counsel for **Stream TV Networks, Inc.**
　　　　　　　　　　　　　　　　　　　Dilworth Paxson LLP
　　　　　　　　　　　　　　　　　　　704 King Street, Suite 500
　　　　　　　　　　　　　　　　　　　PO Box 1031
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899-1031
　　　　　　　　　　　　　　　　　　　Phone; 302-571-9800 Fax:215-575-7200
　　　　　　　　　　　　　　　　　　　mweis@dilworthlaw.com

| Investor: Name | % Equity |
| --- | --- |
| A.C.L.M. Luijks | Holds only warrants |
| Accrued Agent Warrants | Holds only warrants |
| Blake Capital Investments Limited | Holds only warrants |
| Blue Ocean Partners Ltd | Holds only warrants |
| Bradley Woods & Co Ltd | Holds only warrants |
| David Spratt | Holds only warrants |
| Don Freeman & Renee Freeman | Holds only warrants |
| Eric Singer | Holds only warrants |
| Geoval Consultants LLC | Holds only warrants |
| Gollop Consulting LLC | Holds only warrants |
| Iinuma Gauge Manufacturing Co. Ltd | Holds only warrants |
| Island Investment Holdings | Holds only warrants |
| Knight-Davis Associates LLP | Holds only warrants |
| Lee Chartock | Holds only warrants |
| Mark J Coleman | Holds only warrants |
| Mark R Savarese | Holds only warrants |
| Michael F Aguilar | Holds only warrants |
| Mutlaq Alzayed | Holds only warrants |
| Robert Petch | Holds only warrants |
| Ronald Jacobs | Holds only warrants |
| Russell Burke | Holds only warrants |
| SLS Holdings VI, LLC | 15.8606% |
| Akshaya Holdings LLC | 8.7824% |
| Vayikra Capital LLC | 5.1714% |
| Hawk Investment Holdings Limited | 3.3129% |
| Joseph Corso | 3.2488% |
| Hadron Master Fund | 3.1137% |
| MTL Shipping & Investment Ltd | 2.8252% |
| Charles William David Birchall | 2.6855% |
| Broughton Ltd. | 2.4895% |
| Pershing Nominees Ltd a/c CCCLT | 2.1036% |
| Sonny Mandell | 1.9981% |
| Alastair Duncan Hadfield Crawford | 1.6137% |
| Todd D Tuls | 1.5168% |
| Hallfield Holdings SA | 1.4595% |
| Vipul Patel | 1.3177% |
| MWL International Ltd | 1.3116% |
| Nigel Hamilton-Smith | 1.2452% |
| Pepper Grove Holdings Limited | 1.2319% |
| St Peter Port Capital | 1.1769% |
| Estate of Harold A Sorgenti | 1.1746% |
| Jeffrey A Grossman | 0.9428% |

| | |
|---|---|
| Puddles 2 Limited | 0.9182% |
| Adrian Conrad Holmes | 0.9166% |
| Andrew James Roughley | 0.8757% |
| Mark Daniel Roughley | 0.8757% |
| Dennis Lavin | 0.8465% |
| Ian David Tanner | 0.7881% |
| Windsor International Corporation | 0.7006% |
| Neulight Living Trust | 0.6880% |
| Godefridus Vranken | 0.6726% |
| Emson Holdings Ltd | 0.6655% |
| Framse Holding GmbH | 0.6013% |
| Lisa Walsh | 0.5953% |
| Leonardo Zampatti | 0.5838% |
| Londer Securities S.A. | 0.5838% |
| Edinburgh Capital Management | 0.5429% |
| Adolfo & Donna Carmona | 0.5274% |
| Batten Trustee Ltd as Trustee of the Arrow Trust | 0.5254% |
| Keith Owen Claude Merrick | 0.5254% |
| Intrinsyc Technologies Corporation | 0.4850% |
| Mark Dyer | 0.4682% |
| Shadron Stastney | 0.4207% |
| Eamonn Manson | 0.4099% |
| Laurence Catterson and Helen Tonar Pitt Catterson | 0.3951% |
| Michael Haggiag Family Trust u/a dtd 1/6/2014 | 0.3795% |
| Miriam Mandell | 0.3735% |
| Mark Andrew Vully De Candole | 0.3697% |
| Reyker Nominees Limited | 0.3541% |
| David Taylor | 0.3503% |
| Amlin Investments Ltd | 0.3445% |
| Leo Hindery, Jr | 0.3416% |
| Timothy D.K. Simond | 0.3415% |
| Billy J. Knott | 0.3129% |
| Guy H.A. Chisenhale-Marsh | 0.2977% |
| Lapis Ventures SAC Limited | 0.2919% |
| Sharad Patel | 0.2907% |
| Alvaro Ramirez | 0.2893% |
| Sorgenti Investors, L.P. | 0.2842% |
| Peter Thomas Kaursland | 0.2656% |
| Quaker Holdings L.P. | 0.2493% |
| Adolfo Carmona | 0.2335% |
| Cereals & Vegetable Oils Trading Corp FZE | 0.2335% |
| Leman Management Nominees Limited | 0.2335% |
| David Walpole, Helene Webb and The SRB Trustee C | 0.2102% |

| | |
|---|---|
| Charles Neulight | 0.2000% |
| Nicholas Toppin | 0.1870% |
| Pershing (CI) Nominees Limited a/c JCCLT | 0.1836% |
| Elizabeth P Frazier | 0.1831% |
| Roberto Villaquiran | 0.1828% |
| Charles J Caminada | 0.1751% |
| Frank Dearie and Cindy Dearie | 0.1746% |
| Bixx Tech Limited | 0.1727% |
| Anthony Wigram | 0.1705% |
| Neil Thacker Maclachan | 0.1635% |
| Fred A. Shabel | 0.1588% |
| Primorus Investments PLC | 0.1557% |
| Sebastian Andrew Marr | 0.1557% |
| Timothy John Morton | 0.1472% |
| Bowman Sculpture International Ltd | 0.1471% |
| Silverwood Enterprises Limited | 0.1417% |
| The 2012 Sanford Lipstein Family Trust | 0.1395% |
| Keith Young | 0.1391% |
| Keith Gordon Marsden | 0.1365% |
| Jerry Schwartz | 0.1331% |
| Charles Lasley | 0.1328% |
| Lawrence Ciarcia | 0.1328% |
| Jaystyle Limited | 0.1327% |
| Mirdas Limited | 0.1316% |
| Tom Sego | 0.1284% |
| Christopher Matthews | 0.1177% |
| Joseph S. Zuritsky | 0.1177% |
| Grahame Paul Alan Lovett | 0.1173% |
| CSS Ltd | 0.1168% |
| CSS Recruitment | 0.1168% |
| DEAR SPA | 0.1168% |
| Joel Pace Kallan | 0.1168% |
| Donald E Bates | 0.1168% |
| Hanson Holdings Lux S.à r.l. | 0.1168% |
| RAB Capital Holdings Limited | 0.1168% |
| WB Nominees Limited | 0.1168% |
| George M. Ross Irrevocable Indenture of Trust dated | 0.1151% |
| Jan-Age Ronnestad | 0.1118% |
| Paul Stamatis Jr | 0.1109% |
| Debt Opportunity Fund, LLC | 0.1106% |
| Total CFO, LLC | 0.1106% |
| William & Joanne Jellison | 0.1039% |
| S F Booth | 0.1024% |

| | |
|---|---|
| Eugene Jhong and Jisun Rhee Trust | 0.1007% |
| Joel Vine | 0.0949% |
| Joseph A Saiia | 0.0917% |
| Larry Evans | 0.0906% |
| Young Park | 0.0883% |
| Leonard I. Korman | 0.0878% |
| Hugh Rokeby Holland | 0.0876% |
| Nicholas P Wentworth-Stanley | 0.0876% |
| Charles David Murch | 0.0876% |
| Fourys Co Ltd | 0.0876% |
| Guy Henry Toller | 0.0876% |
| Joseph J Karcsmar & Rene Laracuente | 0.0876% |
| Margaret Valentine | 0.0876% |
| Michael Gray | 0.0876% |
| Oliroma Holdings SRL | 0.0876% |
| Patrick Miles | 0.0876% |
| Yask sa | 0.0876% |
| Ronald L Caplan | 0.0870% |
| Diane L Buechel Exempt Marital Trust 5/6/09 | 0.0869% |
| Soniya Patel | 0.0854% |
| Antoinette Garrison Trust | 0.0817% |
| Robert N Garrison Trust | 0.0817% |
| Alan Robert Orchard | 0.0804% |
| Charles L. Orr | 0.0797% |
| Kathryn Toller | 0.0788% |
| Ronald B. Mandell | 0.0707% |
| Christopher Ernest Inns | 0.0701% |
| David Kenneth Michael Walpole | 0.0701% |
| Lauterstein Consulting Inc. | 0.0701% |
| Richard Peter Pease | 0.0701% |
| Melvin B. Miller | 0.0694% |
| John McCrossin | 0.0667% |
| Marjonjac LLC | 0.0667% |
| Barry Alan Rutledge | 0.0664% |
| Thomas L. Glen III | 0.0664% |
| TR Reddy | 0.0664% |
| Keith O. Newton | 0.0651% |
| LRC 2011 Trust | 0.0647% |
| Russell Malsam | 0.0642% |
| Sanford Lipstein | 0.0636% |
| Kishore Ganji & Srilalitha Bhattaram | 0.0636% |
| Richard E. Carp | 0.0634% |
| Sarah Caroline Drnec | 0.0632% |

| | |
|---|---|
| Mark Savarese and John Savarese JTWROS | 0.0627% |
| Walmer Capital Limited | 0.0620% |
| Sheila Laboda Revocable Trust | 0.0619% |
| Kim Herold | 0.0599% |
| Walsh CHB, Inc. | 0.0597% |
| Edward J Borkowski and Nancy B McCormick | 0.0596% |
| Daniel Erlanger and Beth Erlanger | 0.0591% |
| Steven Anthony Sussman | 0.0587% |
| Stephen James Blackford | 0.0585% |
| Alan Wood | 0.0584% |
| Andrew Charles Finnemore Capon | 0.0584% |
| Elizabeth Anne Merrick | 0.0584% |
| Henry Guy Merrick | 0.0584% |
| Jacopo Franzan | 0.0584% |
| Josephine Linden | 0.0584% |
| Natasha Imogen Merrick | 0.0584% |
| Olivia Louise Merrick | 0.0584% |
| Pains Fireworks Limited | 0.0584% |
| Richard F.B. Milligan-Manby | 0.0584% |
| Stephen M Andress | 0.0576% |
| MP Tavill Revocable Trust | 0.0575% |
| Matthew Hammond | 0.0560% |
| Tarlton Parsons | 0.0557% |
| Esther and Murray Alter | 0.0555% |
| David Simon | 0.0528% |
| Kevin John Gollop | 0.0525% |
| Brad Weiner | 0.0522% |
| Gene Pendyke | 0.0522% |
| Harry Gierman | 0.0519% |
| Mactaggart & Mickel Investments Limited | 0.0517% |
| Edward Napier Tremayne Miles | 0.0517% |
| Chris Monson / CWM Real Estate Services, Inc. | 0.0504% |
| Paul Vincent Adams | 0.0503% |
| Lester Amey | 0.0503% |
| Michael T and Cheryl A Blakeslee | 0.0501% |
| S Bruce Rubin | 0.0501% |
| David Weber | 0.0481% |
| James Weinstein | 0.0475% |
| David Lombardi | 0.0471% |
| Andrew L Epstein | 0.0467% |
| LBJ Investors, LP | 0.0448% |
| PCL Investments | 0.0441% |
| Adam Bidwell | 0.0420% |

| Name | Percentage |
|---|---|
| Helen Jane Jenson | 0.0420% |
| Helene Kathleen Webb | 0.0420% |
| Lisa Ann Walpole | 0.0420% |
| James Kenneth Baudains | 0.0420% |
| Rachel Baudains | 0.0420% |
| David Cohen | 0.0412% |
| Susan Spratt and David Spratt | 0.0409% |
| Keith B. Ward | 0.0409% |
| Martin Fasack | 0.0403% |
| Dr Alex Ortolano | 0.0403% |
| Owen Nutto | 0.0400% |
| Walter John Schoendorf Jr | 0.0389% |
| Bruno Widmer | 0.0379% |
| Family Trust created under Stuart A. Marcus Revocal | 0.0375% |
| Geraldine M. Rosato | 0.0365% |
| Joan Johnson, Trustee Under Declaration of Revocab | 0.0360% |
| Linda E. Johnson | 0.0360% |
| Mark Lombardi | 0.0353% |
| Robert and Monique Currie | 0.0353% |
| Andrew Lawley | 0.0350% |
| Andrew Mark Slinger | 0.0350% |
| Tammy S Maury and Steven C Maury | 0.0350% |
| Victoria Alice Slinger | 0.0350% |
| David P Lamoreaux | 0.0349% |
| Paul Fauci | 0.0332% |
| Newman Chittenden | 0.0330% |
| David Brookland and Valerie Brookland | 0.0325% |
| Mr AI and Mrs HA Patel A&M Settlement Trust | 0.0321% |
| Alvin Block | 0.0320% |
| Sheila Lois Laboda | 0.0319% |
| Jurgen Toorneman | 0.0318% |
| Frederic J Leonard | 0.0314% |
| Pepper J Frazier and Elizabeth P Frazier JT Ten | 0.0307% |
| Jeffrey A. Dominick | 0.0302% |
| Estate of Alfred Waber | 0.0301% |
| Tracy Anne Pernice | 0.0292% |
| Jennifer and Eden Cahan | 0.0292% |
| Jo Ellen Spitz Trust | 0.0292% |
| Kenneth Hanover and Sylvia T Hanover JTWROS | 0.0292% |
| William Philip Richards | 0.0292% |
| Paul & Rachel Becker | 0.0266% |
| Sharon Kostaroff | 0.0266% |
| Peter Kaizer | 0.0263% |

| Name | Percentage |
|---|---|
| Dale Phillips | 0.0260% |
| John R Clarke | 0.0260% |
| Elizabeth Lynn Bruce | 0.0251% |
| Edward M Snider Estate | 0.0245% |
| Gerald Laboda | 0.0235% |
| Jonathan and Elizabeth Raith | 0.0235% |
| Robert S French Revocable Trust 2018 | 0.0234% |
| Jonathan Paul Speck | 0.0234% |
| Alkis P Zingas Trust | 0.0234% |
| Rupert Corfield | 0.0234% |
| Spirit Shore Ventures, LLC | 0.0234% |
| Jim Saltzman | 0.0227% |
| Larry Schmalz | 0.0214% |
| Mathu Rajan | 0.0213% |
| Stuart Evan Horwich | 0.0208% |
| Antoinette Garrison | 0.0204% |
| Howard M. Casper | 0.0202% |
| Musser Foundation | 0.0202% |
| Jacob Winigrad | 0.0201% |
| Sanford Lipstein, Trustee Eugene Lipstein | 0.0201% |
| James Marussich | 0.0199% |
| Etta Winigrad | 0.0198% |
| Gordaldo Limited | 0.0195% |
| Mary C McBrearty | 0.0190% |
| Eric Neulight and Caroline Neulight | 0.0189% |
| Gary Ackerman and Valerie Ackerman | 0.0189% |
| Gregory Allen Doran and Jennifer Burke Doran | 0.0189% |
| James Gorman and Megan Othersen Gorman | 0.0189% |
| Katie B Hauer | 0.0189% |
| Marc Bozzacco | 0.0189% |
| Ray Terwilliger | 0.0189% |
| Brooks W Garrison | 0.0175% |
| Euripides Psiloyenis | 0.0175% |
| Robert N Garrison Jr | 0.0175% |
| Gerald Laboda Revocable Trust | 0.0173% |
| Mi Sook Han | 0.0158% |
| Ram K. Sreekakula and Vijaya L Sreekakula JTWROS | 0.0158% |
| Mark & Sherri Finnegan | 0.0158% |
| Gary Ruchaber | 0.0154% |
| Rafael E Osona and Gail E Osona | 0.0151% |
| Peter Musser | 0.0147% |
| Steve Atlas | 0.0147% |
| Catherine M Mintzer | 0.0146% |

| | |
|---|---|
| Lawrence Mintzer | 0.0146% |
| Rose and James Tarangelo | 0.0141% |
| Michele Laboda | 0.0141% |
| Coralroot Limited | 0.0140% |
| Eugene J. Lipstein Trust | 0.0139% |
| Albert, Abram & Ivan Nalibotsky, JT | 0.0134% |
| Peter Jay Gilmore and Susan Florence Gilmore | 0.0134% |
| Glen and Peggy Bordak | 0.0133% |
| Gregory P. Gifford | 0.0133% |
| John R. Bartos | 0.0133% |
| Nicholas Ercolano | 0.0133% |
| Joan Pileggi | 0.0128% |
| Jonathan Gellis | 0.0126% |
| Leon J. Dutkiewicz, JR | 0.0126% |
| Guy Spelman | 0.0126% |
| Connie J. Braden | 0.0125% |
| Alane Laboda | 0.0125% |
| Amy L Marz Revocable Trust | 0.0125% |
| Jacob T. Laboda | 0.0125% |
| Carl H Grossman | 0.0123% |
| Gerald A. Mandell | 0.0122% |
| James W. and Elizabeth A. Smith | 0.0122% |
| Judith Goldstein | 0.0122% |
| Thomas R. Cronin Trust | 0.0122% |
| Carol Fries | 0.0117% |
| Cottage & Castle Ventures, Inc. | 0.0117% |
| Daniel Southey | 0.0117% |
| Robert and Debra DeCosta | 0.0117% |
| Bruce Deluca | 0.0117% |
| Cheryl and Thomas Guerin | 0.0117% |
| Christopher Edward Catling | 0.0117% |
| David Blomquist | 0.0117% |
| Gordon Michael Howard | 0.0117% |
| John W Quaintance III | 0.0117% |
| Vincent A Pileggi | 0.0117% |
| Brendan O'Neill | 0.0111% |
| National Financial Services FBO Emilio DiSanluciano I | 0.0103% |
| Sarena L Snider | 0.0103% |
| Irwin Gruverman | 0.0101% |
| John M Apathy & Susan G Apathy | 0.0101% |
| Oz Ventures, LLC | 0.0101% |
| RBC Capital Markets LLC Cust FBO David W Nock, Rot | 0.0101% |
| Warren Scott Hilton & Judith Kenney Hilton | 0.0101% |

| | |
|---|---|
| RBC Capital Markets LLC Cust FBO Pieter Van Hoever | 0.0097% |
| Ellen Rubin | 0.0087% |
| The 2012 Gail Lipstein Family Trust | 0.0083% |
| Jarl Saal | 0.0082% |
| Scott Lindell | 0.0081% |
| Sang Don and Anthony Kim | 0.0079% |
| Thomas R. Masseria | 0.0079% |
| Brian & Robyn Carp | 0.0071% |
| Estate of Leonard Siegel | 0.0071% |
| Larry J. Goldsborough | 0.0071% |
| Gary Jacobs | 0.0061% |
| George Simon | 0.0060% |
| Nisim Mirakov | 0.0059% |
| Vinod and Sailaja Kuruvadi | 0.0059% |
| Robert A. Zuritsky | 0.0059% |
| Briana Deluca | 0.0058% |
| Danielle Deluca | 0.0058% |
| Jill Homorodean | 0.0058% |
| Karen S Donovan | 0.0058% |
| Madan G Moudgal | 0.0058% |
| Russell D Coon Jr | 0.0058% |
| Elizabeth Garrison Trust | 0.0048% |
| Jacqueline B. Garrison Trust | 0.0048% |
| Jennifer Garrison Trust | 0.0048% |
| Kyle McBrearty Trust | 0.0048% |
| Megan McBrearty Trust | 0.0048% |
| Robert N. Garrison, III Trust | 0.0048% |
| Yeon Ho Kim | 0.0047% |
| A2MI Trinity 2 Partners | 0.0044% |
| Silverplay Limited | 0.0044% |
| Warren Scott Hilton | 0.0044% |
| George Xixis | 0.0029% |
| Andrew Kim | 0.0024% |
| Gary Edelman | 0.0023% |
| Harry F Mcann | 0.0016% |
| John M Apathy | 0.0015% |
| Bernard Spain | 0.0000%  (One share) |
| Bernard Spain Family Partnership | 0.0000%  (One share) |
| Don Freeman | 0.0000%  (One share) |
| Paul Kelly | 0.0000%  (One share) |
| Remy Fox | 0.0000%  (One share) |
| Renee Freeman | 0.0000%  (One share) |
| Wendy Trow-Fox | 0.0000%  (One share) |