**United States Bankruptcy Court**
**District of Delaware**

In re  **Stream TV Networks, Inc.**  
Debtor(s)

Case No.  21-10433 (KBO)  
Chapter  11

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 02/24/2021

**Mathu Rajan**/**CEO**
Signer/Title

STREAM TV NETWORKS, INC.
2009 CHESTNUT STREET
3RD FLOOR
PHILADELPHIA, PA 19103

ADOLFO & DONNA CARMONA
23 STRICKLAND ROAD
COS COB, CT 06807

ALFRED WABER
1919 CHESTNUT ST, #2904
PHILADELPHIA, PA 19103

MARTIN J. WEIS
DILWORTH PAXSON LLP
1500 MARKET STREET, SUITE 3500E
PHILADELPHIA, PA 19102

ADRIAN & ROTH
PERSONALBERATUNG GMBH
TENGSTRAßE 45
MUNCHEN, GERMANY 80796

ALKIS P ZINGAS TRUST
2196 HIDDEN FOREST DR
TROY, MI 48098

3DETROIT FILM CO. LLC
2385 N. PINE CENTER ST
WEST BLOOMFIELD, MI 48323

ADRIAN CONRAD HOLMES
MANUDEN HOUSE, MANUDEN
BISHOP'S STORTFORD,
 HERTS CM23 1DH
UK

ALLIANCE INTERNATIONAL LAW O
75-1, 58 CHUNG SHAN N. RD. SE3
TAIPEI, TAIWAN
 10452

A.C.L.M. LUIJKS
VINKENKADE 41 R 3
VINKEVEEN 3645 AP
NETHERLANDS

ADVANCED IMAGING SOCIETY
16027 VENTURA BLULEVARD SUITE #300
ENCINO, CA 91436

ALVARO RAMIREZ
CR 4 #70A-82, APT 716
BOGOTA, COLUMBIA 110231
COLUMBIA

A2MI TRINITY 2 PARTNERS
5 DEERFIELD LANE
NATICK, MA 01760

AKSHAYA HOLDINGS LLC
1105 WILLIAM PENN DRIVE
BENSALEM, PA 19020

ALVARTE TECHNOLOGY LLP.
S NO29, PL52, OFFICE #201
BHAMA EMRALD, SATARA ROAD,D
PUNE, MAHARASHTRA 411043

AARON LAMKIN
793A EAST FOOTHILL BLVD. #43
SAN LUIS OBISPO, CA 93405

ALAN ROBERT ORCHARD
17 ST ANNES TERRACE
ST HELIER, JERSEY
CHANNEL ISLANDS JE2 3HU
UK

ALVIN BLOCK
2005 MARKET STREET
 ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103

ABU DHABI INVESTMENT COUNCIL
P.O. BOX 61999
ABU DHABI, UAE

ALAN WOOD
2 EDITH TERRACE
LONDON, ENGLAND SW10 0TQ
UK

AMANDA VON AHNEN
105 EDWARDS RUN ROAD
MOUNT ROYAL, NJ 08061

AC LORDI
75 VALLEY STREAM PARKWAY SUITE 201
MALVERN, PA 19355

ALANE LABODA
1508 INVENTORS COURT
FT MYERS, FL 33901

AMLIN INVESTMENTS LTD
C/O FIRST NAMES GROUP
24 ROUTE DES ACACIAS
GENEVA, SWITZERLAND CH-1227

ADAM BIDWELL
128 WALTON STREET
LONDON, ENGLAND SW3 2JJ
UK

ALASTAIR DUNCAN
HADFIELD CRAWFORD
48 LAMONT ROAD
LONDON, ENGLAND SW10 0HX
UK

AMY L MARZ REVOCABLE TRUS
18735 BASELEG AVE
FT MYERS, FL 33917

ADEPT CHIP SERVICE PRIVATE LTD.
SITE NO.86, 1ST FLOOR,
 LRDI LAYOUT KARTHIK NAGAR,
FVLARATHAHALLI OUTER RING
BENGALURU, INDIA 560037

ALBERT, ABRAM & IVAN NALIBOTSKY,
6205 MORRISON BOULEVARD, APT. 226
CHARLOTTE, NC 28211

ANDREW CHARLES FINNEMORE C
3D HILLTOP MANSION
60, CLOUD VIEW ROAD
NORTH POINT
HONG KONG

| | | |
|---|---|---|
| ANDREW JAMES ROUGHLEY<br>LES MALTIèRES,<br>LE CHEMIN DES MALTIèRES<br>GROUVILLE, JERSEY<br>CHANNEL ISLAND JE3 9EB, UK | ARIA RESORT-CASINO AT CTYCNTR<br>4882 FRANK SINATRA DR<br>LAS VEGAS, NV 89158 | BLUE OCEAN PARTNERS<br>100 QUEENS RD .<br>CENTRAL, HONG KONG, CHINA |
| ANDREW KIM<br>2009 CHESTNUT STREET<br>1ST FLOOR<br>PHILADELPHIA, PA 19103 | AVNET EM<br>2211 SOUTH 47TH STREET<br>PHOENIX, AZ 85034 | BOWMAN SCULPTURE INTERNAT'L<br>6 DUKE STREET, ST JAMES'<br>LONDON, ENGLAND SW1Y 6BN<br>UK |
| ANDREW L EPSTEIN<br>185 COLLINS RD<br>WABAN, MA 02468 | AY COMMERCIAL LAW OFFICES<br>9F, NO. 333, SEC. 1, KEELUNG ROAD<br>TAIPEI CITY, TAIWAN ROC 11012 | BRAD WEINER<br>1474 ALPINE RIDGE WAY, UNIT 2<br>MOUNTAINSIDE, NJ 07092 |
| ANDREW LAWLEY<br>MANOR END<br>LITTLE GADDESDEN<br> HERTFORDSHIRE HP4 1PL<br>UK | BARRY ALAN RUTLEDGE<br>28 BOWNS ROAD<br>KOGARAH, NSW 2217<br>AUSTRALIA | BRENDAN O'NEILL<br>115 MORRIS STR<br>PHILADELPHIA, PA 19148 |
| ANDREW MARK SLINGER<br>16 CUMBERLAND RD<br>RICHMOND, SURREY TW9 3HQ<br>UK | BATTEN TRUSTEE LTD,<br>AS TRUSTEE OF THE ARROW TRUST<br>C/O TGT LEGAL, LEVEL 7,<br>3-13 SHORTLAND STREET<br>AUCKLAND 2010, NZ | BRIAN & ROBYN CARP<br>430 GREAT SPRINGS RD<br>BRYN MAWR, PA 19010 |
| ANTHONY WIGRAM<br>SOLEY HOUSE, CHILTON FOLIAT<br>WILTSHIRE RG17 0GW<br>UK | BDO USA, LLP<br>75 VALLEY STREAM PARKWAY<br>SUITE 201<br>MALVERN, PA 19355 | BRIANA DELUCA<br>5030 CHAMPION BLVD, STE G11 #2<br>BOCA RATON, FL 33496 |
| ANTOINETTE GARRISON<br>156 SEABREEZE AVE<br>PALM BEACH, FL 33480 | BERNARD SPAIN<br>233 S 6TH STREET APT 2505<br>PHILADELPHIA, PA 19106 | BROOKS W GARRISON<br>156 SEABREEZE AVE<br>PALM BEACH, FL 33480 |
| ANTOINETTE GARRISON TRUST<br>156 SEABREEZE AVE<br>PALM BEACH, FL 33480 | BERNARD SPAIN<br>FAMILY PARTNERSHIP<br>233 S 6TH STREET APT 2505<br>PHILADELPHIA, PA 19106 | BROUGHTON LTD.<br>INTERTRUST INTERNATIONAL MLT<br>PO BOX 119, MARTELLO COURT, R<br>ST PETER PORT, GUERNSEY, JE<br>CHANNEL ISLANDS GY1 3HB UK |
| AON RISK SERVICES INC.<br>OF NEW YORK<br>111 WALL STREET<br>NEW YORK, NY | BILLY J. KNOTT<br>C/O ALEXANDER CAPITAL<br>(A/C 883-00777)<br>17 STATE STREET, 5TH FLOOR<br>NEW YORK, NY 10004 | BRUCE DELUCA<br>1 N OCEAN BLVD, #305<br>BOCA RATON, FL 33496 |
| ARASAN CHIP SYSTEMS, INC.<br>2150 NORTH FIRST STREET, SUITE 240<br>SAN JOSE, CA 95131 | BLAKE CAPITAL INVESTMENTS LIMITED<br>64 WILBURY WAY<br>HITCHIN, HERTS SG4 0TP<br>UK | BRUCE H LABODA<br>14137 CARIBBEAN BLVD<br>FT MYERS, FL 33905 |

| | | |
|---|---|---|
| BRUNO WIDMER<br>KRäHBüHLSTRASSE 16<br>CH-8044 ZURICH<br>SWITZERLAND | CCH INCORPORATED<br>(WOLTERS KLUWER)<br>P.O. BOX 4307<br>CAROL STREAM, IN 60197-4307 | CHE WEI CHANG<br>327 CAMPHOR AVENUE<br>SAN JOSE, CA 95131 |
| BUBBLE COMMUNICATIONS<br>EAST SIDE COMPLEX - ROOM 555<br>PINEWOOD STUDIOS, PINEWOOD ROAD<br>IVER HEATH<br>BUCKINGHAMSHIRE, UK  SL0 0NH | CEREALS & VEGETABLE OILS TRADING<br>168 ESMERALDA STREET 1<br>VICTORY HEIGHTS, SPORTS CITY<br>DUBAI<br>UAE | CHERYL AND THOMAS GUERIN<br>20 RED OAK LANE<br>CORTLANDT MANOR, NY 10567 |
| BUCHANAN INGERSOLL<br>& ROONEY PC<br>919 NORTH MARKET STREET<br> SUITE 1500<br>WILMINGTON, DE 19801 | CHARLES DAVID MURCH<br>ASHCOMBE, CHAPEL LANE<br>WESTHUMBLE<br>DORKING, SURREY RH5 6AY<br>UK | CHRIS MONSON<br>CWM REAL ESTATE SERVICES<br>1887 ASHLEY MESA LANE<br>SADOY, UT 84092 |
| CADENCE DESIGN SYSTEMS, INC.<br>2655 SEELY AVENUE<br>SAN JOSE, CA 95134 | CHARLES J CAMINADA<br>56 LAMONT RD<br>LONDON, ENGLAND SW10 0HX<br>UK | CHRISTOPHER EDWARD CATLING<br>KEMERTON, HIGHCROFT<br>SHAMLEY GREEN, SURREY GU5 0U<br>UK |
| CALIFORNIA DEPARTMENT OF<br>TAX AND FEE ADM<br>ACCOUNT INFO. GROUP, MIC 29<br>PO BOX 942879<br>SACRAMENTO, CA 94279-0029 | CHARLES L. ORR<br>28267 CALAVERAS LAKE DR<br>SPRING, TX 77386 | CHRISTOPHER ERNEST INNS<br>6 LES HETRES COTTAGE<br> LA ROUTE DES HETRES, ST PE<br>JERSEY, CHANNEL ISLANDS JE37D<br>UK |
| CAPITAL ONE<br>P.O. BOX 71083<br>CHARLOTTE, NC 28272-1083 | CHARLES LASLEY<br>18050 CR 338<br>TERRELL, TX 75161 | CHRISTOPHER MATTHEWS<br>9 EAST KIRKE STREET<br>CHEVY CHASE, MD 20815 |
| CAPITAL ONE-5<br>P.O.BOX 71083<br>CHARLOTTE, NC 28272-1083 | CHARLES NEULIGHT<br>ELLEN NEULIGHT<br>PO BOX 30079<br>ELKINS PARK, PA 19027 | CIPHER DEVELOPMENT PARTNELL<br>1381 MCCARTHY BLVD.<br>MILPITAS, CA 95035 |
| CARL H GROSSMAN<br>14 LAFAYETTE DR<br>NEW CITY, NY 10956 | CHARLES ROBERTSON<br>9339 WOODLEY AVE<br>NORTH HILLS, CA 91343 | CITI CARDS<br>PO BOX 9001037<br>LOUISVILLE, KY 40290-1037 |
| CAROL FRIES<br>3443 70TH STR N<br>ST PETERSBURG, FL 33710 | CHARLES ROBERTSON<br>9339 WOODLEY AVENUE<br>NORTH HILLS, CA 91343 | CNA INSURANCE<br>PO. BOX 790094<br>ST LOUIS, MO 63179-0094 |
| CATHERINE M MINTZER<br>377 WALNUT ST<br>NEWTON, MA 02460 | CHARLES WILLIAM DAVID BIRCHALL<br>ALBA LTD.<br>WAKAYA RANGER ROAD, LYFORD CAY<br>NASSAU<br>BAHAMAS | CONCUR TECHNOLOGIES, INC.<br>62157 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 |

| | | |
|---|---|---|
| CONFERENCE TECHNOLOGIES, INC.<br>11653 ADIE ROAD<br>MARYLAND HEIGHTS, MO 63043 | CSS RECRUITMENT<br>AL JAZIRA SPORTS CLUB<br>OFICE 306, PO BOX 113088<br>ABU DHABI<br>UAE | DAVID LOMBARDI<br>22 FIELD AVE, PO BOX 3064<br>NANTUCKET, MA 02584 |
| CONNIE J. BRADEN<br>126 RIGHTERS MILL RD.<br>PENN VALLEY, PA 19072 | DALE PHILLIPS<br>20711 STERLINGTON DRIVE<br>LAND O LAKES, FL 34638 | DAVID P LAMOREAUX<br>18 PHILLY RUN DR<br>WEAVERVILLE, NC 28787 |
| CORAL VISION LTD<br>EASTON HOUSE, MANOR WAY<br>OXSHOTT, UK KT22 0HU | DANIEL ERLANGER<br>BETH ERLANGER<br>1696 NORTHGATE DR.<br>PITTSBURGH, PA 15241 | DAVID SIMON<br>RISLINGSTRASSE 1<br>ZURICH CH 8044<br>SWITZERLAND |
| CORALROOT LIMITED<br>ORDNANCE HOUSE, 31 PIER RD<br>ST HELIER, JERSEY<br>CHANNEL ISLANDS JE4 8PW<br>UK | DANIEL J. RINK<br>1017 E. 28TH STREET<br>HOUSTON, TX 77009 | DAVID SPRATT<br>139 PENNSYLVANIA AVENUE<br>YARDLEY, PA 19067 |
| CORE TECHNOLOGY LLC<br>PO BOX 799<br>GLOUCESTER, VA 23061 | DANIEL SOUTHEY<br>PO BOX 824<br>NANTUCKET, MA 02554 | DAVID TAYLOR<br>17A L'ESTORIL 31, AVE PRINCESG<br>MONTE CARLO 98000<br>MONACO |
| COTTAGE & CASTLE VENTURES, INC.<br>37 OLD SOUTH RD #6<br>NANTUCKET, MA 02554 | DANIELLE DELUCA<br>5030 CHAMPION BLVD, STE G11 #296<br>BOCA RATON, FL 33496 | DAVID WALPOLE, HELENE WEBB<br>THE SRB TRUSTEE COMPANY LT<br>AS TRUSTEES OF THE DKM WAL<br>80 LOWER ROAD, FETCHAM<br>LEATHERHEAD, SURREY KT22 9NG |
| COUSINS LAW<br>BRANDYWINE PLAZA WEST<br>1521 CONCORD PIKE, SUITE 301<br>WILMINGTON, DE 19803 | DAVID & VALERIE BROOKLAND<br>LES BAUX, RUE A DON<br>GROUVILLE, JERSEY<br>CHANNEL ISLANDS JE3 9GB<br>UK | DAVID WEBER<br>877 WATER HYACINTH CT. NE<br>ST. PETERSBURG, FL 33703 |
| COVERALL NORTH AMERICA, INC.<br>2955 MOMENTUM PLACE<br>CHICAGO, IL 60689 | DAVID BLOMQUIST<br>ALBAVAGEN 28<br>LIDINGO 18133<br>SWEDEN | DEAR SPA<br>PIAZZA MARGANO, 19<br>ROME 00186<br>ITALY |
| CRYSLINK TECHNOLOGIES CO., LTD<br>BLK 15, CHUANGTOU INDUSTRIAL<br>SQUARE 2<br>SIP SUZHOU<br>PR CHINA | DAVID COHEN<br>5703 VINTAGE OAKS CIRCLE<br>DELRAY BEACH, FL 33484 | DEBT OPPORTUNITY FUND, LLC<br>20711 STERLINGTON DRIVE<br>LAND O LAKES, FL 34638 |
| CSS LTD<br>HERALD HOUSE, 3RD FLOOR<br>8 HILL STREET, ST HELIER, JERSEY<br>CHANNEL ISLANDS JE2 4UA<br>UK | DAVID KENNETH MICHAEL WALPOLE<br>MWL INTERNATIONAL LTD,<br>1 PAPER MEWS, 330 HIGH STREET<br>DORKING, SURREY RH4 2TU<br>UK | DELAWARE STATE TREASURY<br>820 SILVER LAKE BLVD<br>SUITE 100<br>DOVER, DE 19904 |

DELL FINANCIAL SERVICES
P.O. BOX 5292
CAROL STREAM, IL 60197-5292

DR ALEX ORTOLANO
900 STEVENS DRIVE #203
RICHLAND, WA 99352

ELIZABETH P FRAZIER
PO BOX 1130
BOCA GRANDE, FL 33921

DEMARTINO AND ASSOCIATES LLC
875 UNION AVE.
BOULDER, CO 80304

DUNNER LAW  PLLC
3243 P STREET, N.W.
WASHINGTON, DC 20007

ELLIOTT GREENLEAF
1105 NORTH MARKET STREET
17TH FLOOR
WILMINGTON, DE 19801-1216

DENNIS LAVIN
BAYMONT HOUSE, MONT ARTHUR
ST BRELADE, JERSEY
CHANNEL ISLANDS JE3 8AH
UK

EAMONN MANSON
30, ST JOHN'S AVE
LONDON, ENGLAND SW15 6AN
UK

EMA DESIGN AUTOMATION
225 PARK TECH DR.
ROCHESTER, NY 14623

DEZAN SHIRA & ASSOCIATES
SUITE EF06, EAST TOWER
TWIN TOWERS, B12
JIAN GUO MEN WAI AVENUE
BEIJING, CHINA 1000022

EDINBURGH CAPITAL MANAGEMENT
666 JINXIU RD
BLOCK 9, APT 1102
SHANGHAI 200135
CHINA

EME ENTERPRISE INC.
1256 WEST WINTON AVENUE
HAYWARD, CA 94545

DIANE L BUECHEL
EXEMPT MARITAL TRUST 5/6/09
PO BOX 2300
NANTUCKET, MA 02584

EDWARD J BORKOWSKI
NANCY B MCCORMICK
120 EAST 15TH STREET
BEACH HAVEN, NJ 08008

EMSON HOLDINGS LTD
SUITE 20, BLOCK 6, WATERGRAD
GIBRALTAR GX11 1AA
UK

DIGITAL CONTENT PROTECTION LLC
3855 SW 153RD DRIVE
BEAVERTON, OR 97006

EDWARD M SNIDER ESTATE
417 CONESTOGA ROAD
MALVERN, PA 19355

ERIC NEULIGHT AND CAROLINEN
7516 CORNITH DR
ALEXANDRIA, VA 22306

DLA PIPER LLP(US)
6225 SMITH AVENUE
BALTIMORE, MD 21209-3600

EDWARD NAPIER TREMAYNE MILES
34 NEWARK STREET
LONDON, ENGLAND E1 2AA
UK

ERIC SINGER
200 E. 71ST STREET
NEW YORK, NY 10021

DON FREEMAN
1520 SPRUCE STREET
PHILADELPHIA, PA 19102

ELIZABETH ANNE MERRICK
FORD END HOUSE, FORD END
CLAVERING
SAFFRON WALDEN, ESSEX CB11 4PU
UK

ESPN INC MISCELLANEOUS
P.O. BOX 732527
DALLAS, TX 75373-2527

DON FREEMAN & RENEE FREEMAN
1520 SPRUCE STREET
PHILADELPHIA, PA 19102

ELIZABETH GARRISON TRUST
PO BOX 126
COCHRANVILLE, PA 19330

ESTATE OF HAROLD A SORGEN
1515 MARKET STREET, STE 940
PHILADELPHIA, PA 19102

DONALD E BATES
208 PEAKHAM RD
SUDBURY, MA 01776

ELIZABETH LYNN BRUCE
PENHILL, RUE DE LA BOULLERIE
ST ANDREW, GUERNSEY
CHANNEL ISLANDS GY6 8XF
UK

ESTATE OF LEONARD SIEGEL
741 N RINGGOLD ST
PHILADELPHIA, PA 19130

| | | |
|---|---|---|
| ESTHER AND MURRAY ALTER<br>1479 E 8TH STREET<br>BROOKLYN, NY 11230 | FORNAX ASSOCIATES LTD.<br>70C 16 BUCKHOLD RD.<br>LONDON, ENGLAND UK SW18 4FY | GARY EDELMAN<br>3977 ARTHUR AVENUE<br>SEAFORD, NY 11783 |
| ETTA WINIGRAD<br>PO BOX 530<br>MONTGOMERYVILLE, PA 18936 | FOURYS CO LTD<br>25825 SCIENCE PARK DR, STE 110<br>BEACHWOOD, OH 44122 | GARY JACOBS<br>600 NICOLE BLVD<br>OCOEE, FL 34761 |
| EUGENE J. LIPSTEIN TRUST<br>417 CONESTOGA ROAD<br>MALVERN, PA 19355 | FRAMSE HOLDING GMBH<br>CHEMIN DES VERNAZ 7<br>AIRE-LA-VILLE, SWITZERLAND CH-1288 | GARY RUCHABER<br>1660 SW PARKWOOD DRIVE<br>PORTLAND, OR 97225 |
| EUGENE JHONG<br>JISUN RHEE TRUST<br>467 ALICIA WAY<br>LOS ALTOS, CA 94022 | FRANK DEARIE AND CINDY DEARIE<br>PINEHURST, 6 WESTMOUNT COURT<br>WESTMOUNT RD, ST HELIER<br>JERSEY, CHANNEL ISLANDS JE2 3LR<br>UK | GENE PENDYKE<br>5 WOODGLEN LANE<br>VOORHEES, NJ 08043 |
| EURIPIDES PSILOYENIS<br>7914 SW 194TH STREET<br>MIAMI, FL 33157 | FRED A. SHABEL<br>210 W RITTENHOUSE SQ<br>PHILADELPHIA, PA 19103 | GEORGE M. ROSS<br>IRREVOCABLE INDENTURE OF TR<br>COZEN O'CONNOR<br>ONE LIBERTY PLACE, 1650<br>PHILADELPHIA, PA 19103 |
| FAMILY TRUST CREATED UNDER<br>STUART A. MARCUS REVOCABLE<br>TRUST, DATED 4-4-93<br>772 NE BAY ISLE DR.<br>BOCA RATON, FL 33487 | FREDERIC J LEONARD<br>OPPENHEIMER & CO INC.<br>100 NE 3RD AVE.<br>FT LAUDERDALE, FL 33301 | GEORGE SIMON<br>3313 CAMDEN RD<br>STATESVILLE, NC 28625 |
| FARRUKH SHAH KAHN<br>1564 KOOSER ROAD<br>SAN JOSE, CA 95118 | FREWIN & CLOSE LTD.<br>18 OAKLEY STREET<br>LONDON, ENGLAND SW3 5NT<br>UK | GEORGE XIXIS<br>23 WOODWORTH LANE<br>SCITUATE, MA 02066 |
| FENG TSANG CORPORATION-TWN<br>1F, NO. 1, ALLEY 50<br>LANE 737, SEC. 1<br>NEI HU ROAD, TAIPEI, TAIWAN | FTI CONSULTING (CHINA) LIMITED<br>UNIT 2101-04, CENTRAL PLAZA<br>227 HUANGPI (N) ROAD<br>SHANGHAI, CHINA 200003 | GERALD A. MANDELL<br>6715 N 39TH WAY<br>PARADISE VALLEY, AZ 85253 |
| FHP CONSULTANTS LTD<br>GODDARD'S GREEN BARN<br>GODDARD'S GREEN ROAD<br>BENENDEN<br>KENT, UK TN17 4AR | FULL FRONTAL GROUP FZ LLE<br>SOUK AL BAHAR, OLD TOWN ISLAND<br>BURJ KHALIFA DISTRICT<br>DUBAI, UAE | GERALD LABODA<br>9904 BELLAGIO CT<br>FT MYERS, FL 33913 |
| FIRST SENTINEL ADVISORY LIMITED<br>OFFICE SUITE 12A<br>55 PARK LANE<br>LONDON, ENGLAND UK W1K 1QG | GARY ACKERMAN AND VALERIE ACKERMAN<br>86 SUNSET RD<br>ROYERSFORD, PA 19468 | GERALD LABODA REVOCABLE T<br>9904 BELLAGIO CT<br>FT MYERS, FL 33913 |

| | | |
|---|---|---|
| GERALDINE M. ROSATO<br>2300 D HICKORY RD<br>PLYMOUTH MEETING, PA 19462 | GUY HENRY TOLLER<br>THE OLD RECTORY, MAIN STREET<br>SUDBOROUGH, NORTHAMPTONSHIRE<br>NN14 3BX<br>UK | HELENE KATHLEEN WEBB<br>BUNBURY HOUSE, CHURCH LANE<br>CRANLEIGH, SURREY GU6 8GB<br>UK |
| GLEN AND PEGGY BORDAK<br>102 FAWN TRAIL<br>STURTEVANT, WI 53177 | GUY SPELMAN<br>1 DEODAR HOUSE, 4 PINES RD<br>BROMLEY, KENT BR1 2AA<br>UK | HENRY GUY MERRICK<br>FORD END HOUSE, FORD END, C<br>SAFFRON WALDEN, ESSEX CB114P<br>UK |
| GLOBAL TAX MANAGEMENT<br>656 E. SWEDESFORD RD., SUITE 200<br>WAYNE, PA 19087 | HADRON MASTER FUND<br>5, ROYAL EXCHANGE BUILDINGS<br>LONDON, ENGLAND EC3V 3NL<br>UK | HOANG NGUYEN<br>359 DALE DRIVE<br>SAN JOSE, CA 95127 |
| GODEFRIDUS VRANKEN<br>HINTERBERGSTRASSE 48<br>WALCHWIL, SWITZERLAND CH-6318 | HALLFIELD HOLDINGS SA<br>C/O RHONE TRUSTEES SA<br>20 RUE ADRIEN-LACHENAL<br>GENEVA, SWITZERLAND CH-1207 | HOLD JUMPER (SUZHOU) PACKICT<br>NO. 1, XIANG STREET, HIGH-TECD<br>SUZHOU, CHINA |
| GOLLOP CONSULTING LLC<br>LES CENT ETOILES, MONT FALLU<br>ST PETER, JERSEY<br>CHANNEL ISLANDS JE3 7EF<br>UK | HANSON HOLDINGS LUX S. R.L.<br>681 RUE DE NEUDORF<br>L-2220 LUXEMBORG<br>LUXEMBORG | HOWARD M. CASPER<br>453 MILL CREEK ROAD #A<br>GLADWYNE, PA 19035 |
| GORDON MICHAEL HOWARD<br>530 S 2ND STREET, #509<br>PHILADELPHIA, PA 19147 | HARRY F MCANN<br>1865 WELSH ROAD, APT B5<br>PHILADELPHIA, PA 19115 | HOWELL INTERNATIONAL TRADEETA<br>5A-604 HOUXIANDAICHENG<br>NO. 16 BAIZIWAN RD.<br>CHAOYANG DISTRICT<br>BEIJING, CHINA |
| GRAHAME PAUL ALAN LOVETT<br>FLAGSTAFF HOLMFIELD AVE,<br>RUE DEGENETS, ST BRELADE<br>JERSEY, CHANNEL ISLANDS JE3 8DH<br>UK | HARRY GIERMAN<br>VELDWEG 16<br>NR HATTEM<br>THE NETHERLANDS 08051 | HUDSON VALUATION GROUP LLC<br>ONE GLENLAKE PARKWAY SUITE#7<br>ATLANTA, GA 30328 |
| GREGORY ALLEN DORAN<br>JENNIFER BURKE DORAN<br>413 BEAUMONT CIR<br>W CHESTER, PA 19380 | HAWK INVESTMENT HOLDINGS LIMITED<br>NEWPORT HOUSE, 15<br>THE GRANGE<br>ST PETER PORT, GUERNSEY<br>CHANNEL ISLANDS, UK GY1 2QL | HUGH ROKEBY HOLLAND<br>PEMBROKE HOUSE, VALLEY ENDR<br>CHOBHAM, WOKING, SURREY GU8T<br>UK |
| GREGORY P. GIFFORD<br>PO BOX 137<br>REXFORD, NY 12148 | HDMI LICENSING ADMINISTRATOR, INC<br>550 S. WINCHESTER BLVD SUITE 515<br>SAN COSE, CA 95128 | IAN DAVID TANNER<br>2 NEPTUNE COURT<br>CYCLOPS WHARF, HOMER DRIVE<br>LONDON, ENGLAND E14 3UQ<br>UK |
| GUY H.A. CHISENHALE-MARSH<br>THE PARSONAGE HOUSE, FYFIELD<br>ONGAR, ESSEX CMS OSD<br>UK | HELEN JANE JENSON<br>WOODLANDS, SANDY LANE<br>WEST MALLING, KENT ME19 5BX<br>UK | IINUMA GAUGE<br>MANUFACTURING CO., LTD (JPY)<br>11400-327 HARAYAMA, TAMAGAW<br>CHINO-CITY<br>NAGANO, JAPAN 391-0011 |

| | | |
|---|---|---|
| IINUMA GAUGE MANUFACTURING CO. LTD<br>11400-327 HARAYAMA, TAMAGAWA<br>CHINO-CITY, NAGANO 391-0011<br>JAPAN | JACOB T. LABODA<br>15368 OLD PINE CT<br>FT MYERS, FL 33912 | JAN-AGE RONNESTAD<br>BROVEIEN #19<br>NESOYA, NORWAY N 1397<br>NORWAY |
| IMG MEDIA LTD<br>BUILDING 6, CHISWICK PARK<br>566 CHISWICK HIGH ROAD<br>LONDON, ENGLAND UK W4 5HR | JACOB WINIGRAD<br>36 SOUTHWOOD DR<br>CHERRY HILL, NJ 08003 | JARL SAAL<br>500 OCEANVIEW DRIVE<br>WATSONVILLE, CA 95076 |
| INFOCOMM INTERNATIONAL<br>11242 WAPLES MILL RD, SUITE 200<br>FAIRFAX, VA 22030 | JACOPO FRANZAN<br>VIA VENTIQUATTRO MAGGIO, 14<br>ROME 00187-0000<br>ITALY | JAYSTYLE LIMITED<br>301, 99 OUD METHA, AL GURG B<br>2ND STREET, NEAR AL NASR CL<br>DUBAI<br>UAE |
| INNOVENTURES GROUP LLC<br>1105 WILLIAM PENN DRIVE<br>BENSALEM, PA 19020 | JACQUELINE B. GARRISON TRUST<br>PO BOX 126<br>COCHRANVILLE, PA 19330 | JEFFREY A GROSSMAN<br>35 ROCHELLE DR<br>NEW CITY, NY 10956 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | JAMES GORMAN<br>MEGAN OTHERSEN GORMAN<br>1117 MELROSE AVE<br>ELKINS PARK, PA 19027 | JEFFREY A. DOMINICK<br>29 NEWGATE DR<br>GLASTONBURY, CT 06033 |
| INTRINSYC TECHNOLOGIES CORP.<br>300-885 DUNSMUIR STREET<br>VANCOUVER, BC V6C IN5<br>CANADA | JAMES KENNETH BAUDAINS<br>HIGHFIELD HOUSE,<br>LA RUE DU MAUPERTUIS, ST CLEMENT<br>JERSEY, CHANNEL ISLANDS JE2 6NG<br>UK | JENNIFER AND EDEN CAHAN<br>6770 INDIAN KNOLL RD<br>CUMMING, GA 30041 |
| IRWIN GRUVERMAN<br>60 SEMINARY AVE<br>AUBURNDALE, MA 02466 | JAMES MARUSSICH<br>617 UPPER BLVD<br>RIDGEWOOD, NJ 07450 | JENNIFER GARRISON TRUST<br>PO BOX 126<br>COCHRANVILLE, PA 19330 |
| ISLAND INVESTMENT HOLDINGS<br>P.O. BOX 119<br>MARTELLO COURT, ADMIRAL PARK<br>ST PETER PORT, GUERNSEY, JERSEY<br>CHANNEL ISLANDS GY1 3HB UK | JAMES W. AND ELIZABETH A. SMITH<br>128 ANDREW LANE<br>LANSDALE, PA 19446 | JERRY SCHWARTZ<br>1 TWIN OAKS DR<br>SHAMONG, NJ 08088 |
| ITAYA MISA (TWD)<br>1F, NO. 1, ALLEY 50<br>LANE 737, SEC. 1, NEI HU ROAD<br>TAIPEI, TAIWAN | JAMES WEINSTEIN<br>1109 WOODLAND DR<br>BRIDGEPORT, WV 26330 | JILL HOMORODEAN<br>36 W 83RD, #2R<br>NEW YORK, NY 10024 |
| IZON<br>2005 TREE FORK LANE, SUITE 109<br>LONGWOOD, FL 32750 | JAMUNA TRAVELS, INC<br>6439 MARKET ST<br>UPPER DARBY, PA 19082 | JIM SALTZMAN<br>24 BAYSHORE DRIVE<br>NEWTOWN, PA 18940 |

| | | |
|---|---|---|
| JO ELLEN SPITZ TRUST<br>2444 MADISON RD, #1706<br>CINCINNATI, OH 45208 | JOHN W QUAINTANCE III<br>333 LAS OLAS WAY, #3105<br>FT LAUDERDALE, FL 33301 | JUDITH GOLDSTEIN<br>716 BLACK ROCK RD<br>GLADWYNE, PA 19035 |
| JOAN JOHNSON, TRUSTEE<br>UNDER DECLARATION OF REVOCABLE TRUST<br>525 PARK AVENUE, #14CD<br>NEW YORK, NY 10065 | JONATHAN AND ELIZABETH RAITH<br>2 GOLDSTAR DR<br>NANTUCKET, MA 02554 | JURGEN TOORNEMAN<br>MOLENSTRAAT 36<br>6901 CD ZEVENAAR<br>THE NETHERLANDS |
| JOAN PILEGGI<br>233 S 6TH STREET APT 1401<br>PHILADELPHIA, PA 19106 | JONATHAN GELLIS<br>624 NEW BRIDGE RD<br>TEANECK, NJ 07666 | KAREN S DONOVAN<br>393 MYSTIC ST<br>ARLINGTON, MA 02474 |
| JOEL PACE KALLAN<br>311 LOS PINOS PLACE<br>CORAL GABLES, FL 33143 | JONATHAN HACKBARTH, ESQ.<br>QUARLES & BRADY<br>411 E. WISCONSIN AVENUE<br>SUITE 2400<br>MILWAUKEE, WI 53202-4426 | KAREN S. DONOVAN<br>393 MYSTIC STREET<br>ARLINGTON, MA 02474 |
| JOEL VINE<br>2009 CHESTNUT STREET<br>3RD FLOOR<br>PHILADELPHIA, PA 19103 | JONATHAN PAUL SPECK<br>CHANT DE LA MER, LA NEUVE ROUTE<br>ST BRELADE<br>JERSEY, CHANNEL ISLANDS JE3 8BS<br>UK | KATHRYN TOLLER<br>THE OLD RECTORY, MAIN STREE<br>SUDBOROUGH, NORTHAMPTONSNB<br>UK |
| JOHN M APATHY<br>183 BEAUMONT RD<br>DEVON, PA 19333 | JOSEPH A SAIIA<br>3424 BROOK MOUNTAIN LN<br>BIRMINGHAM, AL 35223 | KATIE B HAUER<br>545 N 23RD ST<br>PHILADELPHIA, PA 19130 |
| JOHN M APATHY & SUSAN G APATHY<br>183 BEAUMONT RD<br>DEVON, PA 19333 | JOSEPH CORSO<br>15 OTTAVIO PROMENADE<br>STATEN ISLAND, NY 10307 | KAUSHIK BANERJEE<br>342 STANFORTH COURT<br>SAN RAMON, CA 94582 |
| JOHN MCCROSSIN<br>8 COPPER TREE CT.<br>MT LAUREL, NJ 08054 | JOSEPH J KARCSMAR<br>RENE LARACUENTE<br>1849 WATERMERE LANE<br>WINDERMERE, FL 34786 | KEITH B. WARD<br>PO BOX 449<br>NANTUCKET, MA 02554 |
| JOHN R CLARKE<br>732 TERRACE HEIGHTS<br>WYCROFF, NJ 07481 | JOSEPH S. ZURITSKY<br>150 N BROAD STR<br>PHILADELPHIA, PA 19102 | KEITH GORDON MARSDEN<br>17 SEATON CLOSE<br>LONDON, ENGLAND SW15 3TJ<br>UK |
| JOHN R. BARTOS<br>831 AZALEA<br>HOUSTON, TX 77018 | JOSEPHINE LINDEN<br>121 E 70TH STR<br>NEW YORK, NY 10021 | KEITH O. NEWTON<br>1402, 49TH CT S<br>WESTERN SPRINGS, IL 60558 |

| | | |
|---|---|---|
| KEITH OWEN CLAUDE MERRICK<br>OLD POST OFFICE, HIGH STREET<br>WIDDINGTON<br>SAFFRON WALDEN CB11 3SG<br>UK | KYLE MCBREARTY TRUST<br>PO BOX 126<br>COCHRANVILLE, PA 19330 | LBJ INVESTORS, LP<br>417 CONESTOGA RD<br>MALVERN, PA 19355 |
| KEITH YOUNG<br>31 WELLINGTON SQUARE,<br>LONDON SW3 4NR<br>UK | LAPIS VENTURES SAC LIMITED<br>LEMAN MANAGEMENT LIMITED,<br>WESSEX HOUSE, 2ND FLOOR,<br>45 REID STREET, HAMILTON HM 12<br>BERMUDA | LEE AND KO<br>HANJIN BULIDING, 63 NAMDAEMU<br>JUNG-GU<br>SEOUL, KOREA 04532 |
| KENNETH HANOVER<br>SYLVIA T HANOVER JTWROS<br>644 SEAGROVE AVE<br>CAPE MAY, NJ 08204 | LARRY EVANS<br>10 CONSTITUTION HILL EAST<br>PRINCETON, NJ 08540 | LEE CHARTOCK<br>396 WASHINGTON STREET, #304<br>WELLESLEY HILLS, MA 02481 |
| KENNETH W. CARROLL<br>8379 SWEET BRIAR COURT<br>LIBERTY TOWNSHIP, OHIO 45044-0000 | LARRY J. GOLDSBOROUGH<br>14760 MARKET STREET<br>SUITE 400<br>PHILADELPHIA, PA 19103 | LEMAN MANAGEMENT NOMINEES<br>LEMAN MANAGEMENT LIMITED, W<br>2ND FLOOR, 45 REID STREET<br>HAMILTON HM 12<br>BERMUDA |
| KEVIN CABOT<br>11 RUE PAUL LANGEVIN<br>SAINT OUEN<br>FRANCE 93400 | LARRY SCHMALZ<br>733 N CARBON CITY ROAD<br>PARIS, AR 72855 | LEO HINDERY, JR<br>INTERMEDIA PARTNERS, LP.<br>405 LEXINGTON AVE, 48TH FLOO<br>NEW YORK, NY 10174 |
| KEVIN JOHN GOLLOP<br>LES CENT ETOILES, MONT FALLU<br>ST PETER<br>JERSEY, CHANNEL ISLANDS JE3 7EF<br>UK | LAURENCE CATTERSON<br>HELEN TONAR PITT CATTERSON<br>LE JARDIN MURE, RUE DE LA PIECE MAUGER<br>TRINITY, JERSEY, CHANNEL ISLANDS JE3 5HW<br>UK | LEO J. RILEY<br>225 AQUA LANE<br>DELRAN, NJ 08075 |
| KIM HEROLD<br>57 LANCASTER GROVE<br>LONDON, ENGLAND NW3 4HD<br>UK | LAUTERSTEIN CONSULTING INC.<br>C/O HOOP & HOOP RECHTSANWäLTE<br>PFLUGSTRASSE 7<br>VADUZ 09490<br>LEICHENSTEIN | LEO RILEY<br>225 AQUA LANE<br>DELRAN, NJ 08075 |
| KISHORE GANJI<br> SRILALITHA BHATTARAM<br>100 TIMBER LANE<br>MARLBORO, NJ 07746 | LAW OFFICES OF YOUNG K. PARK<br>2009 CHESTNUT STREET<br>PHILADELPHIA, PA 19103 | LEON J. DUTKIEWICZ, JR<br>95 CRESCENT HOLLOW DRIVE<br>SEWELL, NJ 08080 |
| KLEINWORT BENSON (GBP)<br>14 ST. GEORGE STREET<br>LONDON, ENGLAND UK W1S 1FE | LAWRENCE CIARCIA<br>108 MARISA CIRCLE<br>STATEN ISLAND, NY 10309 | LEONARD I. KORMAN<br>2 NESHAMINY INTERPLEX, SUITE 30<br>TREVOSE, PA 19053 |
| KNIGHT-DAVIS ASSOCIATES LLP<br>EAST KINGS HOLT, PETERSFIELD ROAD<br>GREATHAM LISS HAMPSHIRE<br>GU33 6AB<br>UK | LAWRENCE MINTZER<br>377 WALNUT ST<br>NEWTON, MA 02460 | LEONARDO ZAMPATTI<br>RTE DE DUILLIER 17<br>TRéLEX CH 1270<br>SWITZERLAND |

| | | |
|---|---|---|
| LESTER AMEY<br>20252 SEASHELL CIRCLE<br>HUNTINGTON BEACH, CA 92646 | MARC BOZZACCO<br>103 EDGEHILL ROAD<br>GLENSIDE, PA 19038 | MARK LOMBARDI<br>1 POCHICK AVE, PO BOX 2364<br>NANTUCKET, MA 02584 |
| LINDA E. JOHNSON<br>525 PARK AVENUE, #14CD<br>NEW YORK, NY 10065 | MARCUM LLP<br>ONE SE THIRD AVE, SUITE 1100<br>MIAMI, FL 33131 | MARK R SAVARESE<br>4612 SW BIMINI CIR N,<br>PALM CITY, FL 34990 |
| LISA ANN WALPOLE<br>1B THISTLEY LANE<br>CRANLEIGH, SURREY GU6 7AU<br>UK | MARGARET VALENTINE<br>6A FOUNTAIN MANOR DR<br>GREENSBORO, NC 27405 | MARK SAVARESE AND JOHN SAIT<br>4612 SW BIMINI CIR N,<br>PALM CITY, FL 34990 |
| LISA WALSH<br>9 PINE ISLAND RD,<br>RYE, NY 10580 | MARJONJAC LLC<br>4612 SW BIMINI CIR N,<br>PALM CITY, FL 34990 | MARTIN FASACK<br>43 HARBOR HILLS DRIVE<br>PORT WASHINGTON, NY 11050 |
| LONDER SECURITIES S.A.<br>C/O SGF SA, RUE DE LA RôTISSERIE 12<br>GENEVA CH 1204<br>SWITZERLAND | MARK & SHERRI FINNEGAN<br>2914 ARBELLA LANE<br>THOUSAND OAKS, CA 91362 | MARTIN J. WEIS<br>DILWORTH PAXSON LLP<br>704 KING STREET, SUITE 500<br>PO BOX 1031<br>WILMINGTON, DE 19899-1031 |
| LRC 2011 TRUST<br>396 WASHINGTON STREET, #304<br>WELLESLEY HILLS, MA 02481 | MARK ANDREW VULLY DE CANDOLE<br>14 THE GATEWAYS, SPRIMONT PLACE<br>LONDON, ENGLAND SW3 3JA<br>UK | MARY C MCBREARTY<br>156 SEABREEZE AVE<br>PALM BEACH, FL 33480 |
| LUIJKS ADVIES B.V.<br>VINKENKADE 41 R 3<br>VINKEVEEN, THE NETHERLANDS 3645 AP | MARK DANIEL ROUGHLEY<br>APT 11, OLD COURT HOUSE<br>LA RUE A DON<br>GROUVILLE<br>JERSEY, CHANNEL ISLAND, UK JE3 9FS | MATHU RAJAN, CEO<br>2009 CHESTNUT STREET<br>3RD FLOOR<br>PHILADELPHIA, PA 19103 |
| LUONG D. NGUYEN<br>2801 CAMINO DEL REY<br>SAN JOSE, CA 95132 | MARK DANIEL ROUGHLEY<br>APT 11, OLD COURT HOUSE<br>LA RUE A DON, GROUVILLE<br>JERSEY, CHANNEL ISLANDS JE3 9FS<br>UK | MATHU RAJAN<br>1105 WILLIAM PENN DRIVE<br>BENSALEM, PA 19020 |
| MACTAGGART & MICKEL INVESTMENTS LTD<br>1 ATLANTIC QUAY<br>1 ROBERTSON STREET<br>GLASGOW G2 8JB<br>UK | MARK DYER<br>MANOR FARMHOUSE, DEANE<br>BASINGSTOKE, HAMPSHIRE SW6 4SG<br>UK | MATHU RAJAN, CEO<br>2009 CHESTNUT STREET<br>3RD FLOOR<br>PHILADELPHIA, PA 19103 |
| MADAN G MOUDGAL<br>3357 PERRINGTON POINTE<br>MARRIETTA, GA 30066 | MARK J COLEMAN<br>INTERMEDIA PARTNERS, LP<br>405 LEXINGTON AVE, 48TH FLOOR<br>NEW YORK, NY 10174 | MATREX EXHIBITS, INC.<br>301 S. CHURCH ST.<br>ADDISON, IL 60101 |

| | | |
|---|---|---|
| MATT J. LO.<br>7322 CARTER AVE<br>NEWARK, CA 94560 | MICHAEL GRAY<br>LE CLOS DE LA TOUR<br>LA GRANDE DES SAB CONS, GROUVILL<br>JERSEY, CHANNEL ISLANDS JE3 9BX<br>UK | MTL SHIPPING & INVESTMENT L<br>HILLSIDE, CROCKNORTH ROAD<br>EAST HORSLEY, SURREY KT24 5<br>UK |
| MATTHEW HAMMOND<br>PO BOX 502216<br>DUBAI<br>UAE | MICHAEL HAGGIAG FAMILY TRUST<br>C/O FIDUCIARY TRUST INTL<br>OF DELAWARE<br>1220 N MARKET STR, SUITE 333<br>WILMINGTON, DE 19801 | MTL SHIPPING & INVESTMENT L<br>203 AL ZAHRA TECHNO CENTER<br>AL FARDAN EXCHANGE BLDG.<br>KHALID BIN WALID STREET<br>DUBAI, UAE |
| MATTHEW LO<br>7322 CARTER AVENUE<br>NEWARK, CA 94560 | MICHAEL T BLAKESLEE<br>CHERYL A BLAKESLEE<br>4392 LIVE OAK BLVD<br>PALM HARBOR, FL 34685 | MUNI MOHAN<br>4612 AVIARA CT.<br>SAN JOSE, CA 95135 |
| MEDIATAINMENT, INC<br>1105 WILLIAM PENN DRIVE<br>BENSALEM, PA 19020 | MICHELE LABODA<br>13617 PINE VILLA LANE<br>FT MYERS, FL 33912 | MUNI MOHAN<br>4612 AVIARA COURT<br>SAN JOSE, CA 95135 |
| MEDIATAINMENT, INC.<br>ATTN: RAJA RAJAN<br>1105 WILLIAM PENN DRIVE<br>BENSALEM, PA 19020 | MIRDAS LIMITED<br>PO BOX 1075<br>ELIZABETH HOUSE, 9 CASTLE STREET<br>ST HELIER, JERSEY<br>CHANNEL ISLANDS JE4 2QP UK | MUSSER FOUNDATION<br>435 DEVON PARK DR, BLDG 500<br>WAYNE, PA 19087 |
| MEGAN MCBREARTY TRUST<br>PO BOX 126<br>COCHRANVILLE, PA 19330 | MIRIAM AND SEYMOUR MANDELL<br>JTWROS<br>UBS FINANCIAL SERVICE<br>101 WEST ELM STREET<br>CONSHOHOCKEN, PA 19428 | MUTLAQ ALZAYED<br>BLOCK 1, STREET 14, HOUSE 21<br>AL MANSOURIYA<br>KUWAIT |
| MELVIN B. MILLER<br>716 BLACK ROCK RD<br>GLADWYNE, PA 19035 | MODULAR MOBILE GMBH<br>HANSAALLEE 201<br>DUSSELDORF, GERMANY<br>D-450549 | MWL INTERNATIONAL LTD<br>1 PAPER MEWS, 330 HIGH STRE<br>DORKING, SURREY RH4 2TU<br>UK |
| MENTOR GRAPHICS CORPORATION<br>8005 SW BOECKMAN RD.<br>WILSONVILLE, OR 97070-7777 | MOTIVIT<br>2880 ZANKER RD., SUITE 203<br>SAN JOSE, CA 95134 | MWL INTERNATIONAL LTD.<br>ATTN: DAVID WALPOLE<br>1 PAPER MEWS, 330 HIGH STRE<br>DORKING, SURREY  RH4 2TU |
| MI SOOK HAN<br>1001 CITY AVENUE APT. EC 403<br>WYNNEWOOD, PA 19096 | MP TAVILL REVOCABLE TRUST<br>4950 SUDBURY WAY<br>CARMICHAEL, CA 95608 | NATASHA IMOGEN MERRICK<br>FORD END HOUSE<br>FORD END, CLAVERING<br>SAFFRON WALDEN, ESSEX CB114P<br>UK |
| MICHAEL F AGUILAR<br>3 EVERGREEN COURT<br>SUFFERN, NY 10901 | MR AI AND MRS HA PATEL<br>A&M SETTLEMENT TRUST<br>118 DUNYEATS RD, BROADSTONE<br>DORSET BH18 8AN<br>UK | NATIONAL FINANCIAL SERVICES<br>FBO EMILIO DISANLUCIANO IRA<br>1565, 85TH STREET<br>BROOKLYN, NY 11228 |

| | | |
|---|---|---|
| NEIL THACKER MACLACHAN<br>1 VICTORIA SQUARE, WESTMINSTER<br>LONDON, ENGLAND SW1W 0QY<br>UK | NIGEL HAMILTON-SMITH<br>ATTICO H, BAHIA BANUS<br>CALLE VENTURA DEL MAR<br>MARBELLA 29660<br>SPAIN | PAUL & RACHEL BECKER<br>875 BRAINBRIDGE DR<br>WEST CHESTER, PA 19382 |
| NEULIGHT LIVING TRUST<br>578 EL SOL AVE<br>OJAI, CA 93023 | NISIM MIRAKOV<br>86-42 SANCHO ST<br>HOLLIS, NY 11423 | PAUL FAUCI<br>134 HARBOUR VIEW DR<br>MASSAPEQUA, NY 11758 |
| NEW JERSEY ATTORNEY GEN. OFF.<br>DIVISION OF LAW<br>RICHARD J. HUGHES JUSTICE CMPLX<br>25 MARKET STREET, PO BOX 112<br>TRENTON, NJ 08625-0112 | OLIROMA HOLDINGS SRL<br>VIA EMILIO DE' CAVALIERI, 7<br>ROME 00198<br>ITALY | PAUL KELLY<br>1601 LOCUST STR, UNIT 400<br>PHILADELPHIA, PA 19102 |
| NEW JERSEY DIVISION OF TAXATION<br>COMPLIANCE&ENFORCEMENT-BANKRUPTCY<br>50 BARRACK STREET, 9TH FLOOR<br>PO BOX 245<br>TRENTON, NJ 08695-0267 | OLIVIA LOUISE MERRICK<br>18 ARISTOTLE RD<br>LONDON, ENGLAND SW4 7UZ<br>UK | PAUL STAMATIS JR<br>10406 CHARTER LAKE CIR<br>KATY, TX 77494 |
| NEWMAN CHITTENDEN<br>19 MANCINI DRIVE<br>YORKTOWN, NY 10598 | OPEN SALES SOLUTIONS, LLC<br>548 MARKET STREET, SUITE 11745<br>SAN FRANCISCO, CA 94104 | PAUL VINCENT ADAMS<br>27 ROTTEN RUN<br>SOUTHPORT PR8 2DA<br>UK |
| NICHANI LAW FIRM<br>111 N. MARKET STREET, SUITE 300<br>SAN JOSE, CA 95113 | OWEN NUTTO<br>419 DERVIN LANE, PO BOX 370<br>GLEN GARDNER, NJ 08826 | PCL INVESTMENTS<br>C/O B&M LEASING,<br>283 2ND STREET PIKE, SUITE 11<br>SOUTHAMPTON, PA 18966 |
| NICHOLAS ERCOLANO<br>63 BRIDGETOWN ST.<br>STATEN ISLAND, NY 10314 | OZ VENTURES, LLC<br>555 BRYANT STR, #334<br>PALO ALTO, CA 94301 | PEGATRON CORPORATION<br>5F., NO. 76, LIGONG ST., BEITOU D<br>TAIPEI CITY 112<br>TAIWAN |
| NICHOLAS P WENTWORTH-STANLEY<br>DOR KNAP HOUSE, MIDDLE HILL<br>BROADWAY, WORCESTER WR12 7LA<br>UK | PACTRON<br>3000 PATRICK HENRY DR<br>SANTA CLARA, CA 95054-1814 | PENNSYLVANIA DEPARTMENT OR<br>DEPARTMENT 280946<br>ATTN: BANKRUPTCY DIVISION<br>HARRISBURG, PA 17128-0946 |
| NICHOLAS TOPPIN<br>LYNWOOD HOUSE, BALLINTEER RD<br>DUBLIN 16<br>IRELAND | PAINS FIREWORKS LIMITED<br>QUAY HOUSE, OLD BRICKYARD ROAD<br>SANDLEHEATH<br>FORDINGBRIDGE, HAMPSHIRE SP6 1SY<br>UK | PEPPER GROVE HOLDINGS LIMI<br>LEMAN MANAGEMENT LIMITED,<br>WESSEX HOUSE, 2ND FLOOR<br>45 REID STREET, HAMILTON HM 12<br>BERMUDA |
| NICOLE MARIE MANEEN<br>1691 GLENBURN COURT<br>NICEVILLE, FL 32578 | PATRICK MILES<br>MODEL FARM, UPPER WINCHENDON<br>AYLESBURY, BUCKS HP18 0EP<br>UK | PEPPER J FRAZIER<br>ELIZABETH P FRAZIER<br>PO BOX 1130<br>BOCA GRANDE, FL 33921 |

| | | |
|---|---|---|
| PERSHING (CI) NOMINEES LIMITED A/C JCCLT<br>ROYAL LIVER BUILDING, PIER HEAD<br>LIVERPOOL L3 1LL<br>UK | PUDDLES 2 LIMITED<br>UNIT 8, QUAYSIDE LODGE<br>WILLIAM MORRIS WAY<br>LONDON, ENGLAND SW6 2UZ<br>UK | REMY FOX<br>120 ALLGATES DR<br>HAVERFORD, PA 19041 |
| PERSHING NOMINEES LTD A/C CCCLT<br>ROYAL LIVER BUILDING, PIER HEAD<br>LIVERPOOL L3 1LL<br>UK | QUAKER HOLDINGS L.P.<br>800 S OCEAN BLVD, LPH2<br>BOCA RATON, FL 33432 | RENEE FREEMAN<br>1520 SPRUCE STREET<br>PHILADELPHIA, PA 19102 |
| PETER JAY GILMORE<br>SUSAN FLORENCE GILMORE<br>7 KNOLLBROOK CIRCLE<br>MALVERN, PA 19355 | RAB CAPITAL HOLDINGS LIMITED<br>1 ADAM STREET<br>LONDON, ENGLAND WC2N 6LE<br>UK | REYKER NOMINEES LIMITED<br>17 MOORGATE<br>LONDON, ENGLAND EC2R 6AR<br>UK |
| PETER KAIZER<br>8 N BEACH ST<br>NANTUCKET, MA 02554 | RACHEL BAUDAINS<br>LITTLE CROFT RUE DU MOULIN<br>ST MARTIN<br>JERSEY, CHANNEL ISLANDS JE3 6AH<br>UK | RICHARD E. CARP<br>135 SIBLEY AVE<br>NARBERTH, PA 19072 |
| PETER MUSSER<br>435 DEVON PARK DR, BLDG 500<br>WAYNE, PA 19087 | RAFAEL E OSONA AND GAIL E OSONA<br>PO BOX 2607<br>NANTUCKET, MA 02584 | RICHARD F.B. MILLIGAN-MANBY<br>WYKEHAM HALL, LUDFORD<br>MARKET RASEN<br>LINCOLNSHIRE LN8 6AU<br>UK |
| PETER THOMAS KAURSLAND<br>THE SPRINGS, HOWE ROAD<br>WATLINGTON, OXON OX49 5EL<br>UK | RAJA RAJAN<br>928 MCELWEE<br>MOORESTOWN, NJ 08057 | RICHARD PETER PEASE<br>21 ELDON RD<br>LONDON, ENGLAND W8 SPT<br>UK |
| PHILIP M DARIVOFF<br>1 FARMSTEAD RD<br>SHORT HILLS, NJ 07078 | RAM K. SREEKAKULA<br>VIJAYA L SREEKAKULA<br>300 N GREENBRIAR DR, #100<br>NORMAL, IL 61761 | RL SYSTEMS<br>OLD POST OFFICE COTTAGE, POR<br>INKPEN, BERKSHIRE, RG17 9PY<br>UNITED KINGDON |
| PORTER DIGITAL SIGNAGE<br>241 N. CALDWELL CIRCLE<br>DOWNINGTOWN, PA 19335 | RAY TERWILLIGER<br>113 MEADOW VIEW DR<br>NEWTOWN, PA 18940 | ROBERT A. ZURITSKY<br>150 N BROAD STR<br>PHILADELPHIA, PA 19102 |
| PR NESWIRE ASSOCIATION, LLC<br>G.P.O. BOX 5897<br>NEW YORK, NY 10087-5897 | RBC CAPITAL MARKETS LLC<br>CUST FBO DAVID W NOCK, ROTH IRA<br>302 AMERICAS CUP BLVD<br>BRADENTON, FL 34208 | ROBERT AND DEBRA DECOSTA<br>PO BOX 865<br>NANTUCKET, MA 02554 |
| PRIMORUS INVESTMENTS PLC<br>SUITE 3B, PRINCES HOUSE<br>38 JERMYN STREET<br>LONDON, ENGLAND SW1Y 6DN<br>UK | RBC CAPITAL MARKETS LLC<br>CUST FBO PIETER VAN HOEVEN SEP IRA<br>630 WOODBROOK DR<br>AMBLER, PA 19002 | ROBERT AND MONIQUE CURRIE<br>PO BOX 449<br>NANTUCKET, NA 02554 |

| | | |
|---|---|---|
| ROBERT HALF MANAGEMENT SVS.<br>12400 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | RONALD L CAPLAN<br>C/O PMC PROPERTY GROUP<br>1608 WALNUT STR, SUITE 1400<br>PHILADELPHIA, PA 19103 | SANFORD LIPSTEIN, TRUSTEE<br>EUGENE LIPSTEIN<br>417 CONESTOGA RD<br>MALVERN, PA 19355 |
| ROBERT N GARRISON JR<br>156 SEABREEZE AVE<br>PALM BEACH, FL 33480 | ROSE AND JAMES TARANGELO<br>3 FULLERTON RD<br>MOORESTOWN, NJ 08057 | SANG DON<br>C/O YOUNG PARK LAW<br>2009 CHESTNUT STREET<br>PHILADELPHIA, PA 19103 |
| ROBERT N GARRISON TRUST<br>713 CREEK RD<br>BELLMAWR, NJ 08031 | RUPERT CORFIELD<br>EASTMANTON HOUSE, SPARSHOLT<br>WANTAGE, OXON OX12 9PJ<br>UK | SARA LEONA ROBERTSON<br>72 PUERTO VIEJO TRAIL<br>HENDERSON, NV 89074 |
| ROBERT N. GARRISON TRUST<br>156 SEABREEZE AVE<br>PALM BEACH, FL 33480 | RUSSELL BURKE<br>14248 DICKENS STREET, APT 220<br>SHERMAN OOAKS, CA 91423 | SARAH CAROLINE DRNEC<br>CHURCH FARM, ATHELINGTON<br>SUFFOLK IP215 EJ9<br>UK |
| ROBERT N. GARRISON, III  TRUST<br>PO BOX 126<br>COCHRANVILLE, PA 19330 | RUSSELL D COON JR<br>PO BOX 187<br>SCARBOROUGH, ME 04074 | SARENA L SNIDER<br>PO BOX 25088<br>PHILADELPHIA, PA 19147 |
| ROBERT PETCH<br>GODDARD'S GREEN BARN<br>CRANBROOK, KENT TN17 4AR<br>UK | RUSSELL MALSAM<br>733 1ST AVE<br>HAVRE, MT 59501 | SCOTT LINDELL<br>14 FROG ROCK ROAD<br>ARMONK, NY 10504 |
| ROBERT S. FRENCH REVOCABLE<br>TRUST 2018<br>1712 KIMBERLY DRIVE<br>SUNNYVALE, CA 94087 | S BRUCE RUBIN<br>7838 SANDHILL COURT<br>W PALM BEACH, FL 33412 | SEBASTIAN ANDREW MARR<br>59 STUDDRIDGE STREET<br>LONDON, ENGLAND SW6 3SL<br>UK |
| ROBERTO VILLAQUIRAN<br>AVENUE DE CHASSEURS 14<br>WATERLOO 01410-0000<br>BELGIUM | S F BOOTH<br>HAMPTON VILLA, 69 PALACE RD<br>EAST MOLESEY<br>SURREY KT8 9DP<br>UK | SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>FRANCHISE TAX<br>PO BOX 898<br>DOVER, DE 19903 |
| RONALD B. MANDELL<br>1818 MARKET ST. SUITE 3220,<br>PHILADELPHIA, PA 19103 | SALAZAR LAW<br>2000 PONCE DE LEON BOULEVARD<br>PENTHOUSE<br>CORAL GABLES, FL 33134 | SECURITIES & EXCHANGE<br>COMMISSION<br>100 F STREET, NE<br>WASHINGTON, DC 20549 |
| RONALD JACOBS<br>CHASA YASK 194<br>SENT 7554<br>SWITZERLAND | SANFORD LIPSTEIN<br>417 CONESTOGA RD<br>MALVERN, PA 19355 | SECURITIES & EXCHANGE COMM<br>NY REGIONAL OFFICE-ATTN: A. C<br>BROOKFIELD PLACE<br>200 VESEY STREET, SUITE 400<br>NEW YORK, NY 10281-1022 |

| | | |
|---|---|---|
| SEECUBIC B.V.<br>PARK FORUM 1033 & 1035<br>EINDHOVEN<br>THE NETHERLANDS  5657HJ | SLS HOLDINGS VI, LLC<br>ATTN: SHAD STASTNEY<br>392 TAYLOR MILLS ROAD<br>MARLBORO, NJ 07746 | STEVE ATLAS<br>218 GRAYS LN<br>HAVERFORD, PA 19041 |
| SHADRON STASTNEY<br>392 TAYLOR MILLS ROAD<br>MARLBORO, NJ 07746 | SONIYA PATEL<br>26 CEDARHURST DRIVE<br>ELTHAM<br>LONDON, ENGLAND SE 9 5 LP<br>UK | STEVEN ANTHONY SUSSMAN<br>TILTY HILL FARM, DUTON HILL<br>DUNMOW, ESSEX CM6 2EE<br>UK |
| SHARAD PATEL<br>MIYAJIMA, RUE DE LA<br>BLANCHE PIERRE, ST LAWRENCE<br>JERSEY, CHANNEL ISLANDS JE3 1E<br>UK | SONNY MANDELL<br>UBS FINANCIAL SERVICE<br>101 WEST ELM STREET<br>CONSHOHOCKEN, PA 19428 | STOIT GROEP B.V.<br>VESTDIJK 23<br>EINDHOVEN<br>THE NETHERLANDS 5611 CA 05611 |
| SHARON KOSTAROFF<br>3046 SYRACUSE ST,<br>DEARBORN, MI 48124 | SORGENTI INVESTORS, L.P.<br>1515 MARKET STREET, STE 940<br>PHILADELPHIA, PA 19102 | STREAM TV INTERNATIONAL B.V<br>PARK FORUM 1033 & 1035<br>EINDHOVEN<br>THE NETHERLANDS  5657HJ |
| SHEILA LABODA REVOCABLE TRUST<br>9904 BELLAGIO CT<br>FT MYERS, FL 33913 | SPECIAL COUNSEL<br>DEPT. CH 14305<br>PALATINE, IL 60055-4305 | STUART EVAN HORWICH<br>PRIORS HOLT, AYOT ST LAWREN<br>HERTS AL6 9BY<br>UK |
| SHEILA LOIS LABODA<br>9904 BELLAGIO CT<br>FT MYERS, FL 33913 | SPIRIT SHORE VENTURES, LLC<br>2622 31ST STREET NW<br>WASHINGTON, DC 20008 | SUBY JOSEPH<br>48 COLLEEN CIRCLE<br>DOWNINGTOWN, PA 19335 |
| SILVERPLAY LIMITED<br>50 KING ST<br>TWICKENHAM TW1 3SH<br>UK | ST PETER PORT CAPITAL<br>MARTELLO COURT, ADMIRAL PARK<br>ST. PETER PORT<br>GUERNSEY, CHANNEL ISLAND GY1 3HB | SUSAN SPRATT AND DAVID SPR<br>1217 SCOTT PLACE<br>WARMINSTER, PA 18974 |
| SILVERWOOD ENTERPRISES LIMITED<br>301, 99 OUD METHA, AL GURG BUILDING<br>2ND STREET , NEAR AL NASR CLUB<br>DUBAI<br>UAE | ST4M ELECTRONICS, INC. BEIJING OFFICE<br>ROOM 1102, BUILDING 313<br>HUI ZHONG BEI LI<br>BEIJING, CHAOYANG DISTRICT, CHINA | SUZHOU INDUSTRIAL EQUIPMEN<br>INSTALLATION<br>NO. 3, CAIXIANG ROAD<br>SUZHOU, JIANGSU, CHINA |
| SKC HAAS DISPLAY FILMS CO.<br>460,CHONHEUNG-RI,SONGGO-UB<br>CHONAN-CITY<br>CHUNGCHONGNAM-DO 330-836,KOREA | STEPHEN JAMES BLACKFORD<br>4 HIGHFIELD DR, WEMBURY<br>PLYMOUTH, DEVON PL9 0EX<br>UK | SYNOPSYS<br>690 EAST MIDDLEFIELD ROAD<br>MOUNTAIN VIEW, CA 94043 |
| SLS HOLDINGS VI, LLC<br>392 TAYLOR MILLS ROAD<br>MARLBORO, NJ 07746 | STEPHEN M ANDRESS<br>46 MITCHELL GRANT WAY<br>BEDFORD, MA 01730 | TAMMY S MAURY<br>STEVEN C MAURY<br>3674 ROLLINGBROOK ST<br>CLERMONT, FL 34711 |

| | | |
|---|---|---|
| TARLTON PARSONS<br>UNIT 8, QUAYSIDE LODGE<br>WILLIAM MORRIS WAY<br>LONDON, ENGLAND SW6 2UZ<br>UK | TODD D TULS<br>4230 CONNER DR<br>COLUMBUS, NE 68601 | US COMPLIANCE SERVICES LLC<br>199 NORTH WOODBURY ROAD S#0<br>PITMAN, NJ 08071 |
| TD BANK, N. A.<br>PO.BOX 16027<br>LEWISTON, ME 04243-9513 | TODD TULS<br>4230 CONNER DRIVE<br>COLUMBUS, NE 68601 | VAYIKRA CAPITAL LLC<br>1 FARMSTEAD ROAD<br>SHORT HILLS, NJ 07078 |
| THE 2012 GAIL LIPSTEIN<br>FAMILY TRUST<br>417 CONESTOGA ROAD<br>MALVERN, PA 19355 | TOM SEGO<br>1045 HUTCHINSON AVE<br>PALO ALTO, CA 94301 | VAYIKRA CAPITAL LLC<br>1 FARMSTEAD RD<br>SHORT HILLS, NJ 07078 |
| THE 2012 SANFORD LIPSTEIN<br>FAMILY TRUST<br>417 CONESTOGA ROAD<br>MALVERN, PA 19355 | TOTAL CFO, LLC<br>20711 STERLINGTON DRIVE<br>LAND O LAKES, FL 34638 | VELA TECHNOLOGIES PLC<br>10B RUSSELL COURT, WOOLGATC<br>BINGLEY, WEST YORKSHIRE BD11P<br>UK |
| THOMAS L. GLEN III<br>1011 BARTLETT AVE<br>LINWOOD, NJ 08221 | TR REDDY<br>3122 WASHINGTON RD<br>AUGUSTA, GA 30907 | VIA LICENSING CORPORATION<br>1275 MARKET STREET<br>SAN FRANCISCO, CA 94103-1410 |
| THOMAS R. CRONIN TRUST<br>SHELL FACTORY & NATURE PARK<br>2787 N. TAMIAMI TRL.<br>NORTH FORT MYERS, FL 33903 | TRACY ANNE PERNICE<br>35 RIDGE LANGLEY, SANDERSTEAD<br>S CROYDON, SURREY CR2 OAP<br>UK | VICTORIA ALICE SLINGER<br>16 CUMBERLAND RD<br>RICHMOND, SURREY TW9 3HQ<br>UK |
| THOMAS R. MASSERIA<br>8921 CAMBRIDGE GLEN CT<br>LAS VEGAS, NV 89149 | TRANS WORLD INTERNATIONAL, LLC<br>200 FIFTH AVE 7TH FLOOR<br>NEW YORK, NY 10010 | VIKAS KSHETRAPAL<br>2287 ASHBOURNE DRIVE<br>SAN RAMON, CA 94583 |
| THREE D HOLOGRAMS PVT. LTD.<br>307 KILFIRE HOUSE<br>C-17 DALIA INDUSTRIAL AREA<br>NEW LINK ROAD, ANDHERI-WEST<br>MUMBAI, MAHARASHTRA INDIA 00040-0053 | TRIPLE CROWN CONSULTING, LLC<br>10814 JOLLYVILLE RD, SUITE 100<br>AUSTIN, TEXAS 78759-0000 | VINCENT A PILEGGI<br>158 E 82ND STREET, 5B<br>NEW YORK, NY 10028 |
| TIMOTHY D.K. SIMOND<br>7 UPPER CHEYNE ROW<br>LONDON, ENGLAND SW3 5JW<br>UK | U.S. LEGAL SUPPORT, INC.<br>PO BOX 4772<br>HOUSTON, TX 77210-4772 | VINOD AND SAILAJA KURUVADI<br>4221 COLLING RD W<br>BONITA, CA 91902 |
| TIMOTHY JOHN MORTON<br>HAWK COTTAGE, PARK ESTATE<br>ST BRELADE<br>JERSEY, CHANNEL ISLANDS JE3 8EQ<br>UK | UHAUL<br>201 US HIGHWAY 130S<br>CINNAMINSON, NJ 08077 | VIPUL PATEL<br>26 CEDARHURST DRIVE<br>ELTHAM, LONDON SE 9 5 LP<br>UK |

| | | |
|---|---|---|
| VISUAL APEX, INC<br>7950 NE DAY ROAD W,  SUITE B<br>BAINBRIDGE ISLAND, WA 98110 | WB NOMINEES LIMITED<br>MODEL FARM, UPPER WINCHENDON<br>AYLESBURY, BUCKS HP18 0EP<br>UK | YEON HO KIM<br>2009 CHESTNUT STREET<br>FIRST FLOOR<br>PHILADELPHIA, PA 19103 |
| WAH WOO TAN<br>243 SUMMERWIND DRIVE<br>MILPITAS, CA 95035 | WEIDA FREIGHT SYSTEM CO.<br>FLAT 402, 4/F., YEE KUK INDUST. CTR<br>555 YEE KUK STREET<br>CHEUNG SHA WAN, KOWLOON<br>HONG KONG, CHINA | YOUNG PARK<br>2009 CHESTNUT STREET<br>PHILADELPHIA, PA 19103 |
| WAI MING CHIU<br>1798 CAPE CORAL DR<br>SAN JOSE, CA 95133 | WENDY TROW-FOX<br>120 ALLGATES DR<br>HAVERFORD, PA 19041 | ZACH LEHMAN<br>1440 S. STANLEY AVE<br>LOS ANGELES, CA 90019 |
| WAI MING CHIU<br>1798 CAPE CORAL DRIVE<br>SAN JOSE, CA 95133 | WHARTON CAPITAL PARTNERS<br>5720 LAGORCE DRIVE<br>MIAMI BEACH, FL 33140 | ZACH LEHMAN<br>1440 S. STANLEY AVENUE<br>LOS ANGELES, CA 90019 |
| WALMER CAPITAL LIMITED<br>UNIT 8, QUAYSIDE LODGE<br>WILLIAM MORRIS WAY<br>LONDON, ENGLAND SW6 2UZ<br>UK | WILINE NETWORKS INC.<br>PO BOX 102150<br>PASADENA, CA 91189-2150 | ZEIFANG HSU<br>101 BLAISDELL WAY<br>FREMONT, CA 94536 |
| WALSH C.H.B. INC<br>189 SUNRISE HIGHWAY SUITE # 302<br>ROCKVILLE CENTRE, NY 11570 | WILLIAM & JOANNE JELLISON<br>9946 W GULL LAKE DR<br>RICHLAND, MI 49083 | ZYGINTAS PAPARTIS (EUR)<br>SARMOS G. 7-2<br>VILNIUS 04126 |
| WALSH CHB, INC.<br>189 SUNRISE HWY, SUITE 202<br>ROCKVILLE CENTRE<br>NEW YORK, NY 11570 | WILLIAM HENNESSEY<br>436 LEE PLACE<br>EXTON, PA 19341 | |
| WALTER JOHN SCHOENDORF JR<br>225 W 3RD ST, APT 339<br>LONG BEACH, CA 90802 | WILLIAM PHILIP RICHARDS<br>11 ST JAMES SQUARE<br>MANCHESTER M2 6WH<br>UK | |
| WARREN SCOTT HILTON<br>54 KAILEY'S WAY<br>GROTON, MA 01450 | WINDSOR INTERNATIONAL CORPORATION<br>43 CHEYNE COURT<br>LONDON, ENGLAND SW3 5TS<br>UK | |
| WARREN SCOTT HILTON<br>JUDITH KENNEY HILTON<br>54 KAILEY'S WAY<br>GROTON, MA 01450 | YEH, JIH-CHUN (CNY)<br>1F, NO. 1, ALLEY 50<br>LANE 737, SEC. 1, NEI HU ROAD<br>TAIPEI, TAIWAN | |