## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: Stream TV Networks, Inc.              Case No. <u>21-10433 (KBO)</u>
      Debtor

## INITIAL MONTHLY OPERATING REPORT
**File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief.**

Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation.
Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession."
Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit
agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| **12-Month Cash Flow Projection (Form IR-1)** | Attached | |
| **Certificates of Insurance:** | | |
|    Workers Compensation | Attached Policy | No additional insured cert available per broker |
|    Property | Attached Policy | |
|    General Liability | Attached Policy | |
|    Vehicle | Attached Policy | |
|    Other:_____ | | |
|    Identify areas of self-insurance w/liability caps | | |
| **Evidence of Debtor in Possession Bank Accounts** | | |
|    Tax Escrow Account | None | |
|    General Operating Account | Signature Bank See Attached | |
|    Money Market Account pursuant to Local Rule 4001-3 for the | None | |
|    District of Delaware <u>only</u>. Refer to: | None | |
|    http://www.deb.uscourts.gov/ | | |
|    Other:_____ | | |
| **Retainers Paid (Form IR-2)** | Attached | |
| | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached
are true and correct to the best of my knowledge and belief.

N/A
_____       _____
Signature of Debtor     Date

N/A
_____       _____
Signature of Joint Debtor     Date

_____       3/11/2021
Signature of Authorized Individual*     Date

Mathu Rajan       CEO & President
_____       _____
Printed Name of Authorized Individual     Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

|  | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Beginning of Month | $0 | $4,000 | $525 | $4,062 | $3,474 | $4,491 | $1,053 | $44,001 | $286,726 | $2,263 | $2,025 | $286,045 | |
| **RECEIPTS** | | | | | | | | | | | | | |
| CASH SALES | $0 | $0 | $350,000 | $250,000 | $350,000 | $250,000 | $1,250,000 | $1,300,000 | $475,000 | $300,000 | $2,803,500 | $2,242,800 | |
| ACCOUNTS RECEIVABLE | | | | | | | | | | | | | |
| LOANS AND ADVANCES | $150,000 | $840,838 | $1,545,838 | $1,340,838 | $1,220,838 | $1,090,838 | $445,838 | $405,838 | $505,838 | $2,705,838 | $145,838 | $838 | |
| SALE OF ASSETS | | | | | | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | | | | | | |
| **TOTAL RECEIPTS** | **$150,000** | **$840,838** | **$1,895,838** | **$1,590,838** | **$1,570,838** | **$1,340,838** | **$1,695,838** | **$1,705,838** | **$980,838** | **$3,005,838** | **$2,949,338** | **$2,243,638** | |
| **DISBURSEMENTS** | | | | | | | | | | | | | |
| NET PAYROLL | | | | | | | | | | | | | |
| PAYROLL TAXES | | | | | | | | | | | | | |
| SALES, USE, AND OTHER TAXES | $0 | $10,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| INVENTORY PURCHASES | $0 | $0 | $42,125 | $0 | $42,125 | $0 | $194,325 | $152,200 | $232,375 | $1,360,200 | $1,700,250 | $1,360,200 | |
| SECURED/ RENTAL/ LEASES | | | | | | | | | | | | | |
| INSURANCE | $0 | $838 | $838 | $838 | $838 | $838 | $838 | $838 | $838 | $838 | $838 | $838 | |
| ADMINISTRATIVE & SELLING | $0 | $0 | $838 | $838 | $838 | $838 | $838 | $838 | $838 | $838 | $838 | $838 | |
| OTHER (ATTACH LIST) | $0 | $490,500 | $1,521,500 | $1,267,750 | $1,160,750 | $1,010,600 | $1,141,890 | $957,000 | $720,250 | $1,333,200 | $605,500 | $497,950 | Project expenses Includes Mgt services subject to court approval |
| PROFESSIONAL FEES | $146,000 | $342,000 | $327,000 | $322,000 | $322,000 | $332,000 | $315,000 | $307,000 | $311,000 | $311,000 | $301,000 | $290,000 | |
| U.S. TRUSTEE FEES | $0 | $975 | $0 | $0 | $43,271 | $0 | $0 | $45,237 | $0 | $0 | $56,893 | $0 | |
| COURT COSTS | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| **TOTAL DISBURSEMENTS** | **$146,000** | **$844,313** | **$1,892,301** | **$1,591,426** | **$1,569,821** | **$1,344,276** | **$1,652,891** | **$1,463,113** | **$1,265,301** | **$3,006,076** | **$2,665,318** | **$2,149,826** | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | $4,000 | -$3,475 | $3,537 | -$588 | $1,017 | -$3,438 | $42,947 | $242,725 | -$284,463 | -$238 | $284,020 | $93,812 | |
| Cash End of Month | $4,000 | $525 | $4,062 | $3,474 | $4,491 | $1,053 | $44,001 | $286,726 | $2,263 | $2,025 | $286,045 | $379,857 | |

| Assumption # | | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Summary** | | | | | | | | | | | | |
| | Opening Cash | - | 4,000 | 525 | 4,062 | 3,474 | 4,491 | 1,053 | 44,001 | 286,726 | 2,263 | 2,025 | 286,045 |
| | Inflows | 150,000 | 840,838 | 1,895,838 | 1,590,838 | 1,570,838 | 1,340,838 | 1,695,838 | 1,705,838 | 980,838 | 3,005,838 | 2,949,338 | 2,243,638 |
| | Outflows | 146,000 | 844,313 | 1,892,301 | 1,591,426 | 1,569,821 | 1,344,276 | 1,652,891 | 1,463,113 | 1,265,301 | 3,006,076 | 2,665,318 | 2,149,826 |
| | Closing Cash | 4,000 | 525 | 4,062 | 3,474 | 4,491 | 1,053 | 44,001 | 286,726 | 2,263 | 2,025 | 286,045 | 379,857 |
| | | | | | | | | | | | | | |
| | **Inflows** | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| 1 | VTI | 150,000 | 840,000 | 1,545,000 | 1,340,000 | 1,220,000 | 1,090,000 | 445,000 | 405,000 | 505,000 | 2,705,000 | 145,000 | - |
| 2 | Cr Accruals | - | 838 | 838 | 838 | 838 | 838 | 838 | 838 | 838 | 838 | 838 | 838 |
| 3 | Sales+ NRE | - | - | 350,000 | 250,000 | 350,000 | 250,000 | 1,250,000 | 1,300,000 | 475,000 | 300,000 | 2,803,500 | 2,242,800 |
| | | | | | | | | | | | | | |
| | **Outflows** | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| 4 | **Pre-Confirmation** | | | | | | | | | | | | |
| 4 | Legal | | | | | | | | | | | | |
| 4a | UST | - | 975 | - | - | 43,271 | - | - | 45,237 | - | - | 56,893 | - |
| 4b | Dilworth | - | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 |
| 4c | Cr Counsel | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 |
| 4d | Court | | | | | | | | | | | | |
| 5 | Taxes | | | | | | | | | | | | |
| 5a | DE Franchise Tax | - | 10,000 | - | - | - | - | - | - | - | - | - | - |
| 6 | Prof. Fees | | | | | | | | | | | | |
| 6a | Accounting-Gen | 5,000 | 15,000 | 10,000 | 10,000 | 10,000 | 15,000 | 10,000 | 10,000 | 10,000 | 15,000 | 10,000 | 10,000 |
| 6b | Experts | - | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | - | - |
| 6c | Accounting-Tax | 15,000 | 15,000 | - | - | - | - | - | - | - | - | - | - |
| 6d | Management Services | 71,000 | 142,000 | 142,000 | 142,000 | 142,000 | 142,000 | 135,000 | 127,000 | 126,000 | 126,000 | 126,000 | 120,000 |
| 6e | Admin | 15,000 | 20,000 | 25,000 | 20,000 | 20,000 | 25,000 | 20,000 | 20,000 | 25,000 | 20,000 | 25,000 | 20,000 |
| 7 | Projects | | | | | | | | | | | | |
| 7a | Google Project | | | | | | | | | | | | |
| 7a-1 | NRE | - | 50,000 | 63,000 | - | - | - | - | - | - | - | - | - |
| 7a-2 | Tooling | - | - | 270,000 | 70,000 | 330,000 | - | - | - | - | 290,000 | - | - |
| 7a-3 | Setup | - | 387,500 | 387,500 | 452,500 | 162,500 | 290,000 | 290,000 | - | - | 290,000 | - | - |
| 7a-4 | Samples | - | - | 42,125 | - | 42,125 | - | 42,125 | - | 42,125 | - | - | - |
| 7a-5 | Mass Prod | - | - | - | - | - | - | - | - | - | 1,208,000 | 1,510,000 | 1,208,000 |
| 7b | 4K Render-only | | | | | | | | | | | | |
| 7b-1 | NRE | - | - | 350,000 | 480,000 | 350,000 | 391,100 | 10,000 | - | - | - | - | - |
| 7b-2 | Setup | - | - | - | - | 35,000 | 35,000 | - | - | - | - | - | - |
| 7b-3 | Mass Prod | - | - | - | - | - | - | 152,200 | 152,200 | 190,250 | 152,200 | 190,250 | 152,200 |
| 7c | 8K Drive Train | | | | | | | | | | | | |
| 7c-1 | NRE-Common | - | - | 130,000 | 125,000 | 85,500 | 80,000 | - | - | - | - | - | - |
| 7c-2 | NRE-PC | - | - | 145,500 | 20,000 | 107,500 | 49,750 | - | - | - | - | - | - |
| 7c-3 | Tooling-PC | - | - | - | - | - | - | 275,000 | 400,000 | 125,000 | - | - | - |
| 7c-4 | Prod-PC | - | - | - | - | - | - | - | - | - | - | - | - |
| 7c-5 | NRE-65 | - | - | - | - | - | - | - | - | - | - | - | - |

| | | 3 2021 | 4 2021 | 5 2021 | 6 2021 | 7 2021 | 8 2021 | 9 2021 | 10 2021 | 11 2021 | 12 2021 | 1 2022 | 2 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7c-6 | Tooling-65 | - | - | - | - | - | - | - | - | - | - | - | - |
| 7c-7 | Prod-65 | - | - | - | - | - | - | - | - | - | 209,200 | 261,500 | 209,200 |
| 7c-8 | NRE-75 | - | - | - | - | - | - | - | - | - | - | - | - |
| 7c-9 | Tooling-75 | - | - | - | - | - | - | - | - | - | - | - | - |
| 7c-10 | Prod-75 | - | - | - | - | - | - | - | - | - | - | - | - |
| 7d | Rendering ASIC | | | | | | | | | | | | |
| 7d-1 | NRE | - | - | - | - | - | 50,000 | 450,000 | 450,000 | 500,000 | 450,000 | 250,000 | 200,000 |
| 7d-2 | Foundry Prod | - | - | - | - | - | - | - | - | - | - | - | - |
| 7d-3 | JoveAI | - | - | - | - | - | - | - | - | - | - | - | - |
| 7d-4 | Philips | - | - | - | - | - | - | - | - | - | - | - | - |
| 7e | Automotive | | | | | | | | | | | | |
| 7e-1 | GSA | - | 13,000 | 13,000 | 14,000 | 9,000 | 7,500 | 11,250 | 15,250 | 14,000 | 12,750 | 11,500 | 6,250 |
| 7e-2 | Module | - | - | - | 25,000 | - | 26,000 | 7,500 | 2,500 | - | - | - | - |
| 7e-3 | Software | - | - | 2,500 | - | - | - | - | - | - | - | - | - |
| 7e-4 | Rendering | - | 40,000 | 160,000 | 81,250 | 81,250 | 81,250 | 81,250 | 81,250 | 81,250 | 81,250 | 82,500 | 82,500 |
| 7e-5 | Samples | - | - | - | - | - | - | 16,890 | 8,000 | - | - | - | - |
| 7e-6 | Mass Prod | - | - | - | - | - | - | - | - | - | - | - | - |
| 8 | Insurance | | | | | | | | | | | | |
| 8a | WC/Liab | - | 838 | 838 | 838 | 838 | 838 | 838 | 838 | 838 | 838 | 838 | 838 |
| 9 | Credit payments | - | - | 838 | 838 | 838 | 838 | 838 | 838 | 838 | 838 | 838 | 838 |

| | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month track | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 |
| Year Track | 2021 | 2021 | 2021 | 2021 | 2021 | 2021 | 2021 | 2021 | 2021 | 2021 | 2022 | 2022 |

| Disbursements by Qtr | |
|---|---|
| Q1-21 | 146,000 |
| Q2-21 | 4,327,064 |
| Q3-21 | 4,523,717 |
| Q4-21 | 5,689,252 |
| Q1-22 | 4,758,251 |

| # | Topic | Comments | Assumptions |
|---|-------|----------|-------------|
| | | The cash flow assumes that the Bankruptcy Plan isn't approved during the 12 month period shown herein. Therefore no payments to creditors, etc is modeled in Costs accrued pre-petition is not included in this forecast - eg prior payroll taxes, penalties, prior year taxes Payments made by VTI outside the DIP account - in relation to the bankruptcy - are these protected? Should there be a senior note? | |
| 1 | Inflows from VTI | These are funds provided by VTI to pay for all the expenses listed in the cash flow herein | Funds from VTI into the Stream DIP account to be accounted for as a senior creditor |
| 2 | Inflows from Cr Accruals | These are payments made by credit card and therefore have an impact on cash balances only the following month | |
| 3 | Inflows from Sales | | Assumes Google pays in advance for B-Samples at agreed low-volume prices of $4,000 per unit to partially off-set tooling costs. Assumes cash flow and production rate of 200 pcs per week based on Google annual estimate of 10,000 pcs order. Actual schedule dependent on customer response to B-samples. |
| | | | Stream will endeavor to secure a preferred customer/partner in the casino gaming industry like it did with Bosch in the automotive industry. Based on initial customer interaction, a $3 million exclusivity fee seems reasonable and achievable. Assumes payment for 3D modules is COD, with 2-weeks from initial order to customer delivery of small orders - 50 units per week. |
| | | | Assumes net-30 for customer payments, with small-volume production of 50 pcs per week at R&D facility in Eindhoven, NL. No 8K 65" sales are assumed in this 52-week cash flow.No 8K 75" sales are assumed in this 52-week cash flow. |
| | | | No ASIC unit sales are assumed because the complete development cycle is assumed to be 10 months, commencing upon completion of the 8K drive train. |
| 4 | | | |
| 4a | UST | US Trustee fees paid quarterly based on the fee matrix provided. Need clarification on what costs are included in "Disbursements". as an example are employee costs, debt settlement etc also included in Disbursements? | |
| 4b | Dilworth | | Estimating a monthly expense of approx $100k |
| 4c | Cr Counsel | | Estimating a monthly expense of approx $40k |
| 4d | Court | We need an estimate. Currently left blank | |
| 5 | Taxes | Should outstanding payroll taxes of the subsidiary be included in the pre-confirmation cash flow? | |
| 5a | DE Franchise Tax | | Estimating $10k |
| 6 | | | |
| 6a | Accounting-Gen | | Cost of hiring an accountant - $5k every 2 weeks. Some months have the impact of having more than 4 weeks and therefore the monthly totals may seem to fluctuate. |
| 6b | Experts | | Estimated cost of hiring an expert - $10k pe rmonth |
| 6c | Accounting-Tax | For filing taxes | |
| 6d | Management Services | For services provided by employees of VTI in relation to the Stream Bankruptcy case. Subject to court approval | The cash flow assumes that current employees at VTI are helping with the Stream bankruptcy plan. Initially 100% of their time and effort is focussed on Stream and over time this would be reduced. To the extent VTI's employees are working on the Stream project, VTI would invoice Stream for such management services. A motion to this effect needs to be submitted. |
| 64 | Admin | Supposed to be a catchall for all other ancillary expenses like postage, travel, etc in relation to this bankruptcy file | Assumes $5k per week. Some months have the impact of having more than 4 weeks and therefore the monthly totals may seem to fluctuate. |
| 7 | Projects | | |
| 7a | Google Project | | |
| 7a-1 | NRE | | Includes only final payments for custom back light mockup, electronics sample PCBA v1, and shipping. |
| 7a-2 | Tooling | | Includes mass production custom back light and chassis as well as production and programming of mass production PCBA v2. |
| 7a-3 | Setup | | Assumes linuma assistance with SPL bonding line installation and bring-up in Suzhou facility. |
| 7a-4 | Samples | | |
| 7a-5 | Mass Prod | | |
| 7b | 4K Render-only | | |
| 7b-1 | NRE | | Includes tooling for custom back light, chassis, and software support for Unity or comparable content creation software.  No real-time conversion functionality is included. |
| 7b-2 | Setup | | Includes minor equipment upgrade for vacuum bonding at R&D facility in Eindhoven, NL. |
| 7b-3 | Mass Prod | | |
| 7c | 8K Drive Train | | |
| 7c-1 | NRE-Common | | Assumes that electronics and rendering for 8K products can be largely shared between PC Monitor, 65" and 75" products, with modifications detailed in the mass production prep/tooling line items. |
| 7c-2 | NRE-PC | | Includes optical design, custom back light mockups, and software support for content creation. No real-time conversion functionality is included. |
| 7c-3 | Tooling-PC | | Includes tooling for custom back light and chassis. |
| 7c-4 | Prod-PC | | |

| | | | |
|---|---|---|---|
| 7c-5 | NRE-65 | | Assumes that product development costs will be incurred only after initial 8K samples are shown to customers and are not included in this 52-week projection. |
| 7c-6 | Tooling-65 | | No mass production prep/tooling is assumed for this 52-week period because product rollout will require a completed ASIC to be cost-competitive. |
| 7c-7 | Prod-65 | | |
| 7c-8 | NRE-75 | | Assumes that product development costs will be incurred only after initial 8K samples are shown to customers and are not included in this 52-week projection. |
| 7c-9 | Tooling-75 | | No mass production prep/tooling is assumed for this 52-week period because product rollout will require a completed ASIC to be cost-competitive. |
| 7c-10 | Prod-75 | | |
| 7d | <u>Rendering ASIC</u> | | |
| 7d-1 | NRE | The NRE development costs for the ASIC are currently being negotiated by Stream, with the expectation that the NRE expenses will be significantly reduced in exchange for per-unit royalties paid to its vendor, JoveAI. | |
| 7d-2 | Foundry Prod | Production cost for chips. | |
| 7d-3 | JoveAI | Royalties payable on sales | |
| 7d-4 | Philips | Royalties payable on sales | |
| 7e | <u>Automotive</u> | | |
| 7e-1 | G&A | Includes legal, certifications and recall insurance. | |
| 7e-2 | Module | Includes materials, exploration, optics production and manufacturing process development. | |
| 7e-3 | Software | Includes support for automotive specific hardware kit | |
| 7e-4 | Rendering | Includes outsourced FPGA programming, hardware simulation tools and travel for onsite customer support. | |
| 7e-5 | Samples | Grade B samples includes material and labor | Assuming 30pcs production |
| 7e-6 | Mass Prod | | A small panel automotive grade bonding equipment will be budgeted in subsequent time periods. |
| 8 | Insurance | | |
| 8a | Workmens Comp, Liabili | This payment is made on a credit card and therefore is credited back using Assumption 2. The Actual payments are made when the credit card is paid for and is reflected in Assumption 9 | Monthly payment schedule per the provider |
| 9 | Credit Payments | Payments made to settle credit card purchases. See # 8a | |

In re <u>Stream TV Networks, Inc.</u>         Case No.  <u>21-10433 (KBO)</u>
           Debtor                    Reporting Period: <u>2/24/21 – 3/9/21</u>

## SCHEDULE OF RETAINERS PAID TO PROFESSIONALS
(This schedule is to include each Professional paid a retainer [1])

| Payee | Check Date | Check Number | Name of Payor | Amount | Amount Applied to Date | Balance |
|-------|------|--------|---------------|--------|--------|---------|
| Dilworth Paxson | 1/28/20 | Wire | Vayikra | $50,000 | $50,000 | |
| Dilworth Paxson | 1/20/21 | Wire | MarJonJac | $25,000 | $75,000 | |
| Dilworth Paxson | 2/9/21 | Wire | Mediatainment Inc. | $25,000 | $100,000 | |
| Dilworth Paxson | 2/19/21 | Wire | Visual Technologies Innovations, Inc. | $25,000 | $125,000 | |
| Dilworth Paxson | 2/22/21 | Wire | MFSav LLC | $25,000 | $150,000 | |
| Dilworth Paxson | 2/23/21 | Wire | Visual Technologies Innovations, Inc. | $50,000 | $200,000 | |
| Dilworth Paxson | 3/9/21 | Wire | Visual Technologies Innovations, Inc. | $100,000 | $300,000 | |
| | | | | | | |
| Omni | 2/25/21 | Wire | Mediatainment | $10,000 | $10,000 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

[1] Identify all Evergreen Retainers



# CERTIFICATE OF LIABILITY INSURANCE

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER INSURICA Express 2420 Springer Dr, Suite 105 Norman, OK 73069 | CONTACT NAME: | | | |
|---|---|---|---|---|
| | PHONE (A/C, No, Ext): (405) 310-1583 | | FAX (A/C, No): (405) 556-2332 | |
| | E-MAIL ADDRESS: service@INSURICAexpress.com | | | |
| | INSURER(S) AFFORDING COVERAGE | | | NAIC # |
| | INSURER A : Hartford Underwriters Insurance Company | | | 30104 |
| INSURED Stream TV Networks, Inc. 2009 Chestnut St Philadelphia, PA 19103 | INSURER B : Hartford Multiple Companies on Policy | | | 00914 |
| | INSURER C : | | | |
| | INSURER D : | | | |
| | INSURER E : | | | |
| | INSURER F : | | | |

## COVERAGES          CERTIFICATE NUMBER:                    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY | X | | 38SBMAK3C0R | 2/1/2021 | 2/1/2022 | EACH OCCURRENCE | $ 1,000,000 |
| | ☐ CLAIMS-MADE X OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 1,000,000 |
| | | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | OTHER: | | | | | | HNOA | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ONLY ☐ NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| A | X UMBRELLA LIAB X OCCUR | X | | 38SBMAK3C0R | 2/1/2021 | 2/1/2022 | EACH OCCURRENCE | $ 1,000,000 |
| | ☐ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ 1,000,000 |
| | ☐ DED X RETENTION $ 10,000 | | | | | | | $ |
| B | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y / N | | | 38WECAK3D7R | 2/1/2021 | 2/1/2022 | ☐ PER STATUTE ☐ OTHER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N/A | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |
| A | Prof Liabililty | | | 38SBMAK3C0R | 2/1/2021 | 2/1/2022 | Each Act | 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Certificate holder listed as additional insured when required by written contract. Coverage is primary and non-contributory and a waiver of subrogation is in favor. 30 day notice of cancellation shall be provided to the holder.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Rosa Sierra U.S. Department of Justice Office of the United States Trustee J. Caleb Boggs Federal Building 844 King Street, Suite 2207 Lockbox 35 Wilmington, DE 19801 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. AUTHORIZED REPRESENTATIVE |

# Workers' Compensation and Employers' Liability

**Business Insurance Policy**



(Policy Provisions: WC000000C)

## INFORMATION PAGE
## WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY
**INSURER:** SEE ATTACHED ENDORSEMENT


THE HARTFORD

**NCCI Company Number:**
**Company Code:** 9

|  | Suffix | |
| --- | --- | --- |
| | LARS | RENEWAL |

**POLICY NUMBER:** 38 WEC AK3D7R

**Previous Policy Number:** New

1. **Named Insured and Mailing Address:**    STREAM TV NETWORKS, INC.
   (No., Street, Town, State, Zip Code)    2009 CHESTNUT ST
   PHILADELPHIA PA 19103

   **FEIN Number:** 27-1224092

   **State Identification Number(s):**    Refer to the EXTENSION OF THE INFORMATION PAGE – WC990365.

   **The Named Insured is:** Corporation
   **Business of Named Insured:** Custom Computer Programming Services
   **Other workplaces not shown above:** See Endorsement - WC990366

2. **Policy Period:**    **From** 02/01/21    **To** 02/01/22    ANNUAL
   12:01 a.m., Standard time at the insured's mailing address.

   **Producer's Name:**    INSURICA EXPRESS LLC
   5100 N CLASSEN BLVD STE 300
   OKLAHOMA CITY OK 73118

   **Producer's Code:**    38383534
   **Issuing Office:**    THE HARTFORD BUSINESS SERVICE CENTER
   3600 WISEMAN BLVD
   SAN ANTONIO TX 78251
   (877) 853-2582

| | |
| --- | --- |
| **Total Estimated Annual Premium:** | $2,193 |
| **Deposit Premium:** | |
| **Policy Minimum Premium:** | $750 CA (Includes Increased Limit Min. Prem.) |

**Audit Period:** ANNUAL    **Installment Term:** Twelve Pay (8.33%Down+11@8.33%)
The policy is not binding unless countersigned by our authorized representative.

Countersigned by    *Susan L. Castaneda*    02/09/21
Authorized Representative    Date

**3. A. Workers Compensation Insurance:** Part one of the policy applies to the Workers Compensation Law of the states listed here: TX     SEE ENDORSEMENT - WC 99 03 67

**B. Employers Liability Insurance:** Part Two of the policy applies to work in each state listed in Item 3.A.
The limits of our liability under Part Two are:

| | | |
|---|---|---|
| **Bodily injury by Accident** | $1,000,000 | **each accident** |
| **Bodily injury by Disease** | $1,000,000 | **policy limit** |
| **Bodily injury by Disease** | $1,000,000 | **each employee** |

**C. Other States Insurance:** Part Three of the policy applies to the states, if any , listed here:

ALL STATES EXCEPT NORTH DAKOTA, OHIO, WASHINGTON, WYOMING, U.S.TERRITORIES AND STATES DESIGNATED IN ITEM 3.A. OF THE INFORMATION PAGE.

**D. This policy includes these endorsements and schedule:**

SEE ENDORSEMENT-WC 99 03 68

**4. The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plans.   All information required below is subject to verification and change by audit.**

| Classifications Code Number and Description | Premium Basis Total Estimated Annual Remuneration | Rates Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|
| Total Standard Premium | | | $1,662 |
| Expense Constant | | | $240 |
| Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement | | | $206 |
| Catastrophe (Other Than Certified Acts Of Terrorism) | | | $54 |
| Estimated Annual Premium (before Surcharges) | | | $2,162 |
| Total Estimated Surcharges | | | $31 |

*See the attached Schedule(s) of Operations for Location and State Level Premium Information

| | |
|---|---|
| **Total Estimated Annual Premium:** | $2,193 |
| **Deposit Premium:** | |
| **Policy Minimum Premium:** | $750 CA (Includes Increased Limit Min. Prem.) |

**Interstate/Intrastate Identification Number:** Refer to Schedule of Operations

NAICS: 541511

**Labor Contractors Policy Number:**          SIC: 7372



# EXTENSION OF THE INFORMATION PAGE - ITEM 1 - OTHER WORKPLACES

**Policy Number:** 38 WEC AK3D7R                     **Endorsement Number:**
**Effective Date:** 02/01/21          Effective hour is the same as stated on the Information Page of the policy.
**Named Insured and Address:** Stream TV Networks, Inc.
                               2009 CHESTNUT ST
                               PHILADELPHIA PA 19103

Item 1 of the Information Page is completed to include other workplaces of the named insured:

2009 Chestnut St, Philadelphia, PA 19103
7322 Carter Ave, Newark, CA 94560
NO SPECIFIC LOCATION IN STATE OF NV
NO SPECIFIC LOCATION IN STATE OF FL
1017 E. 28th Street, Houston, TX 77009



# EXTENSION OF THE INFORMATION PAGE - ITEM 3.A - STATES COVERED

**Policy Number:** 38 WEC AK3D7R                    **Endorsement Number:**
**Effective Date:** 02/01/21          Effective hour is the same as stated on the Information Page of the policy.
**Named Insured and Address:**  Stream TV Networks, Inc.
                                2009 CHESTNUT ST
                                PHILADELPHIA PA 19103

Item 3.A. of the Information Page is completed to include the following states:

Texas               TX
Nevada              NV
Pennsylvania        PA
California          CA
Florida             FL



# EXTENSION OF THE INFORMATION PAGE - ITEM 3.D - ENDORSEMENTS

**Policy Number:** 38 WEC AK3D7R                **Endorsement Number:**
**Effective Date:** 02/01/21    Effective hour is the same as stated on the Information Page of the policy.
**Named Insured and Address:** Stream TV Networks, Inc.
                              2009 CHESTNUT ST
                              PHILADELPHIA PA 19103

Item 3.D. of the Information Page is completed to include the following endorsements:

| | |
|---|---|
| WC000000C | WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY |
| WC000001A.1 | INFORMATION PAGE |
| WC000001A.2 | INFORMATION PAGE |
| WC000313 | WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT |
| WC000403 | EXPERIENCE RATING MODIFICATION FACTOR ENDORSEMENT |
| WC000414A | 90-DAY REPORTING REQUIREMENT- NOTIFICATION OF CHANGE IN OWNERSHIP ENDORSEMENT |
| WC000419 | PREMIUM DUE DATE ENDORSEMENT |
| WC000421E | CATASTROPHE (OTHER THAN CERTIFIED ACTS OF TERRORISM) PREMIUM ENDORSEMENT |
| WC000422C | TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT DISCLOSURE ENDORSEMENT |
| WC000424 | AUDIT NONCOMPLIANCE CHARGE ENDORSEMENT |
| WC040301BB | POLICY AMENDATORY ENDORSEMENT - CALIFORNIA |
| WC040306 | WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT - CALIFORNIA |
| WC040360B | EMPLOYERS LIABILITY COVERAGE AMENDATORY ENDORSEMENT - CALIFORNIA |
| WC040421 | OPTIONAL PREMIUM INCREASE ENDORSEMENT - CALIFORNIA |
| WC040601A | CALIFORNIA CANCELLATION ENDORSEMENT |
| WC090303 | FLORIDA EMPLOYERS LIABILITY COVERAGE ENDORSEMENT |
| WC090403C | FLORIDA TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT ENDORSEMENT |



# EXTENSION OF THE INFORMATION PAGE - ITEM 3.D - ENDORSEMENTS

**Policy Number:** 38 WEC AK3D7R         **Endorsement Number:**
**Effective Date:** 02/01/21     Effective hour is the same as stated on the Information Page of the policy.
**Named Insured and Address:** Stream TV Networks, Inc.
                                   2009 CHESTNUT ST
                                   PHILADELPHIA PA 19103

Item 3.D. of the Information Page is completed to include the following endorsements:

| | |
|---|---|
| WC090407 | FLORIDA NON-COOPERATION WITH PREMIUM AUDIT ENDORSEMENT |
| WC090408A | FLORIDA INSUFFICIENT FUNDS ENDORSEMENT |
| WC090606 | FLORIDA EMPLOYMENT AND WAGE INFORMATION RELEASE ENDORSEMENT |
| WC090607A | FLORIDA INSURANCE GUARANTY ASSOCIATION SURCHARGE ENDORSEMENT NOTIFICATION |
| WC270601C | NEVADA CANCELLATION AND NONRENEWAL ENDORSEMENT |
| WC370401 | PENNSYLVANIA AUDIT NONCOMPLIANCE CHARGE ENDORSEMENT |
| WC370601 | SPECIAL PENNSYLVANIA ENDORSEMENT - INSPECTION OF MANUALS |
| WC370602 | PENNSYLVANIA NOTICE |
| WC370603A | PENNSYLVANIA ACT 86-1986 ENDORSEMENT |
| WC420301J | TEXAS AMENDATORY ENDORSEMENT |
| WC420304B | TEXAS WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT |
| WC420407 | TEXAS - AUDIT PREMIUM AND RETROSPECTIVE PREMIUM ENDORSEMENT |
| WC550011D | Employees Claim for Workers compensation Benefits |
| WC550022A | NOTICE TO WORKERS' COMPENSATION POLICYHOLDERS IN TEXAS LETTER |
| WC880400I | Notice to Employees - Injuries Caused By Work (TITLE IN SPANISH) |
| WC880401I | Notice to Employees - Injuries Caused By Work |
| WC990001I | Signature/ Copyright |



# EXTENSION OF THE INFORMATION PAGE - ITEM 3.D - ENDORSEMENTS

**Policy Number:** 38 WEC AK3D7R      **Endorsement Number:**
**Effective Date:** 02/01/21      Effective hour is the same as stated on the Information Page of the policy.
**Named Insured and Address:** Stream TV Networks, Inc.
2009 CHESTNUT ST
PHILADELPHIA PA 19103

Item 3.D. of the Information Page is completed to include the following endorsements:

| | |
|---|---|
| WC990002 | WORKERS' COMPENSATION AND EMPLOYERS' LIABILITY BUSINESS INSURANCE POLICY |
| WC990005 | SCHEDULE OF OPERATIONS |
| WC990302B | WORKERS COMPENSATION BROAD FORM ENDORSEMENT |
| WC990319D | WORKERS COMPENSATION BROAD FORM ENDORSEMENT |
| WC990358B | AMENDMENT TO WORKERS COMPENSATION BROAD FORM ENDORSEMENT - EMPLOYERS LIABILITY STOP GAP COVERAGE |
| WC990366 | EXTENSION OF THE INFORMATION PAGE - ITEM 1 - OTHER WORKPLACES |
| WC990367 | EXTENSION OF THE INFORMATION PAGE - ITEM 3.A - STATES COVERED |
| WC990368 | EXTENSION OF THE INFORMATION PAGE - ITEM 3.D. - ENDORSEMENTS |
| WC990375 | CALIFORNIA INSTALLMENT FEE DISCLOSURE ENDORSEMENT |



# POLICY INSURER LIST BY JURISDICTION

| INSURER | NAIC | JURISDICTION |
|---------|------|--------------|
| Hartford Casualty Insurance Company<br>ONE HARTFORD PLAZA<br>HARTFORD CT 06155 | 29424 | FL TX |
| Property and Casualty Insurance Company of Hartford<br>ONE HARTFORD PLAZA<br>HARTFORD CT 06155 | 34690 | CA |
| Hartford Insurance Company of the Southeast<br>ONE HARTFORD PLAZA<br>HARTFORD CT 06155 | 38261 | NV |
| Hartford Insurance Company of Illinois<br>ONE HARTFORD PLAZA<br>HARTFORD CT 06155 | 38288 | PA |

THE COVERAGE PROVIDED IN EACH JURISDICTION IS WITH RESPECT TO THE LOCATIONS OF THE NAMED INSURED IN THAT JURISDICTION IN ACCORDANCE WITH THE WORKERS' COMPENSATION LAW OF THAT JURISDICTION. AS USED IN THIS POLICY, "COMPANY", "WE", "US" AND "OURS" MEAN THE MEMBER INSURANCE COMPANIES OF THE HARTFORD INSURANCE GROUP COLLECTIVELY PROVIDING THIS INSURANCE.

Nothing herein, contained shall be held to vary, waive, alter or extend any of the terms, conditions, agreements or information of the policy, other than as herein stated.

# SCHEDULE OF OPERATIONS



This Schedule of Operations forms a part of the policy effective on the inception date of the policy unless another date is indicated below:

**INSURER:** PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD

**Company Code:** P

**Policy Number:** 38 WEC AK3D7R                **Schedule Number:** 01-04-02
**Effective Date:** 02/01/21        Effective hour is the same as stated on the Information Page of the policy.
**Named Insured and Location Address of operations covered by this schedule:**
Stream TV Networks, Inc.
7322 Carter Ave
Newark CA 94560

**FEIN:** ▮▮▮▮▮▮▮

NAICS: 541511
SIC: 7372                NO. OF EMPL: 1

**4.   The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plans.  All information required below is subject to verification and change by audit.**

| Classifications Code Number and Description | Premium Basis Total Estimated Annual Remuneration | Rates Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|
| 8859 COMPUTER PROGRAMMING OR SOFTWARE DEVELOPMENT - ALL EMPLOYEES - INCLUDING CLERICAL OFFICE EMPLOYEES, CLERICAL TELECOMMUTER EMPLOYEES AND OUTSIDE SALESPERSONS | 280,000.00 | 0.070000 | 196 |

**Total State Summary**

| | | | |
|---|---|---|---|
| Total Class Premium | | | 196 |
| CA Territorial Differential | | 0.602400 | -78 |
| Waiver of Subrogation | | 0.020000 | 250 |
| Small Policy Credit | | 3 | -11 |
| Total Estimated Annual Standard Premium | | | 357 |
| Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement | 280,000.00 | 0.020000 | 56 |
| CA User Fund | | 2.264600 | 9 |
| CA Fraud | | 0.473400 | 2 |
| CA Subsequent Injuries Benefit Trust Fund Assessments | | 0.657900 | 3 |
| CA Occupational Safety & Health Fund | | 0.258400 | 1 |
| CA Labor Enforcement & Compliance Fund | | 0.227200 | 1 |
| Total Estimated Annual Premium | | | 429 |

Countersigned by _____
                                            Authorized Representative

**Form WC 99 00 05**       (1) Printed in U.S.A.
**Process Date:** 02/09/21                                **Policy Expiration Date:** 02/01/22

# SCHEDULE OF OPERATIONS



This Schedule of Operations forms a part of the policy effective on the inception date of the policy unless another date is indicated below:

**INSURER:** HARTFORD CASUALTY INSURANCE COMPANY

**Company Code:** 3

**Policy Number:** 38 WEC AK3D7R          **Schedule Number:** 01-09-04
**Effective Date:** 02/01/21          Effective hour is the same as stated on the Information Page of the policy.
**Named Insured and Location Address of operations covered by this schedule:**
Stream TV Networks, Inc.
NO SPECIFIC LOCATION
IN STATE OF FL

|  |  |  |
|---|---|---|
| | NAICS: 541511 | |
| **FEIN:** ▉▉▉▉▉▉ | SIC: 7372 | NO. OF EMPL: 1 |

**4.   The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plans.  All information required below is subject to verification and change by audit.**

| Classifications Code Number and Description | Premium Basis Total Estimated Annual Remuneration | Rates Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|
| 8810 CLERICAL OFFICE EMPLOYEES NOC | 55,000.00 | 0.160000 | 88 |

**Total State Summary**

| | | | |
|---|---|---|---|
| Total Class Premium | | | 88 |
| Waiver of Subrogation | | 0.020000 | 250 |
| Emp liab increased limits | | 0.014000 | 1 |
| Total Estimated Annual Standard Premium | | | 339 |
| Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement | 55,000.00 | 0.010000 | 6 |
| Total Estimated Annual Premium | | | 345 |

Countersigned by _____
                                                  Authorized Representative

# SCHEDULE OF OPERATIONS



This Schedule of Operations forms a part of the policy effective on the inception date of the policy unless another date is indicated below:

**INSURER:** HARTFORD INSURANCE COMPANY OF THE SOUTHEAST

**Company Code:** J

**Policy Number:** 38 WEC AK3D7R          **Schedule Number:** 01-27-03

**Effective Date:** 02/01/21          Effective hour is the same as stated on the Information Page of the policy.

**Named Insured and Location Address of operations covered by this schedule:**
Stream TV Networks, Inc.
NO SPECIFIC LOCATION
IN STATE OF NV

NAICS: 541511

**FEIN:** ▮▮▮▮▮▮▮          SIC: 7372          NO. OF EMPL: 2

**4.   The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plans.  All information required below is subject to verification and change by audit.**

| Classifications Code Number and Description | Premium Basis Total Estimated Annual Remuneration | Rates Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|
| 8810 CLERICAL OFFICE EMPLOYEES NOC | 36,000.00 | 0.200000 | 72 |
| 8810 COMPUTER SYSTEM DESIGNERS OR PROGRAMMERS: EXCLUSIVELY OFFICE | 36,000.00 | 0.200000 | 72 |

**Total State Summary**

| | | | |
|---|---|---|---|
| Total Class Premium | | | 144 |
| Waiver of Subrogation | | 0.020000 | 50 |
| Emp liab increased limits | | 0.011000 | 2 |
| Total Estimated Annual Standard Premium | | | 196 |
| Expense constant | | | 240 |
| Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement | 72,000.00 | 0.040000 | 29 |
| Catastrophe (other than certified acts of terrorism) | 72,000.00 | 0.010000 | 7 |
| Total Estimated Annual Premium | | | 472 |

Countersigned by _____
                                                   Authorized Representative

**Form WC 99 00 05**     (1) Printed in U.S.A.
**Process Date:** 02/09/21                              **Policy Expiration Date:** 02/01/22

# SCHEDULE OF OPERATIONS



This Schedule of Operations forms a part of the policy effective on the inception date of the policy unless another date is indicated below:

**INSURER:** HARTFORD INSURANCE COMPANY OF ILLINOIS

**Company Code:** F

**Policy Number:** 38 WEC AK3D7R          **Schedule Number:** 01-37-01

**Effective Date:** 02/01/21          Effective hour is the same as stated on the Information Page of the policy.

**Named Insured and Location Address of operations covered by this schedule:**

Stream TV Networks, Inc.
2009 Chestnut St
Philadelphia PA 19103

**FEIN:** ▉▉▉▉▉▉

NAICS: 541511
SIC: 7372          NO. OF EMPL: 4

**4.   The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plans.  All information required below is subject to verification and change by audit.**

| Classifications Code Number and Description | Premium Basis Total Estimated Annual Remuneration | Rates Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|
| 0953 CLERICAL OFFICE EMPLOYEES | 470,400.00 | 0.070000 | 329 |

**Total State Summary**

| | | | |
|---|---|---|---|
| Total Class Premium | | | 329 |
| Emp liab increased limits | | 0.014000 | 5 |
| Waiver of Subrogation | | 0.020000 | 250 |
| Total Estimated Annual Standard Premium | | | 584 |
| Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement | 470,400.00 | 0.020000 | 94 |
| Catastrophe (other than certified acts of terrorism) | 470,400.00 | 0.010000 | 47 |
| PA Assessment Surcharge | | 2.020000 | 15 |
| Total Estimated Annual Premium | | | 740 |

Countersigned by _____

Authorized Representative

**Form WC 99 00 05**     (1) Printed in U.S.A.
**Process Date:** 02/09/21          **Policy Expiration Date:** 02/01/22

# SCHEDULE OF OPERATIONS



This Schedule of Operations forms a part of the policy effective on the inception date of the policy unless another date is indicated below:

**INSURER:** HARTFORD CASUALTY INSURANCE COMPANY

**Company Code:** 3

**Policy Number:** 38 WEC AK3D7R          **Schedule Number:** 01-42-05

**Effective Date:** 02/01/21          Effective hour is the same as stated on the Information Page of the policy.

**Named Insured and Location Address of operations covered by this schedule:**

Stream TV Networks, Inc.
1017 E. 28th Street
Houston TX 77009

**FEIN:** ▮▮▮▮▮▮          NAICS: 541511
                          SIC: 7372          NO. OF EMPL: 1

**4.   The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plans.  All information required below is subject to verification and change by audit.**

| Classifications Code Number and Description | Premium Basis Total Estimated Annual Remuneration | Rates Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|
| 8810 CLERICAL OFFICE EMPLOYEES NOC | 86,000.00 | 0.050000 | 43 |

**Total State Summary**

| | | | |
|---|---|---|---|
| Total Class Premium | | | 43 |
| Emp liab increased limits | | 0.014000 | 1 |
| Waiver of Subrogation | | 0.020000 | 1 |
| Employer Liability Increase Limits balance to Minimum Premium | | | 141 |
| Total Estimated Annual Standard Premium | | | 186 |
| Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement | 86,000.00 | 0.024000 | 21 |
| Total Estimated Annual Premium | | | 207 |

Countersigned by _____

                                    Authorized Representative

**Form WC 99 00 05**     (1) Printed in U.S.A.

**Process Date:** 02/09/21                    **Policy Expiration Date:** 02/01/22

# Declarations: Business Owner's Policy

**Policy Number:** 38 SBM AK3C0R

**Policy Period:** 02/01/2021 to 02/01/2022, 12:01 a.m., Standard time at your mailing address shown here. Exception: 12 noon in New Hampshire.

**Insurer:**
Hartford Underwriters Insurance Company, a property and casualty company of The Hartford.

One Hartford Plaza, Hartford, CT 06155

**Named Insured and Mailing Address:**
Stream TV Networks, Inc.
2009 CHESTNUT ST
PHILADELPHIA, PA 19103-3307

**Type of Business:** Software, Internet, Application & Web Design

**Name of Agency/Broker:**
INSURICA EXPRESS LLC
5100 N CLASSEN BLVD STE 300
OKLAHOMA CITY, OK 73118

**Code:** 38383534

**Previous Policy Number:**
New

**Organization Type:** Corporation

**Audit Period:** Auditable

**Insurance Provided:** In return for the payment of the premium and subject to all of the terms of this policy, we agree with you to provide insurance as stated in this policy.

| TOTAL PREMIUM: | $6,960* |
|---|---|

*Total Premium includes the premium for all Coverage Parts issued to you in this policy, as well as any companion policies delivered with this policy. Total Premium includes any applicable fees and surcharges. Total Premium may change based on coverage changes made through endorsement or if your policy is subject to Premium Audit.

Countersigned by: *Susan L. Castaneda*          02/02/2021

Authorized Representative          Date

A Business Owner's Policy typically covers property and business liability risks. Generally, Property insurance pays you if a covered cause of loss damages property that you own, rent or lease. Business liability insurance pays in certain cases where something you do or something you own causes injury or damage to someone else, or someone else's property. Please see the coverages and limits described in your Declarations for details regarding the insurance you purchased.

This Spectrum® Business Owner's Policy consists of the Declarations, Coverage Forms, Coverage Parts, Common Policy Conditions and any other Forms and endorsements issued to be a part of the Policy. The Hartford® is Hartford Fire Insurance Company and its affiliated property and casualty insurance companies.

# Declarations:
# Business Owner's Policy

 ## Glossary of Terms*

| TERM | DEFINITION |
| --- | --- |
| Audit Period | Your Policy period, which may be auditable or non-auditable. If your Policy is auditable, we will examine your business records to determine actual exposures for final premium calculation. |
| Base Coverage Form | Each Coverage Part has a form that explains, generally, what is and is not covered. This is the first building block of the Coverage Part. All other forms directly or indirectly modify the Base Coverage Form and are attached to it. |
| Coverage Part | A section of the Policy for a particular coverage. Unless otherwise stated in a specific Coverage Part, a Coverage Part consists of a Declarations page, a Base Coverage Form, all forms that modify the Base Coverage Form, and other forms applicable to the Coverage Part or the entire Policy. |
| Declarations | The part of the insurance contract that specifies the named insured, address, policy period, covered locations, limits of insurance and other key information such as forms applicable to the Coverage Part. |
| Policy | A contract between you and us to provide you with certain insurance coverages. Your Spectrum Business Owner's Policy consists of all Coverage Parts and forms common to some or all Coverage Parts. |

*The terms and definitions contained in the Glossary of Terms are provided to help you better understand your Business Owners Policy and how it is constructed. These terms and definitions are not definitions that apply to any Coverage Part or Policy you have purchased and should not be construed as such. Please refer to the applicable provisions in your coverage parts or policies for complete details of the defined terms, including but not limited to the applicable Definitions section of such Coverage Part or Policy.



# Declarations: Locations and Location-Based Coverages

Here's how your Business Owner's insurance coverage and limits apply to your business locations (LOC). If you have more than one location or building (BLDG), we break out your coverage and limits separately for each LOC.

**LOC 1, BLDG 1**

    Class: Software, Internet, Application & Web Design

    Location: 2009 CHESTNUT ST PHILADELPHIA,PA 19103-3307

| LOC 1, BLDG 1: LOCATION-BASED COVERAGES AND FEATURES | LIMIT OF INSURANCE |
|---|---|
| **No property coverage at this location** | |



# Declarations:
# Business Liability Coverage Part

Your policy includes the liability coverages listed below. The limits in the right-hand column show the maximum amount we'll pay.

| FORM NUMBER | FORM NAME | LIMIT OF INSURANCE |
|---|---|---|
| SL 00 00 10 18 | BUSINESS LIABILITY COVERAGE FORM | |
| | Damage To Premises Rented To You Limit | $1,000,000 |
| | General Aggregate Limit | $2,000,000 |
| | Liability and Medical Expenses Limit | $1,000,000 |
| | Medical Expenses Limit | $10,000 |
| | Personal and Advertising Injury Limit | $1,000,000 |
| | Products-Completed Operations Aggregate Limit | $2,000,000 |
| | Property Damage Liability Deductible | No Deductible |
| **ADDITIONAL BUSINESS LIABILITY COVERAGES** | | |
| SL 30 32 10 18 | BLANKET ADDITIONAL INSURED BY CONTRACT | Included[1] |
| SL 30 26 10 18 | HIRED AUTO AND NON-OWNED AUTO LIABILITY | Included[1] |

[1]Included in Business Liability Limit(s)

| ALL OTHER BUSINESS LIABILITY FORMS | |
|---|---|
| Form Number | Form Name |
| SL 20 06 10 18 | EXCLUSION - NUCLEAR ENERGY LIABILITY |
| SL 20 78 10 18 | EXCLUSION - SILICA - BUSINESS LIABILITY COVERAGE FORM |

| BUSINESS LIABILITY COVERAGE PREMIUM: | $1,007* |
|---|---|

* Price is subject to fees and surcharges. For more details, refer to Page 6



# Declarations: Other Liability Coverages

Your policy also includes the following additional liability Coverage Parts or polices. Please see the applicable Declaration form for details.

| DECLARATION FORM NUMBER | COVERAGE NAME | PREMIUM |
|---|---|---|
| SL 55 74 10 18 | Employment Practices Liability Insurance | Included |
| FS 00 G002 00 1016 | FailSafe Technology Errors or Omissions Liability | $5,226 |
| SU 00 05 10 18 | Umbrella | $458 |



# Declarations: Common Forms

Your policy includes the Common Forms listed below. These forms apply to all Coverage Parts on your policy.

| FORM NUMBER | FORM NAME |
|---|---|
| SC 00 00 10 18 | COMMON POLICY CONDITIONS |
| SC 00 01 10 18 | DECLARATIONS: BUSINESS OWNER'S POLICY |
| SC 70 00 12 20 | DISCLOSURE - CAP ON LOSSES - TERRORISM RISK INSURANCE ACT |
| SC 50 63 06 20 | IMPORTANT NOTICE TO POLICYHOLDER'S |
| SC 90 04 10 18 | IMPORTANT NOTICE TO POLICYHOLDERS THE HARTFORD CYBER CENTER WEBSITE ACCESS |
| 100722 | INSURANCE POLICY BILLING INFORMATION |
| SC 01 37 10 18 | PENNSYLVANIA CHANGES - COMMON POLICY CONDITIONS |
| SC 50 31 10 18 | PRODUCER COMPENSATION NOTICE |
| SC 00 12 10 18 | SPECTRUM BUSINESS OWNER'S POLICY JACKET |
| SC 00 02 10 18 | SPECTRUM SUPPLEMENTAL SCHEDULE OF AUDITABLE COVERAGES |
| SC 90 16 10 18 | TRADE OR ECONOMIC SANCTIONS ENDORSEMENT |
| SC 90 15 10 18 | US DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL (OFAC) ADVISORY NOTICE TO POLICYHOLDERS |



# Declarations:
# Other Charges

States laws and regulations may require you to pay taxes, fees, surcharges or other costs. We've listed those charges below

| DESCRIPTION | COST |
|---|---|
| **Other Premiums** | |
| Policy Base Premium | $235 |
| Terrorism Premium | $34 |

# Declarations: Employment Practices Liability Coverage Part

**COVERAGE PROVIDED BY THIS COVERAGE PART IS CLAIMS MADE COVERAGE. EXCEPT AS OTHERWISE SPECIFIED HEREIN: COVERAGE APPLIES ONLY TO A CLAIM FIRST MADE AGAINST THE INSUREDS DURING THE POLICY PERIOD AND WHICH HAS BEEN REPORTED TO US IN ACCORDANCE WITH THE APPLICABLE NOTICE PROVISIONS. COVERAGE IS SUBJECT TO THE INSURED'S PAYMENT OF THE APPLICABLE DEDUCTIBLE. PAYMENTS OF CLAIM EXPENSES ARE SUBJECT TO, AND REDUCE, THE AVAILABLE LIMITS OF LIABILITY. PLEASE READ THE COVERAGE PART CAREFULLY AND DISCUSS THE COVERAGE WITH YOUR INSURANCE AGENT OR BROKER. UPON TERMINATION OF THIS COVERAGE PART, EXTENDED REPORTING PERIOD COVERAGE IS AVAILABLE.**

This Declarations Page, with Common Policy Conditions, Employment Practices Liability Coverage Form and Endorsements, if any, shall together constitute this Employment Practices Liability Coverage Part, which in turn forms a part of the Policy Number shown below.

The Nuclear Energy Liability Exclusion (Form SL 20 06) of the Policy to which this Coverage Part is attached also applies to this Coverage Part.

**Policy Number:** 38 SBM AK3C0R

**Policy Period**
Effective date: 02/01/2021
Expiration date: 02/01/2022
12:01 A.M., Standard time at the address of the named insured as stated herein. 12 noon in New Hampshire.

**Insurer:**
Hartford Underwriters Insurance Company
One Hartford Plaza, Hartford, CT 06155

**Named Insured and Mailing Address:**
Stream TV Networks, Inc.
2009 CHESTNUT ST
PHILADELPHIA, PA 19103-3307

| PREMIUM: | Included |
|---|---|

This Spectrum® Business Owner's Policy consists of the Declarations, Coverage Forms, Coverage Parts, Common Policy Conditions and any other Forms and endorsements issued to be a part of the Policy. The Hartford® is Hartford Fire Insurance Company and its affiliated property and casualty insurance companies.



CONTINUED

# Declarations: Employment Practices Liability Coverage Part

**POLICY PERIOD**  **EFFECTIVE DATE:** 02/01/2021  **EXPIRATION DATE:** 02/01/2022

12:01 A.M., Standard time at the address of the named insured as stated herein. Exception: 12 noon in New Hampshire.

**LIMITS OF LIABILITY**

**EACH CLAIM LIMIT:** $25,000
**ANNUAL AGGREGATE LIMIT:** $25,000

**RETROACTIVE DATE:** 02/01/2021
If no date is entered, the Retroactive Date is the same as the effective date of this Coverage Part.

**DEDUCTIBLE:** $ Each claim

**Form Numbers of Forms and Endorsements that apply:**

| FORM NUMBER | FORM NAME |
| --- | --- |
| SL 55 17 10 18 | PENNSYLVANIA CHANGES - EMPLOYMENT PRACTICES LIABILITY |
| SL 55 02 10 18 | EMPLOYMENT PRACTICES LIABILITY COVERAGE FORM (CLAIMS MADE) |
| SL 55 74 10 18 | DECLARATIONS - EMPLOYMENT PRACTICES LIABILITY COVERAGE PART |
| SL 55 34 10 18 | WAGE AND HOUR CLAIMS EXPENSES - EMPLOYMENT PRACTICES LIABILITY |
| SL 55 37 10 18 | RETROACTIVE DATE ENDORSEMENT - EMPLOYMENT PRACTICES LIABILITY |
| SL 55 36 10 18 | THIRD PARTY LIABILITY ENDORSEMENT - EMPLOYMENT PRACTICES LIABILITY |

**Countersigned by:** *Susan L. Castaneda*                    02/02/2021

Authorized Representative                    Date



# Declarations: Umbrella Liability Supplemental Policy

This Declarations Page, with the Umbrella Liability Supplemental Policy Form and Supplemental Policy endorsements, if any, shall together constitute this Umbrella Liability Supplemental Policy, also referred to as "Supplemental Policy". The Supplemental Policy in turn forms a part of the Policy Number shown below.

None of the provisions of the Policy to which this Supplemental Policy is attached applies to the Umbrella Liability Insurance provided hereunder, unless otherwise specified in this Supplemental Policy.

**Policy Number:** 38 SBM AK3C0R

**Policy Period**
Effective Date: 02/01/2021
Expiration Date: 02/01/2022
12:01 A.M., Standard time at the address of the named insured as stated herein.

**Insurer:**
Hartford Underwriters Insurance Company
One Hartford Plaza, Hartford, CT 06155

**Named Insured and Mailing Address:**
Stream TV Networks, Inc.
2009 CHESTNUT ST
PHILADELPHIA, PA 19103-3307

**Named Insured Is:** Stream TV Networks, Inc.

| PREMIUM: | $458 |
|---|---|

**CONTINUED**

# Declarations: Umbrella Liability Supplemental Policy

**CONTINUED**

**POLICY PERIOD**      **EFFECTIVE DATE:** 02/01/2021    **EXPIRATION DATE:** 02/01/2022
12:01 A.M., Standard time at the address of the named insured as stated herein.

**LIMITS OF INSURANCE**
The Limits of Insurance subject to all the terms of this Supplemental Policy that apply are:

**EACH OCCURRENCE LIMIT:** $1,000,000
**GENERAL AGGREGATE LIMIT:** $1,000,000
(Other than Products - Completed Operations, Bodily Injury By Disease and Automobile)
**PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT:** $1,000,000
**BODILY INJURY BY DISEASE AGGREGATE LIMIT:** $1,000,000

**SELF INSURED RETENTION:** $10,000 Each Occurrence

### Schedule of Underlying Insurance
***See Attached Extension Schedule of Underlying Insurance***

### Form Numbers of Forms and Endorsements that apply:

| FORM NUMBER | FORM NAME |
|---|---|
| SU 00 00 12 19 | UMBRELLA LIABILITY SUPPLEMENTAL POLICY |
| SU 01 37 10 18 | AMENDMENT OF UMBRELLA CONDITIONS - PENNSYLVANIA |
| SU 30 08 10 18 | FOLLOWING FORM ENDORSEMENT - AUTOMOBILE LIABILITY |
| SU 00 03 10 18 | EXTENSION SCHEDULE OF UNDERLYING INSURANCE |
| SU 30 14 10 18 | FOLLOWING FORM - PROGRAMMING AND RELATED COMPUTER SERVICES |
| SU 20 09 10 18 | EXCLUSION - CARE, CUSTODY OR CONTROL OF PERSONAL PROPERTY |
| SU 20 10 10 18 | EXCLUSION - CARE, CUSTODY OR CONTROL OF REAL PROPERTY |
| SU 20 01 10 18 | EXCLUSION - SILICA |
| SU 00 02 10 18 | BLANKET ADDITIONAL INSURED BY CONTRACT - UMBRELLA |
| SU 00 05 10 18 | UMBRELLA LIABILITY SUPPLEMENTAL POLICY DECLARATIONS PAGE |
| SU 20 85 10 18 | LIMITATION OF COVERAGE - TECHNOLOGY SERVICES |



# Declarations: Umbrella Liability Supplemental Policy

**CONTINUED**

| | | |
|---|---|---|
| **Countersigned by:** | *Susan L. Castaneda* | 02/02/2021 |
| | Authorized Representative | Date |
| **Countersigned by:** | *Lisa Levin* | 02/02/2021 |
| | Lisa Levin, Secretary | Date |
| **Countersigned by:** | *Douglas Elliot* | 02/02/2021 |
| | Doug Elliot, President | Date |



**WIRE TRANSFER INSTRUCTIONS FOR:**

*Stream TV Networks, Inc. DIP*

_____

**Bank:**            **SIGNATURE BANK**
                    **565 5th Ave, 12th Fl**
                    **New York, NY 10017**

**ABA Routing#:**    **026013576**

**SWIFT Code:**      **SIGNUS33**

**Account Name:**        **Steam TV Networks, Inc. DIP**
                        **CASE# 21-10433**

**Account #:**        ███████████

*NOTE: These instructions are for transfers of US Dollars only*