**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Stream TV Networks, Inc., | Case No. 21-10433 (KBO) |
| Debtor. | **Related Docket Nos. 46, 47** |

## DECLARATION OF SERVICE

I, Jason M. Liberi, certify that on March 12, 2021, I caused the following documents to be served by electronic mail on the parties listed on Exhibit A attached hereto; by electronic transmission using the Court's CM/ECF system on all parties who have registered to receive notifications in this case; and by first-class mail on the parties listed on Exhibit B attached hereto.

- *Motion Of SeeCubic, Inc. and SLS Holdings VI, LLC for an Order Dismissing Debtor's Chapter 11 Case* [Docket No. 46]

- *Declaration of Shadron L. Stastney in Support of Motion of SeeCubic, Inc. and SLS Holdings VI, LLC for an Order Dismissing Debtor's Chapter 11 Case* [Docket No. 47]

*[Remainder of Page Intentionally Left Blank]*

Dated: Wilmington, Delaware
March 17, 2021

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Jason M. Liberi*
Joseph O. Larkin (I.D. No. 4883)
Jenness E. Parker (I.D. No. 4659)
Jason M. Liberi (I.D. No. 4425)
920 N. King Street, One Rodney Square
Wilmington, Delaware 19801
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

Eben P. Colby
Marley Ann Brumme
500 Boylston Street, 23rd Floor
Boston, Massachusetts  02116
Telephone: (617) 573-4800
Fax: (617) 573-4822

*Counsel for SeeCubic, Inc.*

## EXHIBIT A

Martin J. Weis
Dilworth Paxson, LLP
One Customs House
704 King Street, Suite 500
Wilmington, DE 19899-1031
Email: mweis@dilworthlaw.com

Rosa Sierra
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Email: rosa.sierra@usdoj.gov

**EXHIBIT B**

STREAM TV NETWORKS, INC.
2009 CHESTNUT STREET
3RD FLOOR
PHILADELPHIA, PA 19103

MARTIN J. WEIS
DILWORTH PAXSON LLP
1500 MARKET STREET, SUITE 3500E
PHILADELPHIA, PA 19102

3DETROIT FILM CO. LLC
2385 N. PINE CENTER ST
WEST BLOOMFIELD, MI 48323

A.C.L.M. LUIJKS
VINKENKADE 41 R 3
VINKEVEEN 3645 AP
NETHERLANDS

A2MI TRINITY 2 PARTNERS
5 DEERFIELD LANE
NATICK, MA 01760

AARON LAMKIN
793A EAST FOOTHILL BLVD. #43
SAN LUIS OBISPO, CA 93405

ABU DHABI INVESTMENT COUNCIL
P.O. BOX 61999
ABU DHABI, UAE

AC LORDI
75 VALLEY STREAM PARKWAY SUITE 201
MALVERN, PA 19355

ADAM BIDWELL
128 WALTON STREET
LONDON, ENGLAND SW3 2JJ
UK

ADEPT CHIP SERVICE PRIVATE LTD.
SITE NO.86, 1ST FLOOR,
LRDI LAYOUT KARTHIK NAGAR,
FVLARATHAHALLI OUTER RING
BENGALURU, INDIA 560037

ADOLFO & DONNA CARMONA
23 STRICKLAND ROAD
COS COB, CT 06807

ADRIAN & ROTH
PERSONALBERATUNG GMBH
TENGSTRAßE 45
MUNCHEN, GERMANY 80796

ADRIAN CONRAD HOLMES
MANUDEN HOUSE, MANUDEN
BISHOP'S STORTFORD,
HERTS CM23 1DH
UK

ADVANCED IMAGING SOCIETY
16027 VENTURA BLULEVARD SUITE #301
ENCINO, CA 91436

AKSHAYA HOLDINGS LLC
1105 WILLIAM PENN DRIVE
BENSALEM, PA 19020

ALAN ROBERT ORCHARD
17 ST ANNES TERRACE
ST HELIER, JERSEY
CHANNEL ISLANDS JE2 3HU
UK

ALAN WOOD
2 EDITH TERRACE
LONDON, ENGLAND SW10 0TQ
UK

ALANE LABODA
1508 INVENTORS COURT
FT MYERS, FL 33901

ALASTAIR DUNCAN
HADFIELD CRAWFORD
48 LAMONT ROAD
LONDON, ENGLAND SW10 0HX
UK

ALBERT, ABRAM & IVAN NALIBOTSKY, JT
6205 MORRISON BOULEVARD, APT. 226
CHARLOTTE, NC 2821

ALFRED WABER
1919 CHESTNUT ST, #2904
PHILADELPHIA, PA 19103

ALKIS P ZINGAS TRUST
2196 HIDDEN FOREST DR
TROY, MI 48098

ALLIANCE INTERNATIONAL LAW O
75-1, 58 CHUNG SHAN N. RD. SE3
TAIPEI, TAIWAN
10452

ALVARO RAMIREZ
CR 4 #70A-82, APT 716
BOGOTA, COLUMBIA 110231
COLUMBIA

ALVARTE TECHNOLOGY LLP.
S NO29, PL52, OFFICE #201
BHAMA EMRALD, SATARA ROAD,D
PUNE, MAHARASHTRA 411043

ALVIN BLOCK
2005 MARKET STREET
ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103

AMANDA VON AHNEN
105 EDWARDS RUN ROAD
MOUNT ROYAL, NJ 08061

AMLIN INVESTMENTS LTD
C/O FIRST NAMES GROUP
24 ROUTE DES ACACIAS
GENEVA, SWITZERLAND CH-1227

AMY L MARZ REVOCABLE TRUS
18735 BASELEG AVE
FT MYERS, FL 33917

ANDREW CHARLES FINNEMORE C
3D HILLTOP MANSION
60, CLOUD VIEW ROAD
NORTH POINT
HONG KONG

ANDREW JAMES ROUGHLEY
LES MALTIèRES,
LE CHEMIN DES MALTIèRES
GROUVILLE, JERSEY
CHANNEL ISLAND JE3 9EB, UK

ANDREW KIM
2009 CHESTNUT STREET
1ST FLOOR
PHILADELPHIA, PA 19103

ANDREW L EPSTEIN
185 COLLINS RD
WABAN, MA 02468

ANDREW LAWLEY
MANOR END
LITTLE GADDESDEN
HERTFORDSHIRE HP4 1PL
UK

ANDREW MARK SLINGER
16 CUMBERLAND RD
RICHMOND, SURREY TW9 3HQ
UK

ANTHONY WIGRAM
SOLEY HOUSE, CHILTON FOLIAT
WILTSHIRE RG17 0GW
UK

ANTOINETTE GARRISON
156 SEABREEZE AVE
PALM BEACH, FL 33480

ANTOINETTE GARRISON TRUST
156 SEABREEZE AVE
PALM BEACH, FL 33480

AON RISK SERVICES INC.
OF NEW YORK
111 WALL STREET
NEW YORK, NY

ARASAN CHIP SYSTEMS, INC.
2150 NORTH FIRST STREET, SUITE 240
SAN JOSE, CA 95131

ARIA RESORT-CASINO AT CTYCNTR
4882 FRANK SINATRA DR
LAS VEGAS, NV 89158

AVNET EM
2211 SOUTH 47TH STREET
PHOENIX, AZ 85034

AY COMMERCIAL LAW OFFICES
9F, NO. 333, SEC. 1, KEELUNG ROAD
TAIPEI CITY, TAIWAN ROC 11012

BARRY ALAN RUTLEDGE
28 BOWNS ROAD
KOGARAH, NSW 2217
AUSTRALIA

BATTEN TRUSTEE LTD,
AS TRUSTEE OF THE ARROW TRUST
C/O TGT LEGAL, LEVEL 7,
3-13 SHORTLAND STREET
AUCKLAND 2010, NZ

BDO USA, LLP
75 VALLEY STREAM PARKWAY
SUITE 201
MALVERN, PA 19355

BERNARD SPAIN
233 S 6TH STREET APT 2505
PHILADELPHIA, PA 19106

BERNARD SPAIN
FAMILY PARTNERSHIP
233 S 6TH STREET APT 2505
PHILADELPHIA, PA 19106

BILLY J. KNOTT
C/O ALEXANDER CAPITAL
(A/C 883-00777)
17 STATE STREET, 5TH FLOOR
NEW YORK, NY 10004

BLAKE CAPITAL INVESTMENTS LIMITED
64 WILBURY WAY
HITCHIN, HERTS SG4 0TP
UK

LUE OCEAN PARTNERS
100 QUEENS RD .
CENTRAL, HONG KONG, CHINA

BOWMAN SCULPTURE INTERNATLT
6 DUKE STREET, ST JAMES'
LONDON, ENGLAND SW1Y 6BN
UK

BRAD WEINER
1474 ALPINE RIDGE WAY, UNIT 2
MOUNTAINSIDE, NJ 07092

BRENDAN O'NEILL
115 MORRIS STR
PHILADELPHIA, PA 19148

BRIAN & ROBYN CARP
430 GREAT SPRINGS RD
BRYN MAWR, PA 19010
BRIANA DELUCA
5030 CHAMPION BLVD, STE G11 #2
BOCA RATON, FL 33496

BROOKS W GARRISON
156 SEABREEZE AVE
PALM BEACH, FL 33480

BROUGHTON LTD.
INTERTRUST INTERNATIONAL MLT
PO BOX 119, MARTELLO COURT,AP
ST PETER PORT, GUERNSEY, JE
CHANNEL ISLANDS GY1 3HB UK

BRUCE DELUCA
1 N OCEAN BLVD, #305
BOCA RATON, FL 33496

BRUCE H LABODA
14137 CARIBBEAN BLVD
FT MYERS, FL 33905

BRUNO WIDMER
KRäHBüHLSTRASSE 16
CH-8044 ZURICH
SWITZERLAND

BUBBLE COMMUNICATIONS
EAST SIDE COMPLEX - ROOM 555
PINEWOOD STUDIOS, PINEWOOD ROAD
IVER HEATH
BUCKINGHAMSHIRE, UK SL0 0NH

BUCHANAN INGERSOLL
& ROONEY PC
919 NORTH MARKET STREET
SUITE 1500
WILMINGTON, DE 19801

CADENCE DESIGN SYSTEMS, INC.
2655 SEELY AVENUE
SAN JOSE, CA 95134

CALIFORNIA DEPARTMENT OF
TAX AND FEE ADM
ACCOUNT INFO. GROUP, MIC 29
PO BOX 942879
SACRAMENTO, CA 94279-0029

CAPITAL ONE
P.O. BOX 71083
CHARLOTTE, NC 28272-1083
CAPITAL ONE-5
P.O.BOX 71083
CHARLOTTE, NC 28272-1083

CARL H GROSSMAN
14 LAFAYETTE DR
NEW CITY, NY 10956

CAROL FRIES
3443 70TH STR N
ST PETERSBURG, FL 33710

CATHERINE M MINTZER
377 WALNUT ST
NEWTON, MA 02460

CCH INCORPORATED
(WOLTERS KLUWER)
P.O. BOX 4307
CAROL STREAM, IN 60197-4307

CEREALS & VEGETABLE OILS TRADING
168 ESMERALDA STREET 1
VICTORY HEIGHTS, SPORTS CITY
DUBAI
UAE

CHARLES DAVID MURCH
ASHCOMBE, CHAPEL LANE
WESTHUMBLE
DORKING, SURREY RH5 6AY
UK

CHARLES J CAMINADA
56 LAMONT RD
LONDON, ENGLAND SW10 0HX
UK

CHARLES L. ORR
28267 CALAVERAS LAKE DR
SPRING, TX 77386

CHARLES LASLEY
18050 CR 338
TERRELL, TX 75161

CHARLES NEULIGHT
ELLEN NEULIGHT
PO BOX 30079

ELKINS PARK, PA 19027
CHARLES ROBERTSON
9339 WOODLEY AVE
NORTH HILLS, CA 91343

CHARLES ROBERTSON
9339 WOODLEY AVENUE
NORTH HILLS, CA 91343

CHARLES WILLIAM DAVID BIRCHALL
ALBA LTD.
WAKAYA RANGER ROAD, LYFORD CAY
NASSAU
BAHAMAS

CHE WEI CHANG
327 CAMPHOR AVENUE
SAN JOSE, CA 95131

CHERYL AND THOMAS GUERIN
20 RED OAK LANE
CORTLANDT MANOR, NY 10567

CHRIS MONSON
CWM REAL ESTATE SERVICES
1887 ASHLEY MESA LANE
SADOY, UT 84092

CHRISTOPHER EDWARD CATLING
KEMERTON, HIGHCROFT
SHAMLEY GREEN, SURREY GU5 0U
UK

CHRISTOPHER ERNEST INNS
6 LES HETRES COTTAGE
LA ROUTE DES HETRES, ST PE
JERSEY, CHANNEL ISLANDS JE3 7D
UK

CHRISTOPHER MATTHEWS
9 EAST KIRKE STREET
CHEVY CHASE, MD 20815

CIPHER DEVELOPMENT PARTNELL
1381 MCCARTHY BLVD.
MILPITAS, CA 95035

CITI CARDS
PO BOX 9001037
LOUISVILLE, KY 40290-1037

CNA INSURANCE
PO. BOX 790094
ST LOUIS, MO 63179-0094

CONCUR TECHNOLOGIES, INC.
62157 COLLECTIONS CENTER DR
CHICAGO, IL 60693

CONFERENCE TECHNOLOGIES, INC.
11653 ADIE ROAD
MARYLAND HEIGHTS, MO 63043

CONNIE J. BRADEN
126 RIGHTERS MILL RD.
PENN VALLEY, PA 19072

CORAL VISION LTD
EASTON HOUSE, MANOR WAY
OXSHOTT, UK KT22 0HU

CORALROOT LIMITED
ORDNANCE HOUSE, 31 PIER RD
ST HELIER, JERSEY
CHANNEL ISLANDS JE4 8PW
UK

CORE TECHNOLOGY LLC
PO BOX 799
GLOUCESTER, VA 23061

COTTAGE & CASTLE VENTURES, INC.
37 OLD SOUTH RD #6
NANTUCKET, MA 02554

COUSINS LAW
BRANDYWINE PLAZA WEST
1521 CONCORD PIKE, SUITE 301
WILMINGTON, DE 19803

COVERALL NORTH AMERICA, INC.
2955 MOMENTUM PLACE
CHICAGO, IL 60689

CRYSLINK TECHNOLOGIES CO., LTD
BLK 15, CHUANGTOU INDUSTRIAL
SQUARE 2
SIP SUZHOU
PR CHINA

CSS LTD
HERALD HOUSE, 3RD FLOOR
8 HILL STREET, ST HELIER, JERSEY
CHANNEL ISLANDS JE2 4UA
UK

CSS RECRUITMENT
AL JAZIRA SPORTS CLUB
OFICE 306, PO BOX 113088
ABU DHABI
UAE

DALE PHILLIPS
20711 STERLINGTON DRIVE
LAND O LAKES, FL 34638

DANIEL ERLANGER
BETH ERLANGER
1696 NORTHGATE DR.
PITTSBURGH, PA 15241

DANIEL J. RINK
1017 E. 28TH STREET
HOUSTON, TX 77009

DANIEL SOUTHEY
PO BOX 824
NANTUCKET, MA 02554

DANIELLE DELUCA
5030 CHAMPION BLVD, STE G11 #296
BOCA RATON, FL 33496

DAVID & VALERIE BROOKLAND
LES BAUX, RUE A DON
GROUVILLE, JERSEY
CHANNEL ISLANDS JE3 9GB
UK

DAVID BLOMQUIST
ALBAVAGEN 28
LIDINGO 18133
SWEDEN

DAVID COHEN
5703 VINTAGE OAKS CIRCLE
DELRAY BEACH, FL 33484

DAVID KENNETH MICHAEL WALPOLE
MWL INTERNATIONAL LTD,
1 PAPER MEWS, 330 HIGH STREET
DORKING, SURREY RH4 2TU
UK

DAVID LOMBARDI
22 FIELD AVE, PO BOX 3064
NANTUCKET, MA 02584

DAVID P LAMOREAUX
18 PHILLY RUN DR
WEAVERVILLE, NC 28787

DAVID SIMON
RISLINGSTRASSE 1
ZURICH CH 8044
SWITZERLAND

DAVID SPRATT
139 PENNSYLVANIA AVENUE
YARDLEY, PA 19067

DAVID TAYLOR
17A L'ESTORIL 31, AVE PRINCESG
MONTE CARLO 98000
MONACO

DAVID WALPOLE, HELENE WEBBA
THE SRB TRUSTEE COMPANY LT
AS TRUSTEES OF THE DKM WALD
80 LOWER ROAD, FETCHAM
LEATHERHEAD, SURREY KT22 9NG

DAVID WEBER
877 WATER HYACINTH CT. NE
ST. PETERSBURG, FL 33703

DEAR SPA
PIAZZA MARGANO, 19
ROME 00186
ITALY

DEBT OPPORTUNITY FUND, LLC
20711 STERLINGTON DRIVE
LAND O LAKES, FL 34638

DELAWARE STATE TREASURY
820 SILVER LAKE BLVD
SUITE 100
DOVER, DE 19904

DELL FINANCIAL SERVICES
P.O. BOX 5292
CAROL STREAM, IL 60197-5292

DEMARTINO AND ASSOCIATES LLC
875 UNION AVE.
BOULDER, CO 80304

DENNIS LAVIN
BAYMONT HOUSE, MONT ARTHUR
ST BRELADE, JERSEY
CHANNEL ISLANDS JE3 8AH
UK

DEZAN SHIRA & ASSOCIATES
SUITE EF06, EAST TOWER
TWIN TOWERS, B12
JIAN GUO MEN WAI AVENUE
BEIJING, CHINA 1000022

DIANE L BUECHEL
EXEMPT MARITAL TRUST 5/6/09
PO BOX 2300
NANTUCKET, MA 02584

DIGITAL CONTENT PROTECTION LLC
3855 SW 153RD DRIVE
BEAVERTON, OR 97006

DLA PIPER LLP(US)
6225 SMITH AVENUE
BALTIMORE, MD 21209-3600

DON FREEMAN
1520 SPRUCE STREET
PHILADELPHIA, PA 19102

DON FREEMAN & RENEE FREEMAN
1520 SPRUCE STREET
PHILADELPHIA, PA 19102

DONALD E BATES
208 PEAKHAM RD
SUDBURY, MA 01776

DR ALEX ORTOLANO
900 STEVENS DRIVE #203
RICHLAND, WA 99352

DUNNER LAW PLLC
3243 P STREET, N.W.
WASHINGTON, DC 20007

EAMONN MANSON
30, ST JOHN'S AVE
LONDON, ENGLAND SW15 6AN
UK

EDINBURGH CAPITAL MANAGEMENT
666 JINXIU RD
BLOCK 9, APT 1102
SHANGHAI 200135
CHINA

EDWARD J BORKOWSKI
NANCY B MCCORMICK
120 EAST 15TH STREET
BEACH HAVEN, NJ 08008

EDWARD M SNIDER ESTATE
417 CONESTOGA ROAD
MALVERN, PA 19355

EDWARD NAPIER TREMAYNE MILES
34 NEWARK STREET
LONDON, ENGLAND E1 2AA
UK

ELIZABETH ANNE MERRICK
FORD END HOUSE, FORD END
CLAVERING
SAFFRON WALDEN, ESSEX CB11 4PU
UK

ELIZABETH GARRISON TRUST
PO BOX 126
COCHRANVILLE, PA 19330

ELIZABETH LYNN BRUCE
PENHILL, RUE DE LA BOULLERIE
ST ANDREW, GUERNSEY
CHANNEL ISLANDS GY6 8XF
UK

ELIZABETH P FRAZIER
PO BOX 1130
BOCA GRANDE, FL 33921

ELLIOTT GREENLEAF
1105 NORTH MARKET STREET
17TH FLOOR
WILMINGTON, DE 19801-1216

EMA DESIGN AUTOMATION
225 PARK TECH DR.
ROCHESTER, NY 14623

EME ENTERPRISE INC.
1256 WEST WINTON AVENUE
HAYWARD, CA 94545

EMSON HOLDINGS LTD
SUITE 20, BLOCK 6, WATERGRAD
GIBRALTAR GX11 1AA
UK

ERIC NEULIGHT AND CAROLINEN
7516 CORNITH DR
ALEXANDRIA, VA 22306

ERIC SINGER
200 E. 71ST STREET
NEW YORK, NY 10021

ESPN INC MISCELLANEOUS
P.O. BOX 732527
DALLAS, TX 75373-2527

ESTATE OF HAROLD A SORGEN
1515 MARKET STREET, STE 940
PHILADELPHIA, PA 19102

ESTATE OF LEONARD SIEGEL
741 N RINGGOLD ST
PHILADELPHIA, PA 19130

ESTHER AND MURRAY ALTER
1479 E 8TH STREET
BROOKLYN, NY 11230

ETTA WINIGRAD
PO BOX 530
MONTGOMERYVILLE, PA 18936

EUGENE J. LIPSTEIN TRUST
417 CONESTOGA ROAD
MALVERN, PA 19355

EUGENE JHONG
JISUN RHEE TRUST
467 ALICIA WAY
LOS ALTOS, CA 94022

EURIPIDES PSILOYENIS
7914 SW 194TH STREET
MIAMI, FL 33157

FAMILY TRUST CREATED UNDER
STUART A. MARCUS REVOCABLE
TRUST, DATED 4-4-93
772 NE BAY ISLE DR.
BOCA RATON, FL 33487

FARRUKH SHAH KAHN
1564 KOOSER ROAD
SAN JOSE, CA 95118

FENG TSANG CORPORATION-TWN
1F, NO. 1, ALLEY 50
LANE 737, SEC. 1
NEI HU ROAD, TAIPEI, TAIWAN

FHP CONSULTANTS LTD
GODDARD'S GREEN BARN
GODDARD'S GREEN ROAD
BENENDEN
KENT, UK TN17 4AR

FIRST SENTINEL ADVISORY LIMITED
OFFICE SUITE 12A
55 PARK LANE
LONDON, ENGLAND UK W1K 1QG

FORNAX ASSOCIATES LTD.
70C 16 BUCKHOLD RD.
LONDON, ENGLAND UK SW18 4FY

FOURYS CO LTD
25825 SCIENCE PARK DR, STE 110
BEACHWOOD, OH 44122

FRAMSE HOLDING GMBH
CHEMIN DES VERNAZ 7
AIRE-LA-VILLE, SWITZERLAND CH-1288

FRANK DEARIE AND CINDY DEARIE
PINEHURST, 6 WESTMOUNT COURT
WESTMOUNT RD, ST HELIER
JERSEY, CHANNEL ISLANDS JE2 3LR
UK

FRED A. SHABEL
210 W RITTENHOUSE SQ
PHILADELPHIA, PA 19103

FREDERIC J LEONARD
OPPENHEIMER & CO INC.
100 NE 3RD AVE.
FT LAUDERDALE, FL 33301

FREWIN & CLOSE LTD.
18 OAKLEY STREET
LONDON, ENGLAND SW3 5NT
UK

FTI CONSULTING (CHINA) LIMITED
UNIT 2101-04, CENTRAL PLAZA
227 HUANGPI (N) ROAD
SHANGHAI, CHINA 200003

FULL FRONTAL GROUP FZ LLE
SOUK AL BAHAR, OLD TOWN ISLAND
BURJ KHALIFA DISTRICT
DUBAI, UAE

GARY ACKERMAN AND VALERIE
ACKERMAN
86 SUNSET RD
ROYERSFORD, PA 19468

GARY EDELMAN
3977 ARTHUR AVENUE
SEAFORD, NY 11783

GARY JACOBS
600 NICOLE BLVD
OCOEE, FL 34761

GARY RUCHABER
1660 SW PARKWOOD DRIVE
PORTLAND, OR 97225

GENE PENDYKE
5 WOODGLEN LANE
VOORHEES, NJ 08043

GEORGE M. ROSS
IRREVOCABLE INDENTURE OF TR
COZEN O'CONNOR
ONE LIBERTY PLACE, 1650
PHILADELPHIA, PA 19103

GEORGE SIMON
3313 CAMDEN RD
STATESVILLE, NC 28625

GEORGE XIXIS
23 WOODWORTH LANE
SCITUATE, MA 02066

GERALD A. MANDELL
6715 N 39TH WAY
PARADISE VALLEY, AZ 85253

GERALD LABODA
9904 BELLAGIO CT
FT MYERS, FL 33913

GERALD LABODA REVOCABLE T
9904 BELLAGIO CT
FT MYERS, FL 33913

GERALDINE M. ROSATO
2300 D HICKORY RD
PLYMOUTH MEETING, PA 19462

GLEN AND PEGGY BORDAK
102 FAWN TRAIL
STURTEVANT, WI 53177

GLOBAL TAX MANAGEMENT
656 E. SWEDESFORD RD., SUITE 200
WAYNE, PA 19087

GODEFRIDUS VRANKEN
HINTERBERGSTRASSE 48
WALCHWIL, SWITZERLAND CH-6318

GOLLOP CONSULTING LLC
LES CENT ETOILES, MONT FALLU
ST PETER, JERSEY
CHANNEL ISLANDS JE3 7EF
UK

GORDON MICHAEL HOWARD
530 S 2ND STREET, #509
PHILADELPHIA, PA 19147

GRAHAME PAUL ALAN LOVETT
FLAGSTAFF HOLMFIELD AVE,
RUE DEGENETS, ST BRELADE
JERSEY, CHANNEL ISLANDS JE3 8DH
UK

GREGORY ALLEN DORAN
JENNIFER BURKE DORAN
413 BEAUMONT CIR
W CHESTER, PA 19380

GREGORY P. GIFFORD
PO BOX 137
REXFORD, NY 12148

GUY H.A. CHISENHALE-MARSH
THE PARSONAGE HOUSE, FYFIELD
ONGAR, ESSEX CM5 0SD
UK

GUY HENRY TOLLER
THE OLD RECTORY, MAIN STREET
SUDBOROUGH, NORTHAMPTONSHIRE
NN14 3BX
UK

GUY SPELMAN
1 DEODAR HOUSE, 4 PINES RD
BROMLEY, KENT BR1 2AA
UK

HADRON MASTER FUND
5, ROYAL EXCHANGE BUILDINGS
LONDON, ENGLAND EC3V 3NL
UK

HALLFIELD HOLDINGS SA
C/O RHONE TRUSTEES SA
20 RUE ADRIEN-LACHENAL
GENEVA, SWITZERLAND CH-1207

HANSON HOLDINGS LUX S. R.L.
681 RUE DE NEUDORF
L-2220 LUXEMBORG
LUXEMBORG

HARRY F MCANN
1865 WELSH ROAD, APT B5
PHILADELPHIA, PA 19115

HARRY GIERMAN
VELDWEG 16
NR HATTEM
THE NETHERLANDS 08051

HAWK INVESTMENT HOLDINGS LIMITED
NEWPORT HOUSE, 15
THE GRANGE
ST PETER PORT, GUERNSEY
CHANNEL ISLANDS, UK GY1 2QL

HDMI LICENSING ADMINISTRATOR, INC.
550 S. WINCHESTER BLVD SUITE 515
SAN COSE, CA 95128
HELEN JANE JENSON
WOODLANDS, SANDY LANE
WEST MALLING, KENT ME19 5BX
UK

HELENE KATHLEEN WEBB
BUNBURY HOUSE, CHURCH LANE
CRANLEIGH, SURREY GU6 8GB
UK

HENRY GUY MERRICK
FORD END HOUSE, FORD END, C
SAFFRON WALDEN, ESSEX CB114P
UK

HOANG NGUYEN
359 DALE DRIVE
SAN JOSE, CA 95127

HOLD JUMPER (SUZHOU) PACKICLT
NO. 1, XIANG STREET, HIGH-TECD
SUZHOU, CHINA

HOWARD M. CASPER
453 MILL CREEK ROAD #A
GLADWYNE, PA 19035

HOWELL INTERNATIONAL TRADEFA LT
5A-604 HOUXIANDAICHENG
NO. 16 BAIZIWAN RD.
CHAOYANG DISTRICT
BEIJING, CHINA

HUDSON VALUATION GROUP LLC
ONE GLENLAKE PARKWAY SUITE#7
ATLANTA, GA 30328

HUGH ROKEBY HOLLAND
PEMBROKE HOUSE, VALLEY ENDR
CHOBHAM, WOKING, SURREY GU8T
UK

IAN DAVID TANNER
2 NEPTUNE COURT
CYCLOPS WHARF, HOMER DRIVE
LONDON, ENGLAND E14 3UQ
UK

IINUMA GAUGE
MANUFACTURING CO., LTD (JPY)
11400-327 HARAYAMA, TAMAGAW
CHINO-CITY
NAGANO, JAPAN 391-0011

IINUMA GAUGE MANUFACTURING CO. LTD
11400-327 HARAYAMA, TAMAGAWA
CHINO-CITY, NAGANO 391-0011
JAPAN

IMG MEDIA LTD
BUILDING 6, CHISWICK PARK
566 CHISWICK HIGH ROAD
LONDON, ENGLAND UK W4 5HR

INFOCOMM INTERNATIONAL
11242 WAPLES MILL RD, SUITE 200
FAIRFAX, VA 22030

INNOVENTURES GROUP LLC
1105 WILLIAM PENN DRIVE
BENSALEM, PA 19020

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

INTRINSYC TECHNOLOGIES CORP.
300-885 DUNSMUIR STREET
VANCOUVER, BC V6C IN5
CANADA

IRWIN GRUVERMAN
60 SEMINARY AVE
AUBURNDALE, MA 02466

ISLAND INVESTMENT HOLDINGS
P.O. BOX 119
MARTELLO COURT, ADMIRAL PARK
ST PETER PORT, GUERNSEY, JERSEY
CHANNEL ISLANDS GY1 3HB UK

ITAYA MISA (TWD)
1F, NO. 1, ALLEY 50
LANE 737, SEC. 1, NEI HU ROAD
TAIPEI, TAIWAN

IZON
2005 TREE FORK LANE, SUITE 109
LONGWOOD, FL 32750

JACOB T. LABODA
15368 OLD PINE CT
FT MYERS, FL 33912

JACOB WINIGRAD
36 SOUTHWOOD DR
CHERRY HILL, NJ 08003

JACOPO FRANZAN
VIA VENTIQUATTRO MAGGIO, 14
ROME 00187-0000
ITALY

JACQUELINE B. GARRISON TRUST
PO BOX 126
COCHRANVILLE, PA 19330

JAMES GORMAN
MEGAN OTHERSEN GORMAN
1117 MELROSE AVE
ELKINS PARK, PA 19027

JAMES KENNETH BAUDAINS
HIGHFIELD HOUSE,
LA RUE DU MAUPERTUIS, ST CLEMENT
JERSEY, CHANNEL ISLANDS JE2 6NG
UK

JAMES MARUSSICH
617 UPPER BLVD
RIDGEWOOD, NJ 07450

JAMES W. AND ELIZABETH A. SMITH
128 ANDREW LANE
LANSDALE, PA 19446

JAMES WEINSTEIN
1109 WOODLAND DR
BRIDGEPORT, WV 26330

JAMUNA TRAVELS, INC
6439 MARKET ST
UPPER DARBY, PA 19082

JAN-AGE RONNESTAD
BROVEIEN #19
NESOYA, NORWAY N 1397
NORWAY

JARL SAAL
500 OCEANVIEW DRIVE
WATSONVILLE, CA 95076

JAYSTYLE LIMITED
301, 99 OUD METHA, AL GURG B
2ND STREET, NEAR AL NASR CL
DUBAI
UAE

JEFFREY A GROSSMAN
35 ROCHELLE DR
NEW CITY, NY 10956

JEFFREY A. DOMINICK
29 NEWGATE DR
GLASTONBURY, CT 06033

JENNIFER AND EDEN CAHAN
6770 INDIAN KNOLL RD
CUMMING, GA 30041

JENNIFER GARRISON TRUST
PO BOX 126
COCHRANVILLE, PA 19330

JERRY SCHWARTZ
1 TWIN OAKS DR
SHAMONG, NJ 08088

JILL HOMORODEAN
36 W 83RD, #2R
NEW YORK, NY 10024

JIM SALTZMAN
24 BAYSHORE DRIVE
NEWTOWN, PA 18940

JO ELLEN SPITZ TRUST
2444 MADISON RD, #1706
CINCINNATI, OH 45208

JOAN JOHNSON, TRUSTEE
UNDER DECLARATION OF REVOCABLE
TRUST
525 PARK AVENUE, #14CD
NEW YORK, NY 10065

JOAN PILEGGI
233 S 6TH STREET APT 1401
PHILADELPHIA, PA 19106

JOEL PACE KALLAN
311 LOS PINOS PLACE
CORAL GABLES, FL 33143

JOEL VINE
2009 CHESTNUT STREET
3RD FLOOR
PHILADELPHIA, PA 19103

JOHN M APATHY
183 BEAUMONT RD
DEVON, PA 19333

JOHN M APATHY & SUSAN G APATHY
183 BEAUMONT RD
DEVON, PA 19333

JOHN MCCROSSIN
8 COPPER TREE CT.
MT LAUREL, NJ 08054

JOHN R CLARKE
732 TERRACE HEIGHTS
WYCROFF, NJ 07481

JOHN R. BARTOS
831 AZALEA
HOUSTON, TX 77018

JOHN W QUAINTANCE III
333 LAS OLAS WAY, #3105
FT LAUDERDALE, FL 33301

JONATHAN AND ELIZABETH RAITH
2 GOLDSTAR DR
NANTUCKET, MA 02554

JONATHAN GELLIS
624 NEW BRIDGE RD
TEANECK, NJ 07666

JONATHAN HACKBARTH, ESQ.
QUARLES & BRADY
411 E. WISCONSIN AVENUE
SUITE 2400
MILWAUKEE, WI 53202-4426

JONATHAN PAUL SPECK
CHANT DE LA MER, LA NEUVE ROUTE
ST BRELADE
JERSEY, CHANNEL ISLANDS JE3 8BS
UK

JOSEPH A SAIIA
3424 BROOK MOUNTAIN LN
BIRMINGHAM, AL 35223

JOSEPH CORSO
15 OTTAVIO PROMENADE
STATEN ISLAND, NY 10307

JOSEPH J KARCSMAR
RENE LARACUENTE
1849 WATERMERE LANE
WINDERMERE, FL 34786

JOSEPH S. ZURITSKY
150 N BROAD STR
PHILADELPHIA, PA 19102

JOSEPHINE LINDEN
121 E 70TH STR
NEW YORK, NY 10021

JUDITH GOLDSTEIN
716 BLACK ROCK RD
GLADWYNE, PA 19035

JURGEN TOORNEMAN
MOLENSTRAAT 36
6901 CD ZEVENAAR
THE NETHERLANDS

KAREN S DONOVAN
393 MYSTIC ST
ARLINGTON, MA 02474

KAREN S. DONOVAN
393 MYSTIC STREET
ARLINGTON, MA 02474

KATHRYN TOLLER
THE OLD RECTORY, MAIN STREET
SUDBOROUGH, NORTHAMPTONSHIRE
UK

KATIE B HAUER
545 N 23RD ST
PHILADELPHIA, PA 19130

KAUSHIK BANERJEE
342 STANFORTH COURT
SAN RAMON, CA 94582

KEITH B. WARD
PO BOX 449
NANTUCKET, MA 02554

KEITH GORDON MARSDEN
17 SEATON CLOSE
LONDON, ENGLAND SW15 3TJ
UK

KEITH O. NEWTON
1402, 49TH CT S
WESTERN SPRINGS, IL 60558

KEITH OWEN CLAUDE MERRICK
OLD POST OFFICE, HIGH STREET
WIDDINGTON
SAFFRON WALDEN CB11 3SG
UK

KEITH YOUNG
31 WELLINGTON SQUARE,
LONDON SW3 4NR
UK

KENNETH HANOVER
SYLVIA T HANOVER JTWROS
644 SEAGROVE AVE
CAPE MAY, NJ 08204

KENNETH W. CARROLL
8379 SWEET BRIAR COURT
LIBERTY TOWNSHIP, OHIO 45044-0000

KEVIN CABOT
11 RUE PAUL LANGEVIN
SAINT OUEN
FRANCE 93400

KEVIN JOHN GOLLOP
LES CENT ETOILES, MONT FALLU
ST PETER
JERSEY, CHANNEL ISLANDS JE3 7EF
UK

KIM HEROLD
57 LANCASTER GROVE
LONDON, ENGLAND NW3 4HD
UK

KISHORE GANJI
SRILALITHA BHATTARAM
100 TIMBER LANE
MARLBORO, NJ 07746

KLEINWORT BENSON (GBP)
14 ST. GEORGE STREET
LONDON, ENGLAND UK W1S 1FE

KNIGHT-DAVIS ASSOCIATES LLP
EAST KINGS HOLT, PETERSFIELD ROAD
GREATHAM LISS HAMPSHIRE
GU33 6AB
UK

KYLE MCBREARTY TRUST
PO BOX 126
COCHRANVILLE, PA 19330

LAPIS VENTURES SAC LIMITED
LEMAN MANAGEMENT LIMITED,
WESSEX HOUSE,2ND FLOOR,
45 REID STREET, HAMILTON HM 12
BERMUDA

LARRY EVANS
10 CONSTITUTION HILL EAST
PRINCETON, NJ 08540

LARRY J. GOLDSBOROUGH
14760 MARKET STREET
SUITE 400
PHILADELPHIA, PA 19103

LARRY SCHMALZ
733 N CARBON CITY ROAD
PARIS, AR 72855

LAURENCE CATTERSON
HELEN TONAR PITT CATTERSON
LE JARDIN MURE, RUE DE LA PIECE MAUGER
TRINITY, JERSEY, CHANNEL ISLANDS JE3
5HW
UK

LAUTERSTEIN CONSULTING INC.
C/O HOOP & HOOP RECHTSANWäLTE
PFLUGSTRASSE 7
VADUZ 09490
LEICHENSTEIN

LAW OFFICES OF YOUNG K. PARK
2009 CHESTNUT STREET
PHILADELPHIA, PA 19103

LAWRENCE CIARCIA
108 MARISA CIRCLE
STATEN ISLAND, NY 10309

LAWRENCE MINTZER
377 WALNUT ST
NEWTON, MA 02460

LBJ INVESTORS, LP
417 CONESTOGA RD
MALVERN, PA 19355

LEE AND KO
HANJIN BULIDING, 63 NAMDAEMU
JUNG-GU
SEOUL, KOREA 04532

LEE CHARTOCK
396 WASHINGTON STREET, #304
WELLESLEY HILLS, MA 02481

LEMAN MANAGEMENT NOMINEESLI
LEMAN MANAGEMENT LIMITED, WH
2ND FLOOR, 45 REID STREET
HAMILTON HM 12
BERMUDA

LEO HINDERY, JR
INTERMEDIA PARTNERS, LP.
405 LEXINGTON AVE, 48TH FLOOR
NEW YORK, NY 10174

LEO J. RILEY
225 AQUA LANE
DELRAN, NJ 08075

LEO RILEY
225 AQUA LANE
DELRAN, NJ 08075

LEON J. DUTKIEWICZ, JR
95 CRESCENT HOLLOW DRIVE
SEWELL, NJ 08080

LEONARD I. KORMAN
2 NESHAMINY INTERPLEX, SUITE30
TREVOSE, PA 19053

LEONARDO ZAMPATTI
RTE DE DUILLIER 17
TRéLEX CH 1270
SWITZERLAND

LESTER AMEY
20252 SEASHELL CIRCLE
HUNTINGTON BEACH, CA 92646

LINDA E. JOHNSON
525 PARK AVENUE, #14CD
NEW YORK, NY 10065

LISA ANN WALPOLE
1B THISTLEY LANE
CRANLEIGH, SURREY GU6 7AU
UK

LISA WALSH
9 PINE ISLAND RD,
RYE, NY 10580

LONDER SECURITIES S.A.
C/O SGF SA, RUE DE LA RôTISSERIE 11
GENEVA CH 1204
SWITZERLAND

LRC 2011 TRUST
396 WASHINGTON STREET, #304
WELLESLEY HILLS, MA 02481

LUIJKS ADVIES B.V.
VINKENKADE 41 R 3
VINKEVEEN, THE NETHERLANDS 3645 AP

LUONG D. NGUYEN
2801 CAMINO DEL REY
SAN JOSE, CA 95132

MACTAGGART & MICKEL INVESTMENTS
LTD.
1 ATLANTIC QUAY
1 ROBERTSON STREET
GLASGOW G2 8JB
UK

MADAN G MOUDGAL
3357 PERRINGTON POINTE
MARRIETTA, GA 30066

MARC BOZZACCO
103 EDGEHILL ROAD
GLENSIDE, PA 19038

MARCUM LLP
ONE SE THIRD AVE, SUITE 1100
MIAMI, FL 33131

MARGARET VALENTINE
6A FOUNTAIN MANOR DR
GREENSBORO, NC 27405

MARJONJAC LLC
4612 SW BIMINI CIR N,
PALM CITY, FL 34990

MARK & SHERRI FINNEGAN
2914 ARBELLA LANE
THOUSAND OAKS, CA 91362

MARK ANDREW VULLY DE CANDOLE
14 THE GATEWAYS, SPRIMONT PLACE
LONDON, ENGLAND SW3 3JA
UK

MARK DANIEL ROUGHLEY
APT 11, OLD COURT HOUSE
LA RUE A DON
GROUVILLE
JERSEY, CHANNEL ISLAND, UK JE3 9FS

MARK DANIEL ROUGHLEY
APT 11, OLD COURT HOUSE
LA RUE A DON, GROUVILLE
JERSEY, CHANNEL ISLANDS JE3 9FS
UK

MARK DYER
MANOR FARMHOUSE, DEANE
BASINGSTOKE, HAMPSHIRE SW6 4SG
UK

MARK J COLEMAN
INTERMEDIA PARTNERS, LP
405 LEXINGTON AVE, 48TH FLOOR
NEW YORK, NY 10174

MATT J. LO.
7322 CARTER AVE
NEWARK, CA 94560

MATTHEW HAMMOND
PO BOX 502216
DUBAI
UAE

MATTHEW LO
7322 CARTER AVENUE
NEWARK, CA 94560

MEDIATAINMENT, INC
1105 WILLIAM PENN DRIVE
BENSALEM, PA 19020

MEDIATAINMENT, INC.
ATTN: RAJA RAJAN
1105 WILLIAM PENN DRIVE
BENSALEM, PA 19020

MEGAN MCBREARTY TRUST
PO BOX 126
COCHRANVILLE, PA 19330

MELVIN B. MILLER
716 BLACK ROCK RD
GLADWYNE, PA 19035

MENTOR GRAPHICS CORPORATION
8005 SW BOECKMAN RD.
WILSONVILLE, OR 97070-7777

MI SOOK HAN
1001 CITY AVENUE APT. EC 403
WYNNEWOOD, PA 19096

MICHAEL F AGUILAR
3 EVERGREEN COURT
SUFFERN, NY 10901

MICHAEL GRAY
LE CLOS DE LA TOUR
LA GRANDE DES SAB CONS, GROUVILLE
JERSEY, CHANNEL ISLANDS JE3 9BX
UK

MICHAEL HAGGIAG FAMILY TRUST
C/O FIDUCIARY TRUST INTL
OF DELAWARE
1220 N MARKET STR, SUITE 333
WILMINGTON, DE 19801

MICHAEL T BLAKESLEE
CHERYL A BLAKESLEE
4392 LIVE OAK BLVD
PALM HARBOR, FL 34685

MICHELE LABODA
13617 PINE VILLA LANE
FT MYERS, FL 33912

MIRDAS LIMITED
PO BOX 1075
ELIZABETH HOUSE, 9 CASTLE STREET
ST HELIER, JERSEY
CHANNEL ISLANDS JE4 2QP UK

MIRIAM AND SEYMOUR MANDELL
JTWROS
UBS FINANCIAL SERVICE
101 WEST ELM STREET
CONSHOHOCKEN, PA 19428

MODULAR MOBILE GMBH
HANSAALLEE 201
DUSSELDORF, GERMANY
D-450549

MOTIVIT
2880 ZANKER RD., SUITE 203
SAN JOSE, CA 95134

MP TAVILL REVOCABLE TRUST
4950 SUDBURY WAY
CARMICHAEL, CA 95608

MR AI AND MRS HA PATEL
A&M SETTLEMENT TRUST
118 DUNYEATS RD, BROADSTONE
DORSET BH18 8AN
UK

MTL SHIPPING & INVESTMENT L
HILLSIDE, CROCKNORTH ROAD
EAST HORSLEY, SURREY KT24 5
UK

MTL SHIPPING & INVESTMENT L
203 AL ZAHRA TECHNO CENTER
AL FARDAN EXCHANGE BLDG.
KHALID BIN WALID STREET
DUBAI, UAE

MUNI MOHAN
4612 AVIARA CT.
SAN JOSE, CA 95135

MUNI MOHAN
4612 AVIARA COURT
SAN JOSE, CA 95135

MUSSER FOUNDATION
435 DEVON PARK DR, BLDG 500
WAYNE, PA 19087

MUTLAQ ALZAYED
BLOCK 1, STREET 14, HOUSE 21
AL MANSOURIYA
KUWAIT

MWL INTERNATIONAL LTD
1 PAPER MEWS, 330 HIGH STRE
DORKING, SURREY RH4 2TU
UK

MWL INTERNATIONAL LTD.
ATTN: DAVID WALPOLE
1 PAPER MEWS, 330 HIGH STRE
DORKING, SURREY RH4 2TU

NATASHA IMOGEN MERRICK
FORD END HOUSE
FORD END, CLAVERING
SAFFRON WALDEN, ESSEX CB114P
UK

NATIONAL FINANCIAL SERVICES
FBO EMILIO DISANLUCIANO IRA
1565, 85TH STREET
BROOKLYN, NY 11228

NEIL THACKER MACLACHAN
1 VICTORIA SQUARE, WESTMINSTER
LONDON, ENGLAND SW1W 0QY
UK

NEULIGHT LIVING TRUST
578 EL SOL AVE
OJAL, CA 93023

NEW JERSEY ATTORNEY GEN. OFF.
DIVISION OF LAW
RICHARD J. HUGHES JUSTICE CMPLX
25 MARKET STREET, PO BOX 112
TRENTON, NJ 08625-0112

NEW JERSEY DIVISION OF TAXATION
COMPLIANCE&ENFORCEMENT-
BANKRUPTCY
50 BARRACK STREET, 9TH FLOOR
PO BOX 245
TRENTON, NJ 08695-0267

NEWMAN CHITTENDEN
19 MANCINI DRIVE
YORKTOWN, NY 10598

NICHANI LAW FIRM
111 N. MARKET STREET, SUITE 300
SAN JOSE, CA 95113

NICHOLAS ERCOLANO
63 BRIDGETOWN ST.
STATEN ISLAND, NY 10314

NICHOLAS P WENTWORTH-STANLEY
DOR KNAP HOUSE, MIDDLE HILL
BROADWAY, WORCESTER WR12 7LA
UK

NICHOLAS TOPPIN
LYNWOOD HOUSE, BALLINTEER RD
DUBLIN 16
IRELAND

NICOLE MARIE MANEEN
1691 GLENBURN COURT
NICEVILLE, FL 32578

NIGEL HAMILTON-SMITH
ATTICO H, BAHIA BANUS
CALLE VENTURA DEL MAR
MARBELLA 29660
SPAIN

NISIM MIRAKOV
86-42 SANCHO ST
HOLLIS, NY 11423

OLIROMA HOLDINGS SRL
VIA EMILIO DE' CAVALIERI, 7
ROME 00198
ITALY

OLIVIA LOUISE MERRICK
18 ARISTOTLE RD
LONDON, ENGLAND SW4 7UZ
UK

OPEN SALES SOLUTIONS, LLC
548 MARKET STREET, SUITE 11745
SAN FRANCISCO, CA 94104

OWEN NUTTO
419 DERVIN LANE, PO BOX 370
GLEN GARDNER, NJ 08826

OZ VENTURES, LLC
555 BRYANT STR, #334
PALO ALTO, CA 94301

PACTRON
3000 PATRICK HENRY DR
SANTA CLARA, CA 95054-1814

PAINS FIREWORKS LIMITED
QUAY HOUSE, OLD BRICKYARD ROAD
SANDLEHEATH
FORDINGBRIDGE, HAMPSHIRE SP6 1SY
UK

PATRICK MILES
MODEL FARM, UPPER WINCHENDON
AYLESBURY, BUCKS HP18 0EP
UK

PAUL & RACHEL BECKER
875 BRAINBRIDGE DR
WEST CHESTER, PA 19382

PAUL FAUCI
134 HARBOUR VIEW DR
MASSAPEQUA, NY 11758

PAUL KELLY
1601 LOCUST STR, UNIT 400
PHILADELPHIA, PA 19102

PAUL STAMATIS JR
10406 CHARTER LAKE CIR
KATY, TX 77494

PAUL VINCENT ADAMS
27 ROTTEN RUN
SOUTHPORT PR8 2DA
UK

PCL INVESTMENTS
C/O B&M LEASING,
283 2ND STREET PIKE, SUITE 11
SOUTHAMPTON, PA 18966

PEGATRON CORPORATION
5F., NO. 76, LIGONG ST., BEITOUD
TAIPEI CITY 112
TAIWAN

PENNSYLVANIA DEPARTMENT OR
DEPARTMENT 280946
ATTN: BANKRUPTCY DIVISION
HARRISBURG, PA 17128-0946

PEPPER GROVE HOLDINGS LIMI
LEMAN MANAGEMENT LIMITED,
WESSEX HOUSE, 2ND FLOOR
45 REID STREET, HAMILTON HM 12
BERMUDA

PEPPER J FRAZIER
ELIZABETH P FRAZIER
PO BOX 1130
BOCA GRANDE, FL 33921

PERSHING (CI) NOMINEES
LIMITED A/C JCCLT
ROYAL LIVER BUILDING, PIER HEAD
LIVERPOOL L3 1LL
UK

PERSHING NOMINEES LTD A/C CCCLT
ROYAL LIVER BUILDING, PIER HEAD
LIVERPOOL L3 1LL
UK

PETER JAY GILMORE
SUSAN FLORENCE GILMORE
7 KNOLLBROOK CIRCLE
MALVERN, PA 19355

PETER KAIZER
8 N BEACH ST
NANTUCKET, MA 02554

PETER MUSSER
435 DEVON PARK DR, BLDG 500
WAYNE, PA 19087

PETER THOMAS KAURSLAND
THE SPRINGS, HOWE ROAD
WATLINGTON, OXON OX49 5EL
UK

PHILIP M DARIVOFF
1 FARMSTEAD RD
SHORT HILLS, NJ 07078

PORTER DIGITAL SIGNAGE
241 N. CALDWELL CIRCLE
DOWNINGTOWN, PA 19335

PR NESWIRE ASSOCIATION, LLC
G.P.O. BOX 5897
NEW YORK, NY 10087-5897

PRIMORUS INVESTMENTS PLC
SUITE 3B, PRINCES HOUSE
38 JERMYN STREET
LONDON, ENGLAND SW1Y 6DN
UK

PUDDLES 2 LIMITED
UNIT 8, QUAYSIDE LODGE
WILLIAM MORRIS WAY
LONDON, ENGLAND SW6 2UZ
UK

QUAKER HOLDINGS L.P.
800 S OCEAN BLVD, LPH2
BOCA RATON, FL 33432

RAB CAPITAL HOLDINGS LIMITED
1 ADAM STREET
LONDON, ENGLAND WC2N 6LE
UK

RACHEL BAUDAINS
LITTLE CROFT RUE DU MOULIN
ST MARTIN
JERSEY, CHANNEL ISLANDS JE3 6AH
UK

RAFAEL E OSONA AND GAIL E OSONA
PO BOX 2607
NANTUCKET, MA 02584

RAJA RAJAN
928 MCELWEE
MOORESTOWN, NJ 08057

RAM K. SREEKAKULA
VIJAYA L SREEKAKULA
300 N GREENBRIAR DR, #100
NORMAL, IL 61761

RAY TERWILLIGER
113 MEADOW VIEW DR
NEWTOWN, PA 18940

RBC CAPITAL MARKETS LLC
CUST FBO DAVID W NOCK, ROTH IRA
302 AMERICAS CUP BLVD
BRADENTON, FL 34208

RBC CAPITAL MARKETS LLC
CUST FBO PIETER VAN HOEVEN SEP IRA
630 WOODBROOK DR
AMBLER, PA 19002

REMY FOX
120 ALLGATES DR
HAVERFORD, PA 19041

RENEE FREEMAN
1520 SPRUCE STREET
PHILADELPHIA, PA 19102

REYKER NOMINEES LIMITED
17 MOORGATE
LONDON, ENGLAND EC2R 6AR
UK

RICHARD E. CARP
135 SIBLEY AVE
NARBERTH, PA 19072

RICHARD F.B. MILLIGAN-MANBY
WYKEHAM HALL, LUDFORD
MARKET RASEN
LINCOLNSHIRE LN8 6AU
UK

RICHARD PETER PEASE
21 ELDON RD
LONDON, ENGLAND W8 SPT
UK

RL SYSTEMS
OLD POST OFFICE COTTAGE, POOR
INKPEN, BERKSHIRE, RG17 9PY
UNITED KINGDON

ROBERT A. ZURITSKY
150 N BROAD STR
PHILADELPHIA, PA 19102

ROBERT AND DEBRA DECOSTA
PO BOX 865
NANTUCKET, MA 02554

ROBERT AND MONIQUE CURRIE
PO BOX 449
NANTUCKET, NA 02554

ROBERT HALF MANAGEMENT SVS.
12400 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

ROBERT N GARRISON JR
156 SEABREEZE AVE
PALM BEACH, FL 33480

ROBERT N GARRISON TRUST
713 CREEK RD
BELLMAWR, NJ 08031

ROBERT N. GARRISON TRUST
156 SEABREEZE AVE
PALM BEACH, FL 33480

ROBERT N. GARRISON, III TRUST
PO BOX 126
COCHRANVILLE, PA 19330

ROBERT PETCH
GODDARD'S GREEN BARN
CRANBROOK, KENT TN17 4AR
UK

ROBERT S. FRENCH REVOCABLE
TRUST 2018
1712 KIMBERLY DRIVE
SUNNYVALE, CA 94087

ROBERTO VILLAQUIRAN
AVENUE DE CHASSEURS 14
WATERLOO 01410-0000
BELGIUM

RONALD B. MANDELL
1818 MARKET ST. SUITE 3220,
PHILADELPHIA, PA 19103

RONALD JACOBS
CHASA YASK 194
SENT 7554
SWITZERLAND

RONALD L CAPLAN
C/O PMC PROPERTY GROUP
1608 WALNUT STR, SUITE 1400
PHILADELPHIA, PA 19103

ROSE AND JAMES TARANGELO
3 FULLERTON RD
MOORESTOWN, NJ 08057

RUPERT CORFIELD
EASTMANTON HOUSE, SPARSHOLT
WANTAGE, OXON OX12 9PJ
UK

RUSSELL BURKE
14248 DICKENS STREET, APT 220
SHERMAN OOAKS, CA 91423

RUSSELL D COON JR
PO BOX 187
SCARBOROUGH, ME 04074

RUSSELL MALSAM
733 1ST AVE
HAVRE, MT 59501

S BRUCE RUBIN
7838 SANDHILL COURT
W PALM BEACH, FL 33412

S F BOOTH
HAMPTON VILLA, 69 PALACE RD
EAST MOLESEY
SURREY KT8 9DP
UK

SALAZAR LAW
2000 PONCE DE LEON BOULEVARD
PENTHOUSE
CORAL GABLES, FL 33134

SANFORD LIPSTEIN
417 CONESTOGA RD
MALVERN, PA 19355

SANFORD LIPSTEIN, TRUSTEE
EUGENE LIPSTEIN
417 CONESTOGA RD
MALVERN, PA 19355

SANG DON
C/O YOUNG PARK LAW
2009 CHESTNUT STREET
PHILADELPHIA, PA 19103

SARA LEONA ROBERTSON
72 PUERTO VIEJO TRAIL
HENDERSON, NV 89074

SARAH CAROLINE DRNEC
CHURCH FARM, ATHELINGTON
SUFFOLK IP215 EJ9
UK

SARENA L SNIDER
PO BOX 25088
PHILADELPHIA, PA 19147

SCOTT LINDELL
14 FROG ROCK ROAD
ARMONK, NY 10504

SEBASTIAN ANDREW MARR
59 STUDDRIDGE STREET
LONDON, ENGLAND SW6 3SL
UK

SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX
PO BOX 898
DOVER, DE 19903

SECURITIES & EXCHANGE
COMMISSION
100 F STREET, NE
WASHINGTON, DC 20549

SECURITIES & EXCHANGE COMM
NY REGIONAL OFFICE-ATTN: A. C
BROOKFIELD PLACE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

SEECUBIC B.V.
PARK FORUM 1033 & 1035
EINDHOVEN
THE NETHERLANDS 5657HJ

SHADRON STASTNEY
392 TAYLOR MILLS ROAD
MARLBORO, NJ 07746

SHARAD PATEL
MIYAJIMA, RUE DE LA
BLANCHE PIERRE, ST LAWRENCE
JERSEY, CHANNEL ISLANDS JE3 1E
UK

SHARON KOSTAROFF
3046 SYRACUSE ST,
DEARBORN, MI 48124

SHEILA LABODA REVOCABLE TRUST
9904 BELLAGIO CT
FT MYERS, FL 33913

SHEILA LOIS LABODA
9904 BELLAGIO CT
FT MYERS, FL 33913

SILVERPLAY LIMITED
50 KING ST
TWICKENHAM TW1 3SH
UK

SILVERWOOD ENTERPRISES LIMITED
301, 99 OUD METHA, AL GURG BUILDING
2ND STREET , NEAR AL NASR CLUB
DUBAI
UAE

SKC HAAS DISPLAY FILMS CO.
460,CHONHEUNG-RI,SONGGO-UB
CHONAN-CITY
CHUNGCHONGNAM-DO 330-836,KOREA

SLS HOLDINGS VI, LLC
392 TAYLOR MILLS ROAD
MARLBORO, NJ 07746

SLS HOLDINGS VI, LLC
ATTN: SHAD STASTNEY
392 TAYLOR MILLS ROAD
MARLBORO, NJ 07746

SONIYA PATEL
26 CEDARHURST DRIVE
ELTHAM
LONDON, ENGLAND SE 9 5 LP
UK

SONNY MANDELL
UBS FINANCIAL SERVICE
101 WEST ELM STREET
CONSHOHOCKEN, PA 19428

SORGENTI INVESTORS, L.P.
1515 MARKET STREET, STE 940
PHILADELPHIA, PA 19102

SPECIAL COUNSEL
DEPT. CH 14305
PALATINE, IL 60055-4305

SPIRIT SHORE VENTURES, LLC
2622 31ST STREET NW
WASHINGTON, DC 20008
ST PETER PORT CAPITAL

MARTELLO COURT, ADMIRAL PARK
ST. PETER PORT
GUERNSEY, CHANNEL ISLAND GY1 3HB

ST4M ELECTRONICS, INC. BEIJING OFFICE
ROOM 1102, BUILDING 313
HUI ZHONG BEI LI
BEIJING, CHAOYANG DISTRICT, CHINA

STEPHEN JAMES BLACKFORD
4 HIGHFIELD DR, WEMBURY
PLYMOUTH, DEVON PL9 0EX
UK

STEPHEN M ANDRESS
46 MITCHELL GRANT WAY
BEDFORD, MA 01730

STEVE ATLAS
218 GRAYS LN
HAVERFORD, PA 19041

STEVEN ANTHONY SUSSMAN
TILTY HILL FARM, DUTON HILL
DUNMOW, ESSEX CM6 2EE
UK

STOIT GROEP B.V.
VESTDIJK 23
EINDHOVEN
THE NETHERLANDS 5611 CA 05611

STREAM TV INTERNATIONAL B.V
PARK FORUM 1033 & 1035
EINDHOVEN
THE NETHERLANDS 5657HJ

STUART EVAN HORWICH
PRIORS HOLT, AYOT ST LAWREN
HERTS AL6 9BY
UK

SUBY JOSEPH
48 COLLEEN CIRCLE
DOWNINGTOWN, PA 19335

SUSAN SPRATT AND DAVID SPR
1217 SCOTT PLACE
WARMINSTER, PA 18974

SUZHOU INDUSTRIAL EQUIPMEN
INSTALLATION
NO. 3, CAIXIANG ROAD
SUZHOU, JIANGSU, CHINA

SYNOPSYS
690 EAST MIDDLEFIELD ROAD
MOUNTAIN VIEW, CA 94043

TAMMY S MAURY
STEVEN C MAURY
3674 ROLLINGBROOK ST
CLERMONT, FL 34711

TARLTON PARSONS
UNIT 8, QUAYSIDE LODGE
WILLIAM MORRIS WAY
LONDON, ENGLAND SW6 2UZ
UK

TD BANK, N. A.
PO.BOX 16027
LEWISTON, ME 04243-9513

THE 2012 GAIL LIPSTEIN
FAMILY TRUST
417 CONESTOGA ROAD
MALVERN, PA 19355

THE 2012 SANFORD LIPSTEIN
FAMILY TRUST
417 CONESTOGA ROAD
MALVERN, PA 19355

THOMAS L. GLEN III
1011 BARTLETT AVE
LINWOOD, NJ 08221

THOMAS R. CRONIN TRUST
SHELL FACTORY & NATURE PARK
2787 N. TAMIAMI TRL.
NORTH FORT MYERS, FL 33903

THOMAS R. MASSERIA
8921 CAMBRIDGE GLEN CT
LAS VEGAS, NV 89149
THREE D HOLOGRAMS PVT. LTD.
307 KILFIRE HOUSE
C-17 DALIA INDUSTRIAL AREA
NEW LINK ROAD, ANDHERI-WEST
MUMBAI, MAHARASHTRA INDIA 00040-0053

TIMOTHY D.K. SIMOND
7 UPPER CHEYNE ROW
LONDON, ENGLAND SW3 5JW
UK

TIMOTHY JOHN MORTON
HAWK COTTAGE, PARK ESTATE
ST BRELADE
JERSEY, CHANNEL ISLANDS JE3 8EQ
UK

ODD D TULS
4230 CONNER DR
COLUMBUS, NE 68601

TODD TULS
4230 CONNER DRIVE
COLUMBUS, NE 68601

TOM SEGO
1045 HUTCHINSON AVE
PALO ALTO, CA 94301

TOTAL CFO, LLC
20711 STERLINGTON DRIVE
LAND O LAKES, FL 34638

TR REDDY
3122 WASHINGTON RD
AUGUSTA, GA 30907

TRACY ANNE PERNICE
35 RIDGE LANGLEY, SANDERSTEAD
S CROYDON, SURREY CR2 OAP
UK

TRANS WORLD INTERNATIONAL, LLC
200 FIFTH AVE 7TH FLOOR
NEW YORK, NY 10010

TRIPLE CROWN CONSULTING, LLC
10814 JOLLYVILLE RD, SUITE 100
AUSTIN, TEXAS 78759-0000

U.S. LEGAL SUPPORT, INC.
PO BOX 4772
HOUSTON, TX 77210-4772

UHAUL
201 US HIGHWAY 130S
CINNAMINSON, NJ 08077

US COMPLIANCE SERVICES LLC
199 NORTH WOODBURY ROAD S#10
PITMAN, NJ 08071

VAYIKRA CAPITAL LLC
1 FARMSTEAD ROAD
SHORT HILLS, NJ 07078

VAYIKRA CAPITAL LLC
1 FARMSTEAD RD
SHORT HILLS, NJ 07078

VELA TECHNOLOGIES PLC
10B RUSSELL COURT, WOOLGATC
BINGLEY, WEST YORKSHIRE BD11P
UK

VIA LICENSING CORPORATION
1275 MARKET STREET
SAN FRANCISCO, CA 94103-1410

VICTORIA ALICE SLINGER
16 CUMBERLAND RD
RICHMOND, SURREY TW9 3HQ
UK

VIKAS KSHETRAPAL
2287 ASHBOURNE DRIVE
SAN RAMON, CA 94583

VINCENT A PILEGGI
158 E 82ND STREET, 5B
NEW YORK, NY 10028

VINOD AND SAILAJA KURUVADI
4221 COLLING RD W
BONITA, CA 91902

VIPUL PATEL
26 CEDARHURST DRIVE
ELTHAM, LONDON SE 9 5 LP
UK

VISUAL APEX, INC
7950 NE DAY ROAD W, SUITE B
BAINBRIDGE ISLAND, WA 98110

WAH WOO TAN
243 SUMMERWIND DRIVE
MILPITAS, CA 95035

WAI MING CHIU
1798 CAPE CORAL DR
SAN JOSE, CA 95133

WAI MING CHIU
1798 CAPE CORAL DRIVE
SAN JOSE, CA 95133

WALMER CAPITAL LIMITED
UNIT 8, QUAYSIDE LODGE
WILLIAM MORRIS WAY
LONDON, ENGLAND SW6 2UZ
UK

WALSH C.H.B. INC
189 SUNRISE HIGHWAY SUITE # 302
ROCKVILLE CENTRE, NY 11570

WALSH CHB, INC.
189 SUNRISE HWY, SUITE 202
ROCKVILLE CENTRE
NEW YORK, NY 11570

WALTER JOHN SCHOENDORF JR
225 W 3RD ST, APT 339
LONG BEACH, CA 90802

WARREN SCOTT HILTON
54 KAILEY'S WAY
GROTON, MA 01450

WARREN SCOTT HILTON
JUDITH KENNEY HILTON
54 KAILEY'S WAY
GROTON, MA 01450

WB NOMINEES LIMITED
MODEL FARM, UPPER WINCHENDON
AYLESBURY, BUCKS HP18 0EP
UK

WEIDA FREIGHT SYSTEM CO.
FLAT 402, 4/F., YEE KUK INDUST. CTR
555 YEE KUK STREET
CHEUNG SHA WAN, KOWLOON
HONG KONG, CHINA

WENDY TROW-FOX
120 ALLGATES DR
HAVERFORD, PA 19041

WHARTON CAPITAL PARTNERS
5720 LAGORCE DRIVE
MIAMI BEACH, FL 33140

WILINE NETWORKS INC.
PO BOX 102150
PASADENA, CA 91189-2150

WILLIAM & JOANNE JELLISON
9946 W GULL LAKE DR
RICHLAND, MI 49083

WILLIAM HENNESSEY
436 LEE PLACE
EXTON, PA 19341

WILLIAM PHILIP RICHARDS
11 ST JAMES SQUARE
MANCHESTER M2 6WH
UK

WINDSOR INTERNATIONAL CORPORATION
43 CHEYNE COURT
LONDON, ENGLAND SW3 5TS
UK

YEH, JIH-CHUN (CNY)
1F, NO. 1, ALLEY 50
LANE 737, SEC. 1, NEI HU ROAD
TAIPEI, TAIWAN

YEON HO KIM
2009 CHESTNUT STREET
FIRST FLOOR
PHILADELPHIA, PA 19103

YOUNG PARK
2009 CHESTNUT STREET
PHILADELPHIA, PA 19103

ZACH LEHMAN
1440 S. STANLEY AVE
LOS ANGELES, CA 90019

ZACH LEHMAN
1440 S. STANLEY AVENUE
LOS ANGELES, CA 90019

ZEIFANG HSU
101 BLAISDELL WAY
FREMONT, CA 94536

ZYGINTAS PAPARTIS (EUR)
SARMOS G. 7-2
VILNIUS 04126

MATREX EXHIBITS, INC.
301 S. CHURCH ST.
ADDISON, IL 60101
ATTN: JONATHAN ANISZEWSKI