# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| STREAM TV NETWORKS, INC., | : | Case No. 21-10433 (KBO) |
| | : | |
| Debtor. | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 102(1) and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), the law firm of Armstrong Teasdale LLP hereby enters its appearance in the above-referenced chapter 11 case (the "Chapter 11 Case") as counsel to Visual Technology Innovations, Inc. ("VTI"), and hereby request that all notices given or required in the Chapter 11 Case, and all documents, and all other papers served in the Chapter 11 Case, be given to and served upon the following:

| | |
|---|---|
| Rafael X. Zahralddin-Aravena, Esq.<br>Jonathan M. Stemerman, Esq.<br>ARMSTRONG TEASDALE LLP<br>300 Delaware Avenue, Suite 210<br>Wilmington, DE 19801<br>Telephone: (302) 824-7089<br>Email: rzahralddin@atllp.com<br>Email: jstemerman@atllp.com | Richard W. Engel, Jr., Esq.<br>David L. Going, Esq.<br>ARMSTRONG TEASDALE LLP<br>7700 Forsyth Boulevard, Suite 1800<br>St. Louis, MO 63105<br>Telephone: (314) 621-5070<br>Email: rengel@atllp.com<br>Email: dgoing@atllp.com |

John A. Sten, Esq.
ARMSTRONG TEASDALE LLP
225 Franklin Street, 26th Floor
Boston, MA 02110
Telephone: (617) 217-2030
Email: jsten@atllp.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also includes,

without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects or pertains to the Debtor, the property of the Debtor or its chapter 11 estate.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim or suit shall waive VTI's rights (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Court, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have a United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs or recoupments to which VTI is, or may be, entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  March 17, 2021                **ARMSTRONG TEASDALE LLP**

*/s/ Rafael X. Zahralddin-Aravena*
Rafael X. Zahralddin-Aravena (No. 4166)
Jonathan M. Stemerman (No. 4510)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 824-7089
Email:  rzahralddin@atllp.com
Email:  jstemerman@atllp.com

and

Richard W. Engel, Jr., Esq.
David L. Going, Esq.
7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Telephone:  (314) 621-5070
Email: rengel@atllp.com
Email:  dgoing@atllp.com

and

John A. Sten, Esq.
225 Franklin Street, 26th Floor
Boston, MA 02110
Telephone: (617) 217-2030
Email: jsten@atllp.com

*Counsel to Visual Technology Innovations, Inc.*