## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Stream TV Networks, Inc. | : | Case No. 21-10433 (KBO) |
| | : | |
| Debtor. | : | Hearing Date: March 22, 2021@10:00 a.m. |
| | : | D. I. 30,59,67, 68 |

**STREAM TV NETWORKS, INC.'S JOINDER IN VISUAL TECHNOLOGIES INNOVATIONS, INC.'S RESPONSE IN SUPPORT OF <u>MOTION TO APPROVE FINANCING</u>**

Stream TV Networks, Inc., ("Stream" or the "Debtor"), the debtor and debtor in possession in the above captioned matter, hereby joins in the Response in Support of Motion of Stream TV Networks, Inc. for Entry of Order: (I) Authorizing It to Obtain Post-Petition Financing Pursuant to Sections 363 and 364 of the Bankruptcy Code and Modifying the Automatic Stay to Implement the Terms of the Order ("the Response") [D.I. 67] filed by Visual Technologies, Inc. ("VTI").

On March 1, 2021, Stream filed its financing motion (the "Financing Motion") [D.I. 30]. On March 15 2021, SLS Holdings VI, LLC ("SLS") and SeeCubic, Inc. ("SeeCubic") filed their omnibus objection to, among other things, the Financing Motion [D.I. 59]. On March 17, 2021, VTI filed the Response. On March 18, 2021, the United States Trustee filed its objection to, among other things, the Financing Motion.

The Debtor's decision to enter into the Support Agreement to obtain financing satisfies both the Business Judgment Rule and the Entire Fairness Doctrine. The Debtor and its counsel negotiated a very attractive, benign DIP, with a reasonable interest rate, whereby VTI advances funds to the Debtor on an unsecured basis, with only an administrative priority. Among other things, the financing has no provision for fees, liens, or lender releases. There are no roll-up

requirements, covenants, warranties, or other reorganization related requirements unrelated to the financing that often find their way into post-petition financing agreements. Further, this is not a case where the objectors are offering a better option. In short, the proposed financing is at a fair price and on fair terms and should be approved.[1]

WHEREFORE, for the foregoing reasons, Stream TV Networks, Inc. respectfully requests that this Court enter an Order approving the financing.

Dated: 3/18/2021            /s/ Martin J. Weis

**DILWORTH PAXSON LLP**
Martin J. Weis (No. 4333)
704 North King Street, Suite 500
P.O. Box 1031
Wilmington, DE 19899-1031
Telephone: (302) 571-9800
Facsimile: (302) 655-1480

-and-

**DILWORTH PAXSON LLP**
Lawrence G. McMichael
Anne M. Aaronson
1500 Market St., Suite 3500E
Philadelphia, PA 19102
Telephone: (215) 575-7000
Facsimile: (215) 575-7200

*Proposed Counsel for the Debtor and Debtor in Possession*

---

[1] The Debtor has had discussions with the US Trustee and VTI regarding having the funding order entered on an interim basis, which the Debtor is willing to do. The interim basis being discussed is through April 22, 2021, the date of the next regularly scheduled omnibus hearing. The parties have also discussed, and the Debtor is in the process of, supplementing the record presently before the Court with an interim budget and an additional declaration to address the Debtor's need for funding. To be clear, these are discussions and the US Trustee is not waiving its objections to the underlying motion.