IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc.,<br><br>Debtors. | Chapter 11<br><br>Case No. 21-10433 (KBO) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, depose and say that I am employed by Omni Agent Solutions ("Omni"), the proposed claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 16, 2021, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served via the method set forth on the Master Service List attached hereto as **Exhibit A**:

- **Supplemental Declaration of Lawrence G. McMichael in Support of Debtor's Retention of Dilworth Paxson LLP [Docket No. 60].**

Dated: March 18, 2021

Randy Lowry
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
(818) 906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 18th day of March, 2021, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

# **EXHIBIT A**

**EXHIBIT A**
**Master Service List**

| Description | Creditor | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Top 20 | Arasan Chip Systems, Inc | 2150 N F1st St, Ste 240<br>San Jose, CA 95131 | | vinod@nichanilawfirm.com | Email |
| NOA - Counsel for IMG Media, Ltd.; Trans World International LLC; and other affiliates of Endeavor Operating Company, LLC | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover<br>Attn: John C. Gentile<br>1313 N. Market St., Ste 1201<br>Wilmington, DE 19801 | 302-442-7012 | jhoover@beneschlaw.com<br>jgentile@beneschlaw.com | Email |
| Top 20 | Cadence Design Systems, Inc | 2655 Seely Ave<br>San Jose, CA 95134 | | wendy@cadence.com | Email |
| Top 20 | Hold Jumper (Suzhou) Packing Co. Ltd | No. 1, Xiang St<br>High-Tech District Suzhou<br>China | | david@hj-packing.com | Email |
| Top 20 | IMG Media Ltd | Bldg 6, Chiswick Park<br>566 Chiswick High Rd<br>London, W4 5HR<br>United Kingdom | | mediaAR@img.com | Email |
| Top 20 | Matrex Exhibits, Inc | 301 S Church St<br>Addison, IL 60101 | | jona@cld1ltd.com | Email |
| Top 20 | Pegatron Corporation | 5F., No. 76, Ligong St<br>Beitou District Taipei City 00112<br>Taiwan | | sal_lu@pegatroncorp.com | Email |
| NOA - Counsel to SLS Holdings VI, LLC | Quarles & Brady LLP | Attn: Brittany S. Ogden<br>33 East Main Street<br>Suite 900<br>Madison, WI, 53703 | 608-251-9166 | Brittany.Ogden@quarles.com | Email |
| NOA - Counsel to SLS Holdings VI, LLC | Quarles & Brady LLP | Attn: Brandon M. Krajewski<br>411 East Wisconsin Avenue<br>Suite 2400<br>Milwaukee, WI, 53202 | 414-978-8326 | Brandon.Krajewski@quarles.com | Email |
| NOA - Counsel to SLS Holdings VI, LLC | Quarles & Brady LLP | Attn: Alissa B. Castañeda<br>One Renaissance Square<br>Two North Central Avenue<br>Phoenix, AZ 85004 | 602-229-5086 | Alissa.Castaneda@quarles.com | Email |
| NOA - Counsel to SLS Holdings VI, LLC | Robinson & Cole LLP | Attn: Davis Lee Wright<br>Attn: James F. Lathrop<br>1201 N. Market Street, Suite 1406<br>Wilmington, DE 19801 | 302-351-8618 | dwright@rc.com<br>jlathrop@rc.com | Email |
| NOA - Counsel for SeeCubic, Inc. | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Joseph O. Larkin<br>Attn: Jenness E. Parker<br>Attn: Jason M. Liberi,<br>Rodney Square, 920 N. King Street<br>Wilmington, DE 19801 | 302-651-3001 | joseph.larkin@skadden.com<br>jenness.parker@skadden.com<br>jason.liberi@skadden.com | Email |
| NOA - Counsel for SeeCubic, Inc. | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Eben P. Colby<br>Attn: Marley Ann Brumme<br>500 Boylston Street, 23rd Floor<br>Boston, MA  02116 | 617-573-4822 | eben.colby@skadden.com<br>marley.brumme@skadden.com | Email |
| Top 20 | Todd Tuls | 4230 Conner Dr<br>Columbus, NE 68601 | | todd@tulsdairies.com | Email |
| Top 20 | Trans World International, LLC | 200 5th Ave 7th Fl<br>New York, NY 10010 | | mediaAR@img.com | Email |
| Top 20 | Triple Crown Consulting, LLC | 10814 Jollyville Rd, Ste 100<br>Austin, TX 78759 | | ar@tripleco.com | Email |
| Top 20 | US Compliance Services LLC | 199 N Woodbury Rd, Ste 103<br>Pitman, NJ 08071 | | mmassimi@dhglobaltax.com | Email |
| Top 20 | Vayikra Capital LLC | 1 Farmstead Rd<br>Short Hills, NJ 07078 | | phil@darivoff.net | Email |

Stream TV Networks, Inc.,
Case No. 20-10433