**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| Stream TV Networks, Inc. : | Case No. 21-10433 (KBO) |
| : | |
| Debtor. : | |
| : | |

**DECLARATION OF CHARLES M. ROBERTSON IN SUPPORT OF
FIRST DAY MOTIONS**

I, Charles M. Robertson, hereby declare under penalty of perjury:

1. At all times relevant hereto, I have been the Executive Vice President at Stream TV Networks, Inc. ("the Debtor" or "Stream"), a Delaware Corporation, and the debtor in possession in the above captioned Chapter 11 bankruptcy case. In this capacity, I am generally familiar with the Debtor's day to day operations, organization, financial affairs, and books and records. At all times relevant hereto, I have been over 18 years old and am competent to make this declaration.

2. I have been employed by Stream since 2009 in various capacities, including as Vice President of Business Development. In addition, during the period of June 2018 through December 2020, I served as the CEO of SeeCubic B.V., Stream's subsidiary located in Eindhoven Area, Netherlands.

3. Prior to my employment at Stream, I served for more than twenty years in various capacities in the film and television production industries.

4. At the present time, Stream's business model contemplates multiple paths to market based on three (3) separate product platforms, all of which are viable options in the overall Glasses-Free 3D global market for which Stream has spent years developing valuable

relationships with customers, vendors, and strategic partners.

5. These product platforms are:

    1) Two–View Products

    2) Multi–View Products

    3) Ultra-D™ Products

6. Pictures of certain of these products are attached hereto as Exhibit 1[1]

7. <u>Two-View Products</u>. Two-View Products, which variously incorporate "stitching" and/or "tiling" technologies, provide relatively simple Glasses-Free 3D solutions. There are many technology developers, manufacturers and distributors worldwide currently offering two-view products for the global market.

8. <u>"Stitching" Technology</u>. The human eye sees the world in three dimensions due, in part, to motion parallax which helps define the separation of foreground and background objects. Because our eyes have space between them, they perceive slightly different but overlapping images when viewing a scene. Our brains "stitch" the two views together into a single image with perceived depth. To create a three-dimensional viewing experience, video display technologies present slightly different images to each of our eyes. Two-view products use 3D-with-glasses source content (3D movies, 3D photos, or live input from a pair of cameras) and present discrete left and right images in a series of repeated zones that the human brain stitches into a single three-dimensional image.

9. Stream has identified a developer/manufacturer of a two-view Glasses-Free 3D tablet and has begun negotiations for global distribution of its product, which currently

---

[1] These pictures often do not do justice to technology which needs to be showcased in person. Consequently, the Covid Pandemic severely hampered Stream's sales, marketing and fundraising efforts.

has limited distribution.

10. <u>"Tiling" Technology</u>. Tiling involves the assembly of multiple display panels into a single and larger video presentation for purposes like advertising. Such products are generally found in shopping malls, sports arenas, and other public spaces. The video "tiles" may be small – perhaps only 12 or 18 inches in height – but they can be combined to create displays that range from several feet to several stories tall in the case of Las Vegas casinos or buildings in Times Square, New York.

11. Stream has identified a developer/manufacturer of a two-view Glasses-Free 3D video wall product and has begun negotiations for global distribution of its product, which currently has limited distribution in China.

12. In connection with taking two-view products to market, the company has identified and negotiated and agreed on contract terms with a distribution partner for the European Union and the Middle East markets. This partner has also indicated an interest in providing product development and purchase order funding on a case-by-case basis, subject to customer commitments Stream intends to secure through its reorganization.

13. Initial customers in the United States, Germany and Turkey have been identified for the Glasses-Free 3D video wall products for placement in shopping malls and airports. Contracts with these entities are expected once Stream is permitted to proceed with its Chapter 11.

14. Initial customers in the United States, Canada and Mexico have also been identified for the Glasses-Free 3D tablet products. Contracts with these entities are expected once Stream is permitted to proceed with its Chapter 11.

15. Significantly, taking two-view products to market involves **none** of the assets

currently held or claimed to be held by SeeCubic Inc.

16. <u>Multi-View Products</u>. A variety of multi-view Glasses-Free 3D solutions have been developed in recent years, but Stream is interested in pursuing development, sales and distribution of products utilizing technology developed by Philips (the "Philips Technology") prior to 2009.[2] This technology, called WOWvx by Philips and referred to internally by Stream as "modified light field," uses a 2D color image paired with a grayscale depth map to communicate data to a render engine that produces a three dimensional image on the display. Products also require specially-designed optical lenses that are bonded to a 2D video panel. Philips disbanded its 3D Solutions business unit in 2009 and has subsequently licensed patents to the Philips Technology to several companies competing in the Glasses-Free 3D industry, including Stream.

17. The benefits of the Philips Technology include:

1) 2D + Depth format uses less bandwidth and results in a smaller file size than traditional 3D with glasses "stereo" files or other Glasses-Free 3D multi-view formats.

2) Rendering a final image via depth map offers viewers the ability to adjust the amount of depth (similar to audio volume or picture brightness).

3) Legacy 2D content can be converted to Glasses-Free 3D by means of the Philips conversion algorithms.

18. As set forth below, Stream has access to an additional license for the Philips Technology as well as the necessary computer source codes for product development.

19. Equipment required for optical bonding of the lenses for multi-view products is located in Suzhou, China and remains in Stream's possession. Stream also has access to

---

[2] Much of the Debtor's product utilizes certain IP licenses of technology developed by Koninklijke Philips N.V. ("Philips"). Philips is a Dutch multinational conglomerate corporation founded in 1891, with products ranging from light bulbs and consumer electronics to healthcare. It currently employs approximately 80,000 people across 100 countries.

experienced optical bonding engineers in connection with the production.

20. Significantly, taking multi-view products to market requires ***none*** of the assets currently held by SeeCubic, Inc.

21. Ultra-D™ Products.  Stream has developed significant market opportunities for its Ultra-D™ technology, which is a proprietary multi-view solution incorporating the Philips Technology and certain improvements made thereupon by Stream between 2011 and 2020. While Ultra-D™ was in technical development, Stream's business unit forged relationships with potential customers, consumer brands, strategic partners, and others interested in bringing Ultra-D™ products to market.

22. This includes a relationship with Lenovo[3], which intends to develop an 8K-resolution (ultra-high-definition) Ultra-D™ gaming laptop for the consumer market. The product development interest follows successful demo samples delivered by Stream to Lenovo and numerous Lenovo in-house demonstrations.

23. It also includes Skyworth[4], the sixth largest television manufacturer in the world as of 2020 and gaining market share with its focus on ultra-high-definition production offerings. Skyworth intends to develop 8K-resolution Ultra-D™ televisions for the consumer market.  Skyworth is already working with Stream to create custom components for Stream's projects with other customers.

---

[3] Lenovo Group Limited is a Chinese multinational technology company that designs, develops, manufactures, and sells personal computers, tablet computers, smartphones, workstations, servers, supercomputers, electronic storage devices, IT management software, and smart televisions.  With operations in more than 60 countries, Lenovo is the world's largest personal computer vendor by unit sales as of January 2021.

[4] Chinese multinational Skyworth ranks among the top ten TV manufacturers in the world and specializes in the development and manufacturing of consumer electronics, display devices, digital set top boxes, security monitors, semiconductors, refrigerators, washing machines, cell phones, and ED lighting.  The company offers a wide range of televisions, including OLED TVs, 4K Android TVs, 4K Smart TV's, 2K Android TVs, and digital LED TVs.

24. It also includes Chunghwa Telecom[5], the largest telecommunications company in China, which intends to develop an 8K-resolution Ultra-D™ consumer television as an offering to its subscriber base to support the rollout and growth of its 5G content delivery service, much like domestic cellular services offer subsidized phone equipment to their customers in exchange for subscription commitments.

25. These Ultra-D™ products for the consumer market have long development cycles and will not be ready for the market until the end of 2022, assuming development activities commence in early-mid 2021.

26. <u>Assets</u>. Although some of its assets had been removed by SeeCubic, Inc., on February 24, 2021, when Stream filed its Chapter 11 bankruptcy petition, Stream remained in possession and/or control of significant additional assets.

27. These physical assets include, among other things:

- Optical bonding equipment – a Mass Production Line ("MPL") and a Small Production Line ("SPL") – located in Suzhou, China. These machines are critical for production of two-view and multi-view products, including Ultra-D™.

- Optical bonding equipment – a Short-Lead Time ("SLT") machine is being held in reserve for Stream by equipment manufacturer Iinuma Gauge Manufacturing Co. Ltd. in Japan. This machine is critical for production of two-view and multi-view products, including Ultra-D™.

- 4K-resolution 65" Ultra-D™ optical lenses to satisfy reorders of current customers

- Mechanicals and custom back light units for 65" 8K product development, developed in cooperation with Skyworth, which serves as Stream's custodian of the design files and physical samples.

- 8K-resolution electronics for a "special project" for a major Silicon Valley technology firm (protected under NDA). The electronics were developed in cooperation with JoveAI Innovation, Inc. ("JoveAI"), a California-based technology company which owns the IP and remains committed to making the IP available to Stream per mutually-agreed development plans.

---

[5] Chunghwa Telecom Company, Ltd, is the largest telecommunications company in the Republic of China (Taiwan) and the incumbent local exchange carrier of PSTN, Mobile, and broadband services in the country.

- 8K-resolution electronics for multi-view products. Stream maintains co-development arrangements with JoveAI for ongoing modification of the "special project" 8K-resolution electronics for wider use.

- A full suite of technology demonstrators that were showcased in Las Vegas, NV at the Consumer Electronics Show in January 2020 including: 8K Lite/BV3 65" television (twice the resolution of 4K), 4K-resolution 65" television, 4K-resolution 27" PC monitor, 4K-resolution 10" tablet panel, 3K-resolution 12.3" automotive panel, and 2K-resolution 5.5" phone panel. All demonstrators are held by Stream in a California development location.

- Miscellaneous 4K-resolution 50" and 65" displays in the United States, Spain, Taiwan and China.

- Miscellaneous 50" and 65" 4K-resolution finished good inventory as well as Ultra-D™ technology demonstrator samples in various sizes, including items located in a storage facility in Northridge, California.

28. In addition to these hard assets, Stream has multiple business assets and relationships that it would utilize to effectuate taking its products to market. These include existing relationships with aforementioned entities such as Lenovo, Skyworth, Chunghwa Telecom, and the major Silicon Valley technology firm. Additionally, Stream has ongoing product development discussions with prospective customers like Apple, ASUS and Hewlett-Packard.

29. Stream also has available engineering resources in a wide variety of critical areas. One key source is its relationship with JoveAI, giving the company access to a highly-experienced team of electronics professionals in Silicon Valley. JoveAI is a firm whose executives and engineers have been contributing to digital video, audio and image processing since the creation of MPEG1, the first video compression technology in the early 1990's. Its experience includes participation in the first release of DVD, Blu-ray, HDTV (high definition), IPTV (internet) and OTT (Over-the-Top) streaming technologies.

30. Stream also has access to an optical, mechanical engineering and production

team of former Stream employees (who were not hired by SeeCubic, Inc.) in Asia, including A.J. Yeh, Chewei Chang, Liu Zhen, Linlin Zhu, and Jack Wu. Many of these engineers have several years' experience with Glasses-Free 3D technology in general, and with Ultra-D™ in particular.

31. Stream also has access to 3D content creation and global sales teams comprised of individuals also not employed by SeeCubic, Inc. Stream maintains a good relationship with and intends to employ or contract Zygintas Papartis and Sara Brewer, who have a combined 16 years' experience in Glasses-Free 3D content creation for multi-view and Ultra-D™ displays. For global sales, Stream intends to re-engage its primary business development and sales agent, Matt JJ Lo, who developed customer leads and product interest with Skyworth, Lenovo, Chunghwa Telecom and other major consumer brands like Hisense, ASUS, and Apple. Mr. Lo's longtime experience and personal contacts in the consumer electronics industry is a valuable asset for Stream.

32. <u>Financing</u>. Stream also has access to financing. Should the Court approve the funding motion, Pursuant to the Support Agreement, a copy of which is attached hereto as Exhibit 2, Stream will have access to approximately $1,000,000 in available cash from Visual Technology Innovations, Inc. ("VTI") in the interim period between March 22, 2021 and April 22, 2021 ("the Interim Period"). I understand that April 22, 2021 is the date of the next omnibus hearing in the bankruptcy case.

33. As set forth in the budget attached hereto as Exhibit 3, Stream is projecting that, once financed, it will need approximately $550,000 to fund its operation for the Interim Period. The budget identifies the proposed uses of the funds that are being provided by VTI. Such uses include payment of insurance premiums, general overhead,

professional accounting fees, and various expenses related to engineering efforts for customer project development: creating samples for the major Silicon Valley technology company, adapting Stream's 4K-resolution electronics for render-only products, and adapting the current 8K-resolution two-view platform for multi-view and Ultra-D™ products.

34. Absent the ability to fund operations, these projects will be in jeopardy. If the funding is not allowed, Stream anticipates its customers will lose confidence in Stream's ability to deliver product, a likelihood given the delays Stream has already experienced due to the actions of SeeCubic, Inc. Another significant impact to Stream if the funding is not allowed would be the loss of key engineering resources it has developed over the past several years. Glasses-Free 3D engineering is a small, highly-specialized field where competition for quality engineers is at a premium, and Stream's inability to retain its engineering teams would put it at a significant disadvantage in satisfying any request of customers who did not lose confidence in Stream.

35. Interim funding is critical for near-term operation, but Stream is also in discussions with certain individuals and institutions regarding exit financing for a Chapter 11 plan. Once the Debtor is able to operate and demonstrate an ability to get product to market, the Debtor will be in a position to finalize such financing.

36. Stream is also taking steps to collect outstanding receivables.

37. <u>Intellectual Property</u>. The Debtor has access to intellectual property that will enable it to produce its product. Assuming only for purposes of this declaration that its Philips license (through which much of the product will be developed) was taken by SeeCubic, Inc., Stream has secured a strategic partnership with a Philips Technology

licensee whereby Stream may proceed with product development. That strategic arrangement also includes the use of related computer source codes. Thus, access to technology for two-view and multi-view products is not expected to be an issue.

38. In summary, between the hard assets that it possesses or controls and its access to financing and other key resources, Stream believes that it has the capability to provide and/or continue to develop products for three different Glasses-Free 3D technology platforms and reorganize as a successful employer and entity.

Dated:  March 19, 2021                    /s/  Charles M. Robertson
                                                                                    Charles M. Robertson