**EXHIBIT 1**

# 1-A

STREAM TV NETWORKS, INC.

Technology Demonstrator – 5.5" Phone Panel



**1-B**

STREAM TV NETWORKS, INC.

Technology Demonstrator – 10.1" Tablet Panel



## 1-C

STREAM TV NETWORKS, INC.

Technology Demonstrator – 12.3" Automotive Panel



# **1-D**

STREAM TV NETWORKS, INC.

Technology Demonstrator – 27" PC Monitor



**1-E**

STREAM TV NETWORKS, INC.

Technology Demonstrator – 4K-Resolution 50" Panel



**1-F**

STREAM TV NETWORKS, INC.

Product – 4K 50" Television – Cello brand sold in the UK



**1-G**

STREAM TV NETWORKS, INC.

Technology Demonstrator – 8K Lite 65" Panel (twice the resolution of 4K)



**<u>1-H</u>**

STREAM TV NETWORKS, INC.

Product – 4K 65" Digital Signage Monitor –sold worldwide



Below is an installation of the product in Terminal 2 of Taiwan Taoyuan International Airport



**1-I**

STREAM TV NETWORKS, INC.

Product - Two-View 8" Tablet




| No | Function | | Description |
|---|---|---|---|
| 1 | Basic Parameters | CPU | MTK X20 (MT6797) 64bit 10 core (A72x2 2.3GHz + A53x4 1.85GHz + A53x4 1.4GHz) |
| | | GPU | MALI T880-MP4 |
| | | RAM/ROM | 4G/64G |
| | | ROM ext. | 128G (TF, NANO) |
| | | Touchscreen | 10 point OGS |
| | | Fingerprint | Support |
| | | Screen | 2K 2560*1600, IPS 3D(GLASS FREE), Lenticular System |
| 2 | CAMERA | Front Camera | 8.0MP |
| | | Main Camera | 13.0MP Auto focus, with falsh |
| 3 | Network | GSM | 850/900/1800/1900MHz |
| | | CDMA | 1X |
| | | WCDMA | 2100MHz |
| | | TDS | BAND34, BAND39 |
| | | EVDO | BCO |
| | | FDD | BAND1, BAND3 |
| | | TDD | BAND38, BAND39, BAND40, BAND41 |
| 4 | Others | GPS | GPS+Dipper++GLONASS |
| | | WIFI | 802.11a/b/g/n/ac (2.4GHz+5GHz) MT6631 |
| | | BT | 4.0 |
| | | FM | Support |
| | | Earphone socket | 3.5mm |
| | | Keypad | 3 PCS KEY ( POW、VOL+-) |
| 5 | Sensors | Proxy-sensor | Support |
| | | Light-sensor | Support |
| | | G-sensor | Support |
| | | Gyroscope Sensor | Support |
| | | Compass Sensor | Support |
| | | HALL | Support |
| 6 | USB | Interface | Type C (USB2.0) |
| | | OTG | YES |
| 7 | Battery | Capacity | 3.7V 4500mAh |
| | | Duration | Standby 300Hrs, Video play 7hrs, Audio play 13hrs |
| | | Charger | Type C |
| 8 | Media Player | Audio format | MP3/WMA/WAV/AAC/FLAC/APE |
| | | Audio effect | Nomal/Classic/Dance music/Hard metal/Jazz/POP/Rock&Roll/Emplifier/User |
| | | Video format | HEVC/VP9/H.264 2160P/H.263/MPEG4/DIVX 1080P |
| | | Photo format | JPG/BMP/PNG etc |
| 9 | Physical | Dimension | 218.0x126.0x7.6mm |
| | | Weight | 356g |

| SW Description | | |
|---|---|---|
| 1 | OS | Android 7.1 |
| 2 | Language | Multi Language |
| 3 | FCC ID | 2AWNO-IQH3DT1 |
| 4 | Model | GFT084T1 |
| 5 | Antutu | 94000 |

**1-J**

STREAM TV NETWORKS, INC.

Product - Two-View 250" Video Wall



| PC Server Parameters | |
|---|---|
| Operating system | Genuine Microsoft Windows 10 64-bit |
| Processor | Intel 8th Generation Core i3-8100 processor (4 core/6MB/4T/3.6GHz/65W) |
| RAM | DDR4 8GB |
| ROM | 256GB High-speed solid state drive |
| Input interface type | HDMI,USB |
| Audio | 3.5mm audio interface reserved for external speakers |
| Media format | 1. Support MPEG1, MPEG2, MPEG4, H.264, WMV, MKV, TS, flv 2. Support MP3 audio format 3. Support JPG、JPEG、BMP、PNG image format |
| Decoding resolution | Support 4K*2K@60Hz |

| Controller (box) Parameters | |
|---|---|
| Network interface | RJ45 network cable interface (multiple) |
| Video interface | HDMI2.0 input 3 HDMI2.0 output 1 |

| Software Parameters | |
|---|---|
| System control software | 1. Support auto start 2. Support system automatic configuration 3. Support anomaly detection and prompt 4. Support display mode global hotkey 5. Wired networking control based on TCP/IP protocol |
| Player software | 1. Support MP4, MKV, AVI, MPEG and other common video file formats 2. Automatically recognize 2D format, side by side 3D format, multi-picture 3D format 3. Support playlist loop playback and sequential playback 4. Support auto play video after boot |

| Accessory Parameters | |
|---|---|
| Signal cable | HDMI2.0 HD video cable, RJ45 network cable |
| Wireless mouse, keyboard | 1 set |
| Remote control | 1 pcs |
| Speaker | 1 pair、5w |

| LED Parameters | |
|---|---|
| Pixel structure | SMD 3-in-1 LED |
| Pixel pitch | 1.5625mm |
| Module resolution (W*H) | 192 * 108 mm |
| Module size (W*H) | 300(W)*168.75(H)*10(D) |
| Module weight (KG) | 0.5 |
| Unit module composition 2*2 | 2*2 |
| Unit resolution (W*H) | 384*216 |
| Unit size (mm) | 600(W)*337.5(H)*95(D) |
| Unit area (m²) | 0.2025 |
| Pixel density（pixel/m²） | 409600 |
| Flatness of box body (mm) | ≤0.1 |
| Contrast ratio | 5000:1 |
| Number of stitching | Support customer customization |

| Glasses-Free 3D Parameters | |
|---|---|
| Best viewing distance | 3D(depends on the screen size), 2D (unlimited) |
| Maximum distance from screen | ≥1.5m(The specific distance depends on the stitching size) |
| Viewing angle | 160°（horizontal）、140°（vertical) |
| Stereo Effect | Strong 3D effect |
| 3D technology | Lenticular-lens |
| Number Of Viewpoints | Multi-viewpoint |
| 3D video format | Support frame packing, top-bottom, side by side, 9 tile(9 frames) |
| 2D video format | Support common 2D video formats |
| 2D to 3D function | 2D video converted to 3D video automatically |

| Electrical Parameters | |
|---|---|
| Input voltage | AC100V - 240V[50Hz-60Hz] |
| Maximum power of splicing unit | 140W/unit; 700W/m² |
| Average power of splicing unit | 48W/unit; 240W/m² |
| Maximum power of PC server | ≤70W |
| Standby power of PC server | ≤3W |
| Maximum power of controller (BOX) | ≤7W |
| Working temperature | -10℃～40℃ |
| Working humidity | 10%～80%, No condensation |
| Storage temperature | -20℃～60℃ |
| Storage humidity | 10%～80%, No condensation |