**EXHIBIT 3**

|  | Week beginning | | | | | References in Detailed Tab |
|---|---|---|---|---|---|---|
|  | 22-Mar-21 | 29-Mar-21 | 5-Apr-21 | 12-Apr-21 | 19-Apr-21 |  |
| Cash Beginning of Month | $0 | $0 | $2,000 | $1,000 | $1,000 |  |
|  |  |  |  |  |  |  |
| **RECEIPTS** |  |  |  |  |  |  |
| CASH SALES | $0 | $0 | $0 | $0 | $0 | 3 |
| ACCOUNTS RECEIVABLE |  |  |  |  |  |  |
| LOANS AND ADVANCES | $15,000 | $65,000 | $180,838 | $35,000 | $200,000 | 1, 2 |
| SALE OF ASSETS |  |  |  |  |  |  |
| OTHER (ATTACH LIST) |  |  |  |  |  |  |
| **TOTAL RECEIPTS** | **$15,000** | **$65,000** | **$180,838** | **$35,000** | **$200,000** |  |
|  |  |  |  |  |  |  |
| **DISBURSEMENTS** |  |  |  |  |  |  |
| GROSS PAYROLL + TAXES | $0 | $0 | $71,000 | $0 | $71,000 | 10a |
| PAYROLL TAXES |  |  |  |  |  |  |
| SALES, USE, AND OTHER TAXES | $0 | $0 | $0 | $0 | $0 | 5a |
| INVENTORY PURCHASES | $0 | $0 | $0 | $0 | $0 | 7a-4/5, 7b-3, 7d-2, 7e-6 |
| SECURED/ RENTAL/ LEASES |  |  |  |  |  |  |
| INSURANCE | $0 | $0 | $838 | $0 | $0 | 8a |
| ADMINISTRATIVE & SELLING | $0 | $5,000 | $5,000 | $5,000 | $5,000 | 9, 10b |
| OTHER (ATTACH LIST) | $0 | $53,000 | $105,000 | $25,000 | $107,500 | Group 7 less Inventory |
| PROFESSIONAL FEES | $15,000 | $5,000 | $0 | $5,000 | $15,000 | 4b, 4c, 6a, 6b, 6c |
| U.S. TRUSTEE FEES | $0 | $0 | $0 | $0 | $650 | 4a |
| COURT COSTS | $0 | $0 | $0 | $0 | $0 | 4d |
| **TOTAL DISBURSEMENTS** | **$15,000** | **$63,000** | **$181,838** | **$35,000** | **$199,150** |  |
|  |  |  |  |  |  |  |
| NET CASH FLOW | $0 | $2,000 | -$1,000 | $0 | $850 |  |
| (RECEIPTS LESS DISBURSEMENTS) |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| Cash End of Month | $0 | $0 | $1,000 | $1,000 | $3,500 |  |

| Assumption # | | | wk beginning | | | | |
|---|---|---|---|---|---|---|---|
| | | | 22-Mar-21 | 29-Mar-21 | 5-Apr-21 | 12-Apr-21 | 19-Apr-21 |
| | | **Summary** | | | | | |
| | | Opening Cash | - | - | 2,000 | 1,000 | 1,000 |
| | | Inflows | 15,000 | 65,000 | 180,838 | 35,000 | 200,000 |
| | | Outflows | 15,000 | 63,000 | 181,838 | 35,000 | 199,150 |
| | | Closing Cash | - | - | 1,000 | 1,000 | 3,500 |
| | | **Inflows** | | | | | |
| 1 | | VTI | 15,000 | 65,000 | 180,000 | 35,000 | 200,000 |
| 2 | | Cr Accruals | - | - | 838 | - | - |
| 3 | | Sales+ NRE | - | - | - | - | - |
| | | **Outflows** | | | | | |
| | | **Pre-Confirmation** | | | | | |
| 4 | | Legal | | | | | |
| | 4a | UST | - | - | - | - | 650 |
| | 4b | Dilworth | - | - | - | - | - |
| | 4c | Cr Counsel | - | - | - | - | - |
| | 4d | Court | - | - | - | - | - |
| 5 | | Taxes | | | | | |
| | 5a | DE Franchise Tax | - | - | - | - | - |
| 6 | | Prof. Fees | | | | | |
| | 6a | Accounting-Gen | - | 5,000 | - | 5,000 | - |
| | 6b | Experts | - | - | - | - | - |
| | 6c | Accounting-Tax | 15,000 | - | - | - | 15,000 |
| 7 | | Projects | | | | | |
| | 7a | Special Project | | | | | |
| | 7a-1 | NRE | - | - | - | - | - |
| | 7a-2 | Tooling | - | - | - | - | - |
| | 7a-3 | Setup | - | - | 80,000 | - | 82,500 |
| | 7a-4 | Samples | - | - | - | - | - |
| | 7a-5 | Mass Prod | - | - | - | - | - |
| | 7b | 4K Render-only | | | | | |
| | 7b-1 | NRE | - | - | - | 25,000 | - |
| | 7b-2 | Setup | - | - | - | - | - |
| | 7b-3 | Mass Prod | - | - | - | - | - |
| | 7c | 8K Drive Train | | | | | |
| | 7c-1 | NRE-Common | - | - | 25,000 | - | 25,000 |
| | 7c-2 | NRE-PC | - | - | - | - | - |
| | 7c-3 | Tooling-PC | - | - | - | - | - |
| | 7c-4 | Prod-PC | - | - | - | - | - |
| | 7c-5 | NRE-65 | - | - | - | - | - |
| | 7c-6 | Tooling-65 | - | - | - | - | - |
| | 7c-7 | Prod-65 | - | - | - | - | - |
| | 7c-8 | NRE-75 | - | - | - | - | - |
| | 7c-9 | Tooling-75 | - | - | - | - | - |
| | 7c-10 | Prod-75 | - | - | - | - | - |
| | 7d | Rendering ASIC | | | | | |
| | 7d-1 | NRE | - | - | - | - | - |
| | 7d-2 | Foundry Prod | - | - | - | - | - |
| | 7d-3 | JoveAI | - | - | - | - | - |
| | 7d-4 | Philips | - | - | - | - | - |
| | 7e | Automotive (Bosch) | | | | | |
| | 7e-1 | GSA | - | 13,000 | - | - | - |
| | 7e-2 | Module | - | - | - | - | - |
| | 7e-3 | Software | - | - | - | - | - |
| | 7e-4 | Rendering | - | 40,000 | - | - | - |
| | 7e-5 | Samples | - | - | - | - | - |
| | 7e-6 | Mass Prod | - | - | - | - | - |
| 8 | | Insurance | | | | | |
| | 8a | WC/Liab | - | - | 838 | - | - |
| 9 | | Credit payments | - | - | - | - | - |
| 10 | | Admin | | | | | |
| | 10a | Payroll + Taxes | - | - | 71,000 | - | 71,000 |
| | 10b | Admin | - | 5,000 | 5,000 | 5,000 | 5,000 |