**GLOBAL NOTES TO SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS OF DEBTOR, STREAM TV NETWORKS, INC., CASE NO. 21-10433(KBO)**

The Debtor develops its technology and conducts the majority of its business through its direct and indirect foreign and domestic subsidiaries. The Debtor provided capital to its direct and indirect foreign and domestic subsidiaries for the purpose of acquiring and developing assets and to conduct business operations. The Debtor directs interested parties to the Declaration of Mathu Rajan in Support of First Day Motions [Docket No. 51] in which the Debtor's organizational and operational structure is described in greater detail.

In its bankruptcy schedules, the Debtor discloses and describes the assets, including its ownership interest in direct subsidiaries and its contracts, that the Debtor owned or may have owned as of February 24, 2021 (the "Petition Date"). The Debtor's direct subsidiaries, in turn, hold or may hold ownership interests in the Debtor's indirect subsidiaries as depicted on the Debtor's Organization Chart included in Mr. Rajan's Declaration. The assets of the Debtor's direct and indirect subsidiaries are not included in the Debtor's bankruptcy schedules.

It is important to note that, pursuant to an Omnibus Agreement, dated May 6, 2021, between the Debtor's senior secured lender, SLS Holdings VI, LLC ("SLS") and a debt-resolution committee of the Debtor's Board of Directors purporting to act on the Debtor's behalf, which agreement is presently subject to litigation in the Chancery Court in Delaware, SLS Holdings and its newly formed company, SeeCubic, Inc. ("SeeCubic"), assert an ownership interest in all of the Debtor's assets. SLS and SeeCubic possess some and claim to have obtained possession or control of other of the Debtor's assets shortly before the Petition Date. The Debtor's investigation into these claims is ongoing. Accordingly, at this time, the Debtor's present ownership of some of its assets may not be clear. The Debtor has listed the assets that it believes it continues to own, unless otherwise expressly indicated in its bankruptcy schedules. The Debtor intends to pursue recovery of assets and to operate its business under the provisions of the Bankruptcy Code in this case.

Additional Notes:

1.      Because US GAAP treatment may not apply to the Debtor's assets located in foreign jurisdictions, the values provided for certain assets may differ from typical accounting standards.

2.      Funding advanced by the Debtor to its direct and indirect subsidiaries are reflected in intercompany loans.

3.      The Debtor's goodwill and similar intangible value is not reflected in the Debtor's bankruptcy schedules.

4.      SeeCubic BV (the Netherlands) is a subsidiary of the Debtor, Stream TV Networks, Inc. SeeCubic BV (the Netherlands) is unrelated to and is a separated entity from SeeCubic Inc., a company newly formed in Delaware by SLS Holdings, Inc.

| | |
|---|---|
| Debtor name | **Stream TV Networks, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | **21-10433 (KBO)** |

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Unknown at this time** | **$2,108,008.24** |

| | | |
|---|---|---|
| 9. | **Total of Part 2.** | **$2,108,008.24** |
| | Add lines 7 through 8. Copy the total to line 81. | |

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| | | | | |
|---|---|---|---|---|
| 11b. Over 90 days old: | **228,101.92**<br>face amount | - | **54,896.91** =....<br>doubtful or uncollectible accounts | **$173,205.01** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| 12. | **Total of Part 3.** | | $173,205.01 |
|-----|----------------------|---|-------------|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | | |

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:      % of ownership | | |

| | | % of ownership | | Valuation method | Current value |
|---|---|---|---|---|---|
| 15.1. | **Investments in Technovative Ventures** | **100** % | **Cost** | | $25,000.00 |
| 15.2. | **Investment in Curacao C. V.** | **100** % | **Cost** | | $8,295.96 |

| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |
|-----|------|---|---|

| 17. | **Total of Part 4.** | | $33,295.96 |
|-----|----------------------|---|------------|
| | Add lines 14 through 16. Copy the total to line 83. | | |

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|---------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and** | | | |

| communication systems equipment and software | | | |
|---|---|---|---|
| Dell Computer Servers | $0.00 | | Unknown |
| See attached schedule | $0.00 | Net Book Value | $105,981.38 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$105,981.38

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**  **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| See attached schedule. | $0.00 | Net Book Value | $5,405,205.26 |

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

$5,405,205.26

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**  **Real property**

54. **Does the debtor own or lease any real property?**
☐ No.  Go to Part 10.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **2009 Chestnut Street, 3rd Floor, Philadelphia, PA 19103** | **Leased Office Space** | **$0.00** | | **$0.00** |
| 55.2.   **2726 Bayview Drive, Fremont, CA 94538** | **Leased Office** | **$0.00** | | **$0.00** |
| 55.3.   **No.1-B Factory, High-tech Zone, Suzhou City, Jiangsu Province, China** | **Leased Factory** | **$0.00** | | **$0.00** |

56.   **Total of Part 9.**

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

                               **$0.00**

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
     ■ No
     ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

     ■ No.   Go to Part 11.
     ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.   Go to Part 12.
     ■ Yes Fill in the information below.

                                        Current value of debtor's interest

71.    **Notes receivable**
     Description (include name of obligor)

|  | The debtor is compiling this information and will supplement this response. | 85,534,731.43 <br> Total face amount |  -  | 0.00 <br> doubtful or uncollectible amount | = | |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | **$85,534,731.43** |

| 72. | **Tax refunds and unused net operating losses (NOLs)** <br> Description (for example, federal, state, local) <br> **Federal NOL carryforward-not reflected on Company Balance Sheet** | Tax year  **2018** | **$118,566,740.00** |
|---|---|---|---|

| 73. | **Interests in insurance policies or annuities** <br> **Workers Compensation and Employers' Liability Policy** <br> **The Hartford Business Service Center** <br> **3600 Wiseman Blvd** <br> **San Antonio, TX 78251** <br> **Policy No. 38 WEC AK3D7R** | **$0.00** |
|---|---|---|
|  | **Business General Liability Insurance** <br> **Hartford Underwriters Insurance Company, a property and casualty company of The Hartford** <br> **One Hartford Plaza** <br> **Hartford, CT 06155** <br> **Policy No. 38 SBM AK3C0R** | **$0.00** |

| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
|  | **Interest in SeeCubic, Inc. with no attributable value** | **$0.00** |

| 78. | **Total of Part 11.** <br> Add lines 71 through 77. Copy the total to line 90. | **$204,101,471.43** |
|---|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,108,008.24 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $173,205.01 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $33,295.96 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $105,981.38 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $5,405,205.26 | |
| 88. **Real property.** *Copy line 56, Part 9* ...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $204,101,471.43 | |
| 91. **Total.** Add lines 80 through 90 for each column | $211,927,167.28 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $211,927,167.28 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# SCHEDULE A/B EXHIBIT

Question 41

## Office Furniture and Fixtures Detail Line 41 on Schedule AB

| GL Account | Asset Description | Asset # | Placed in Service | Amount |
|---|---|---|---|---|
| 1300-00-00 Machinery, Furniture & Fixtures:1300-10-00 Office Equipment | Fremont Office Server - PowerEdge VRTX Rack - Finance Lease # 001-9026263-001 | STV-CM-00001 | 1/1/2019 | 10,487.46 |
| 1300-00-00 Machinery, Furniture & Fixtures:1300-10-00 Office Equipment | Fremont Office Server - PowerEdge M640 (1 of 2) - Finance Lease # 001-9026263-001 | STV-CM-00002 | 1/1/2019 | 19,449.58 |
| 1300-00-00 Machinery, Furniture & Fixtures:1300-10-00 Office Equipment | Fremont Office Server - PowerEdge M640 (2 of 2) - Finance Lease # 001-9026263-001 | STV-CM-00003 | 1/1/2019 | 19,449.58 |
| 1300-00-00 Machinery, Furniture & Fixtures:1300-10-00 Office Equipment | Fremont Office Server - PowerEdge R440 (1 of 3) - Finance Lease # 003-9026263-002 | STV-CM-00004 | 3/31/2019 | 18,864.92 |
| 1300-00-00 Machinery, Furniture & Fixtures:1300-10-00 Office Equipment | Fremont Office Server - PowerEdge R440 (2 of 3) - Finance Lease # 003-9026263-002 | STV-CM-00005 | 3/31/2019 | 18,864.92 |
| 1300-00-00 Machinery, Furniture & Fixtures:1300-10-00 Office Equipment | Fremont Office Server - PowerEdge R440 (3 of 3) - Finance Lease # 003-9026263-002 | STV-CM-00006 | 3/31/2019 | 18,864.92 |
| | **Total Office Furniture & Fixtures (Net of Accumulated Appreciation)** | | | **105,981.38** |

# SCHEDULE A/B EXHIBIT

Question 50

# Machinery & Equipment Detail Line 50 Schedule AB

| | | |
|---|---|---:|
| Account 1300-00-00 | $ | 2,300,162.29 |
| Account 1300-00-11 | $ | 9,244,165.24 |
| Account 1300-00-13 | $ | 737,106.52 |
| Account 1400-50-10 | $ | 184,861.51 |
| **Historic Account Credits** | $ | (483,954.00) |
| Total Gross | $ | 11,982,341.56 |
| | | |
| **Accumulated Depreciation** | $ | (6,577,136.30) |
| | | |
| Total Net | $ | 5,405,205.26 |

| GL Account | Asset Description | Asset # | Placed in Service |
|---|---|---|---|
| **1300-00-00 Machinery, Furniture & Fixures** | Cleanroom(Full Option1) | STV-ME-00001 | 11/1/2015 |
| **1300-00-00 Machinery, Furniture & Fixures** | Electric Power Syetem | STV-ME-00002 | 11/1/2015 |
| **1300-00-00 Machinery, Furniture & Fixures** | LCM BLU Line & LCM BLU Line Equipment | STV-ME-00003 | 11/1/2015 |
| **1300-00-00 Machinery, Furniture & Fixures** | Coretronics Tooling | STV-ME-00008 | 5/1/2016 |
| **1300-00-00 Machinery, Furniture & Fixures** | Pegatron Chaisse -Accrued 2016 | STV-ME-00009 | 5/1/2016 |
| Subtotal | | | |
| **1300-00-11 Iinuma Machines** | Mass Production Unit | STV-ME-00010 | 5/1/2016 |
| **1300-00-11 Iinuma Machines** | Mass Production Unit - VAT | STV-ME-00011 | 5/1/2016 |
| **1300-00-11 Iinuma Machines** | Mass Production Line : Installation - Accrued 2016 | STV-ME-00012 | 5/1/2016 |
| **1300-00-11 Iinuma Machines** | Mass Production Unit : Passive Alignment - Accrued 2016 | STV-ME-00013 | 5/1/2016 |
| **1300-00-11 Iinuma Machines** | Mass Production Unit : Temp Control - Accrued 2016 | STV-ME-00014 | 5/1/2016 |
| **1300-00-11 Iinuma Machines** | Mass Production Unit - Accrued AP 2016 | STV-ME-00015 | 5/1/2016 |
| **1300-00-11 Iinuma Machines** | Mass Production Unit - Accrued 2016 | STV-ME-00016 | 5/1/2016 |
| Subtotal | | | |
| **1300-00-13 Small Production Unit** | Small Production Unit | STV-ME-00004 | 11/1/2015 |
| **1300-00-13 Small Production Unit** | Small Production Unit - VAT | STV-ME-00005 | 11/1/2015 |
| **1300-00-13 Small Production Unit** | Small Production Unit | STV-ME-00006 | 11/1/2015 |
| **1300-00-13 Small Production Unit** | Small Production Unit | STV-ME-00007 | 11/1/2015 |
| Subtotal | | | |
| **1400-00-00 Other Asset** | | | |
| **1400-50-10 - CIP Fixed Asset** | | | |
| 2000-00-04 Accounts Payable (CNY) | Suzhou Industrial Equipment Installation Group | 20190222014 | 03/06/2019 |
| 2000-00-04 Accounts Payable (CNY) | Suzhou Industrial Equipment Installation Group | 20190222014 | 03/06/2019 |
| 2000-00-04 Accounts Payable (CNY) | Suzhou Industrial Equipment Installation Group | SA2019090112 | 09/23/2019 |
| 2000-00-04 Accounts Payable (CNY) | Suzhou Industrial Equipment Installation Group | SA2019090112 | 09/23/2019 |
| 2000-00-04 Accounts Payable (CNY) | Suzhou Industrial Equipment Installation Group | SA2019090112 | 09/23/2019 |
| 2000-00-04 Accounts Payable (CNY) | Suzhou Industrial Equipment Installation Group | SA2019090112 | 09/23/2019 |
| 2000-00-04 Accounts Payable (CNY) | Suzhou Industrial Equipment Installation Group | SA2019090112 | 09/23/2019 |
| 2000-00-04 Accounts Payable (CNY) | Suzhou Industrial Equipment Installation Group | SA2019090112 | 09/23/2019 |
| 2000-00-04 Accounts Payable (CNY) | Suzhou Industrial Equipment Installation Group | SA2019090112 | 09/23/2019 |
| 2000-00-04 Accounts Payable (CNY) | Suzhou Industrial Equipment Installation Group | SA2019090112 | 09/23/2019 |
| 2000-00-04 Accounts Payable (CNY) | Suzhou Industrial Equipment Installation Group | SA2019090112 | 09/23/2019 |
| 2000-00-04 Accounts Payable (CNY) | Suzhou Industrial Equipment Installation Group | SA2019090112 | 09/23/2019 |
| 2000-00-04 Accounts Payable (CNY) | Suzhou Industrial Equipment Installation Group | SA2019100008 | 10/09/2019 |
| 2000-00-04 Accounts Payable (CNY) | Suzhou Industrial Equipment Installation Group | SA2019100006 | 10/09/2019 |
| 2000-00-04 Accounts Payable (CNY) | Suzhou Industrial Equipment Installation Group | SA2019100006 | 10/09/2019 |
| 2000-00-04 Accounts Payable (CNY) | Suzhou Industrial Equipment Installation Group | SA2019100008 | 10/09/2019 |
| 2000-00-04 Accounts Payable (CNY) | Suzhou Industrial Equipment Installation Group | SA201911060034 | 11/06/2019 |
| **Total for 1400-50-10 - CIP Fixed Asset** | | | |