# GLOBAL NOTES TO SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS OF DEBTOR, STREAM TV NETWORKS, INC., CASE NO. 21-10433(KBO)

The Debtor develops its technology and conducts the majority of its business through its direct and indirect foreign and domestic subsidiaries. The Debtor provided capital to its direct and indirect foreign and domestic subsidiaries for the purpose of acquiring and developing assets and to conduct business operations. The Debtor directs interested parties to the Declaration of Mathu Rajan in Support of First Day Motions [Docket No. 51] in which the Debtor's organizational and operational structure is described in greater detail.

In its bankruptcy schedules, the Debtor discloses and describes the assets, including its ownership interest in direct subsidiaries and its contracts, that the Debtor owned or may have owned as of February 24, 2021 (the "Petition Date"). The Debtor's direct subsidiaries, in turn, hold or may hold ownership interests in the Debtor's indirect subsidiaries as depicted on the Debtor's Organization Chart included in Mr. Rajan's Declaration. The assets of the Debtor's direct and indirect subsidiaries are not included in the Debtor's bankruptcy schedules.

It is important to note that, pursuant to an Omnibus Agreement, dated May 6, 2021, between the Debtor's senior secured lender, SLS Holdings VI, LLC ("SLS") and a debt-resolution committee of the Debtor's Board of Directors purporting to act on the Debtor's behalf, which agreement is presently subject to litigation in the Chancery Court in Delaware, SLS Holdings and its newly formed company, SeeCubic, Inc. ("SeeCubic"), assert an ownership interest in all of the Debtor's assets. SLS and SeeCubic possess some and claim to have obtained possession or control of other of the Debtor's assets shortly before the Petition Date. The Debtor's investigation into these claims is ongoing. Accordingly, at this time, the Debtor's present ownership of some of its assets may not be clear. The Debtor has listed the assets that it believes it continues to own, unless otherwise expressly indicated in its bankruptcy schedules. The Debtor intends to pursue recovery of assets and to operate its business under the provisions of the Bankruptcy Code in this case.

Additional Notes:

1. Because US GAAP treatment may not apply to the Debtor's assets located in foreign jurisdictions, the values provided for certain assets may differ from typical accounting standards.

2. Funding advanced by the Debtor to its direct and indirect subsidiaries are reflected in intercompany loans.

3. The Debtor's goodwill and similar intangible value is not reflected in the Debtor's bankruptcy schedules.

4. SeeCubic BV (the Netherlands) is a subsidiary of the Debtor, Stream TV Networks, Inc. SeeCubic BV (the Netherlands) is unrelated to and is a separated entity from SeeCubic Inc., a company newly formed in Delaware by SLS Holdings, Inc.

| | | | | |
|---|---|---|---|---|
| 2.1 | **Andrew James Roughley** | **Describe debtor's property that is subject to a lien** | **$375,000.00** | **$211,927,167.28** |
| | Creditor's Name | **All Assets** | | |
| | **Les Maltières,** | | | |
| | **Le Chemin des Maltières** | | | |
| | **Grouville, Jersey** | | | |
| | **Channel Island JE3 9EB,** | | | |
| | **UK** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ☑ No | | |
| | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☑ No | | |
| | **11/21/2019** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ☐ No | ☐ Contingent | | |
| | ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | **1. Hawk Investment Holdings Limited** | | | |
| | **2. SLS Holdings VI, LLC** | | | |
| | **3. Andrew James Roughley** | | | |
| | **4. Mark Daniel Roughley** | | | |
| 2.2 | **Dell Financial Services L.L.C.** | **Describe debtor's property that is subject to a lien** | **$43,585.84** | **Unknown** |
| | Creditor's Name | **Dell Computer Servers** | | |
| | **Mail Stop-PS2DF-23** | | | |
| | **One Dell Way** | | | |
| | **Round Rock, TX 78682** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **UCC** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ☑ No | | |
| | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☑ No | | |
| | **12/04/2018** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| Debtor | Stream TV Networks, Inc. | Case number (if known) | 21-10433 (KBO) |
|---|---|---|---|
| | Name | | |

**6931**
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Hawk Investment Holdings Limited** | **Describe debtor's property that is subject to a lien** | $138,409,295.00 | $211,927,167.28 |
|---|---|---|---|---|
| | Creditor's Name | **All Assets** | | |

**Newport House, 15 The Grange**
**St Peter Port, Guernsey**
**Channel Islands, UK GY1 2QL**
Creditor's mailing address

**Describe the lien**
**Loan/Investment**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2014-2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.4 | **Mark Daniel Roughley** | **Describe debtor's property that is subject to a lien** | $375,000.00 | $211,927,167.28 |
|---|---|---|---|---|
| | Creditor's Name | **All Assets** | | |

**Apt 11, Old Court House**
**La Rue a Don**
**Grouville**
**Jersey, Channel Island, UK JE3 9FS**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/21/2019**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **SLS Holdings VI, LLC** | **Describe debtor's property that is subject to a lien** | $11,199,615.00 | $211,927,167.28 |
|---|---|---|---|---|
| | Creditor's Name | **All Assets** | | |

**Attn: Shad Stastney**
**392 Taylor Mills Road**
**Marlboro, NJ 07746**

---

| Debtor | Stream TV Networks, Inc. | Case number (if known) | 21-10433 (KBO) |
|---|---|---|---|
| | Name | | |

| Creditor's mailing address | **Describe the lien** |
|---|---|
| | **Loan/Investment** |
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ☑ No |
| | ☐ Yes |
| **Date debt was incurred** | **Is anyone else liable on this claim?** |
| **2011-2012** | ☑ No |
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☑ Disputed |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $150,402,495.84

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Aaron S. Rothman, Esq.**<br>**K&L Gates**<br>**300 South Tryon Street**<br>**Suite 1000**<br>**Charlotte, NC 28202** | Line **2.3** | |
| **First Sentinel Advisory Limited**<br>**Attn: Colin Maltby**<br>**55 Park Lane, Suite 12A**<br>**London W1K 1QG**<br>**United Kingdom** | Line **2.3** | |
| **Jonathan Hackbarth, Esq.**<br>**Quarles & Brady**<br>**411 E. Wisconsin Avenue**<br>**Suite 2400**<br>**Milwaukee, WI 53202-4426** | Line **2.5** | |