# GLOBAL NOTES TO SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS OF DEBTOR, STREAM TV NETWORKS, INC., CASE NO. 21-10433(KBO)

The Debtor develops its technology and conducts the majority of its business through its direct and indirect foreign and domestic subsidiaries. The Debtor provided capital to its direct and indirect foreign and domestic subsidiaries for the purpose of acquiring and developing assets and to conduct business operations. The Debtor directs interested parties to the Declaration of Mathu Rajan in Support of First Day Motions [Docket No. 51] in which the Debtor's organizational and operational structure is described in greater detail.

In its bankruptcy schedules, the Debtor discloses and describes the assets, including its ownership interest in direct subsidiaries and its contracts, that the Debtor owned or may have owned as of February 24, 2021 (the "Petition Date"). The Debtor's direct subsidiaries, in turn, hold or may hold ownership interests in the Debtor's indirect subsidiaries as depicted on the Debtor's Organization Chart included in Mr. Rajan's Declaration. The assets of the Debtor's direct and indirect subsidiaries are not included in the Debtor's bankruptcy schedules.

It is important to note that, pursuant to an Omnibus Agreement, dated May 6, 2021, between the Debtor's senior secured lender, SLS Holdings VI, LLC ("SLS") and a debt-resolution committee of the Debtor's Board of Directors purporting to act on the Debtor's behalf, which agreement is presently subject to litigation in the Chancery Court in Delaware, SLS Holdings and its newly formed company, SeeCubic, Inc. ("SeeCubic"), assert an ownership interest in all of the Debtor's assets. SLS and SeeCubic possess some and claim to have obtained possession or control of other of the Debtor's assets shortly before the Petition Date. The Debtor's investigation into these claims is ongoing. Accordingly, at this time, the Debtor's present ownership of some of its assets may not be clear. The Debtor has listed the assets that it believes it continues to own, unless otherwise expressly indicated in its bankruptcy schedules. The Debtor intends to pursue recovery of assets and to operate its business under the provisions of the Bankruptcy Code in this case.

Additional Notes:

1. Because US GAAP treatment may not apply to the Debtor's assets located in foreign jurisdictions, the values provided for certain assets may differ from typical accounting standards.

2. Funding advanced by the Debtor to its direct and indirect subsidiaries are reflected in intercompany loans.

3. The Debtor's goodwill and similar intangible value is not reflected in the Debtor's bankruptcy schedules.

4. SeeCubic BV (the Netherlands) is a subsidiary of the Debtor, Stream TV Networks, Inc. SeeCubic BV (the Netherlands) is unrelated to and is a separated entity from SeeCubic Inc., a company newly formed in Delaware by SLS Holdings, Inc.

| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name | **Stream TV Networks, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | **21-10433 (KBO)** |

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Supplier and CO Marketer** **Debtor reserves the right to assert that a contract or lease is not executory.** | |
| | State the term remaining | **Expires 8/2/2024** | **BOE** **No. 668 RD Xinzhan** **General Pilot Zone, Heifei** **Anhui 230012** **China** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Investment Banker** **The Debtor reserves the right to assert that a contract or lease is not executory.** | |
| | State the term remaining | **Open** | **Boustead Securities** **6 Venture Street, Suite 395** **Irvine, CA 92618** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Legal Services** **The Debtor reserves the right to assert that a contract or lease is not executory.** | |
| | State the term remaining | | **Cittone Demers & Arneri LLP** **11 Broadway** **Suite 615** **New York, NY 10040** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Capitalized Lease for computer server** **The Debtor reserves the right to assert that a contract or lease is not executory.** | |
| | State the term remaining | | **Dell Financial Services** **One Dell Way** **Round Rock, TX 78682** |

Official Form 206G     Schedule G: Executory Contracts and Unexpired Leases     Page 1 of 6

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| | List the contract number of any government contract | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Recruiter**<br>**The Debtor reserves the right to assert that a contract or lease is not executory.** | |
|---|---|---|---|
| | State the term remaining | **Until terminated by written notice** | **Demartino**<br>**875 Union Avenue**<br>**Boulder, CO 80304** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Accounting Firm**<br>**The Debtor reserves the right to assert that a contract or lease is not executory.** | |
|---|---|---|---|
| | State the term remaining | | **Dezan Shira**<br>**Suite EF06, east tower Twin Towers, B12**<br>**Jian Guo Men Wai Avenue**<br>**Beijing 100022**<br>**China** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Legal Services**<br>**The Debtor reserves the right to assert that a contract or lease is not executory.** | |
|---|---|---|---|
| | State the term remaining | | **Dilworth Paxson LLP**<br>**1500 Market Street, Suite 3500E**<br>**Philadelphia, PA 19102** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Accounting Consultant for China**<br>**The Debtor reserves the right to assert that a contract or lease is not executory.** | |
|---|---|---|---|
| | State the term remaining | **Initial Term is 3 months but can be cancelled with 15 days written notice** | **FTI Consulting**<br>**Unit 2101-04, Central Plaza**<br>**227 Huangpi (N) Road**<br>**Shanghai 200003**<br>**China** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Staffing Firm**<br>**The Debtor reserves the right to assert that a contract or lease is not executory.** | |
|---|---|---|---|
| | State the term remaining | **Continuous until** | **Game 7 Staffing**<br>**1214 West 6th Street**<br>**Suite 210**<br>**Austin, TX 78703** |

| Debtor 1 | **Stream TV Networks, Inc.** | | Case number (*if known*) | **21-10433 (KBO)** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |


**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| | **terminated with 10 day written notice** | |
| List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order**<br>**The Debtor reserves the right to assert that a contract or lease is not executory.** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Google Purchase Orders**<br>**1600 Amphitheatre Parkway**<br>**Mountain View, CA 94043** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Omnibus Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Hawk Investment Holdings Limited**<br>**Newport House**<br>**15 The Grange, St. Peter Port**<br>**Guernsey GY1 2QL, Channel Islands** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **License to use HDMI**<br>**The Debtor reserves the right to assert that a contract or lease is not executory.** | |
|---|---|---|---|
| | State the term remaining | **Expires 4/19/2026** | **HDMI**<br>**550 S. Winchester Boulevard**<br>**Suite 515**<br>**San Jose, CA 95128** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Small and Mass production lines for bonding**<br>**The Debtor reserves the right to assert that a contract or lease is not executory.** | |
|---|---|---|---|
| | State the term remaining | | **Iinuma Gauge Manufacturing Co., Ltd (JPY)**<br>**11400-327 Harayama, Tamagawa**<br>**Chino-City Nagano, Japan**<br>**391-0011** |
| | List the contract number of any government contract | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Various study and potential marketing services** **The Debtor reserves the right to assert that a contract or lease is not executory.** | |
| | State the term remaining | **Continuous until terminated by 30 day written notice** | **IMG Media Ltd** **Building 6, Chiswick Park** **566 Chiswick High Road** **London, England** **UK W4 5HR** |
| | List the contract number of any government contract | | |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Customer & Comp. for investment** **The Debtor reserves the right to assert that a contract or lease is not executory.** | |
| | State the term remaining | | **IQH3D** **6800 SW 40th Street** **Suite 298** **Miami, FL 33155** |
| | List the contract number of any government contract | | |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Finder** **The Debtor reserves the right to assert that a contract or lease is not executory.** | |
| | State the term remaining | **ends 7/3/2021** | **Jinsheng** **12/f SanToi Building** **137-139 Connaught Road** **Central Hong Kong** **China** |
| | List the contract number of any government contract | | |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Engineering Consulting Services** **The Debtor reserves the right to assert that a contract or lease is not executory.** | |
| | State the term remaining | | **JoveAI** **44081 Old Warm Springs Blvd.** **Fremont, CA 94538** |
| | List the contract number of any government contract | | |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Auditors** **The Debtor reserves the right to assert that a contract or lease is not executory.** | |
| | State the term remaining | **May be terminated at any time** | **Marcum LLP** **One SE Third Ave, Suite 1100** **Miami, FL 33131** |
| | List the contract number of any | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| | government contract | |

| | | | |
|---|---|---|---|
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Server Farm Provider** **The Debtor reserves the right to assert that a contract or lease is not executory.** | |
| | State the term remaining | | **MotivIT** **2880 Zanker Road** **Suite 203** **San Jose, CA 95134** |
| | List the contract number of any government contract | | |
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Settlement for OEM/ODM** | |
| | State the term remaining | | **Pegatron Corporation** **5F., No. 76, Ligong** **St. Beltou District** **Taipei City 112** **Taiwan** |
| | List the contract number of any government contract | | |
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Investment Banker/Broker** **The Debtor reserves the right to assert that a contract or lease is not executory.** **May be terminated upon 1 month written notice** | |
| | State the term remaining | | **Ruffena Capital Ltd** **Portman House** **2 Portman Street** **London W1H 6DU** |
| | List the contract number of any government contract | | |
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Omnibus Agreement** | |
| | State the term remaining | **Ongoing** | **SeeCubic Inc.** **251 Little Falls Drive** **Wilmington, DE 19808** |
| | List the contract number of any government contract | | |
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Omnibus Agreement** | |
| | State the term remaining | | **SLS Holdings VI, LLC** **Attn: Shad Stastney** **392 Taylor Mills Road** **Marlboro, NJ 07746** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Stream TV Networks, Inc.** | | Case number (*if known*) | **21-10433 (KBO)** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Staffing Firm** **The Debtor reserves the right to assert that a contract or lease is not executory.** | |
| | State the term remaining | **Until cancelled** | **Technical Link** **8461 Lake Worth Road** **Suite 225** **Lake Worth, FL 33467** |
| | List the contract number of any government contract | | |
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Staffing Firm** **The Debtor reserves the right to assert that a contract or lease is not executory.** | |
| | State the term remaining | **Until cancelled** | **Triple Crown Consulting, LLC** **10814 Jollyville Road** **Suite 100** **Austin, TX 78759** |
| | List the contract number of any government contract | | |
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Finder** **The Debtor reserves the right to assert that a contract or lease is not executory.** | |
| | State the term remaining | **ends 7/3/2021** | **YTH** **3/F Heng Shan Centre** **145 Queen's Road** **Wan Chai, Hong Kong** **China** |
| | List the contract number of any government contract | | |
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Legal Services** **The Debtor reserves the right to assert that a contract or lease is not executory.** | |
| | State the term remaining | **Terminated upon written notice** | **Zhong Lun Law Firm** **Level 10 & 11, Two IFC, 8 Century Avenue** **Pudong New Area** **Shanghai 20021** **China** |
| | List the contract number of any government contract | | |