# GLOBAL NOTES TO SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS OF DEBTOR, STREAM TV NETWORKS, INC., CASE NO. 21-10433(KBO)

The Debtor develops its technology and conducts the majority of its business through its direct and indirect foreign and domestic subsidiaries. The Debtor provided capital to its direct and indirect foreign and domestic subsidiaries for the purpose of acquiring and developing assets and to conduct business operations. The Debtor directs interested parties to the Declaration of Mathu Rajan in Support of First Day Motions [Docket No. 51] in which the Debtor's organizational and operational structure is described in greater detail.

In its bankruptcy schedules, the Debtor discloses and describes the assets, including its ownership interest in direct subsidiaries and its contracts, that the Debtor owned or may have owned as of February 24, 2021 (the "Petition Date"). The Debtor's direct subsidiaries, in turn, hold or may hold ownership interests in the Debtor's indirect subsidiaries as depicted on the Debtor's Organization Chart included in Mr. Rajan's Declaration. The assets of the Debtor's direct and indirect subsidiaries are not included in the Debtor's bankruptcy schedules.

It is important to note that, pursuant to an Omnibus Agreement, dated May 6, 2021, between the Debtor's senior secured lender, SLS Holdings VI, LLC ("SLS") and a debt-resolution committee of the Debtor's Board of Directors purporting to act on the Debtor's behalf, which agreement is presently subject to litigation in the Chancery Court in Delaware, SLS Holdings and its newly formed company, SeeCubic, Inc. ("SeeCubic"), assert an ownership interest in all of the Debtor's assets. SLS and SeeCubic possess some and claim to have obtained possession or control of other of the Debtor's assets shortly before the Petition Date. The Debtor's investigation into these claims is ongoing. Accordingly, at this time, the Debtor's present ownership of some of its assets may not be clear. The Debtor has listed the assets that it believes it continues to own, unless otherwise expressly indicated in its bankruptcy schedules. The Debtor intends to pursue recovery of assets and to operate its business under the provisions of the Bankruptcy Code in this case.

Additional Notes:

1. Because US GAAP treatment may not apply to the Debtor's assets located in foreign jurisdictions, the values provided for certain assets may differ from typical accounting standards.

2. Funding advanced by the Debtor to its direct and indirect subsidiaries are reflected in intercompany loans.

3. The Debtor's goodwill and similar intangible value is not reflected in the Debtor's bankruptcy schedules.

4. SeeCubic BV (the Netherlands) is a subsidiary of the Debtor, Stream TV Networks, Inc. SeeCubic BV (the Netherlands) is unrelated to and is a separated entity from SeeCubic Inc., a company newly formed in Delaware by SLS Holdings, Inc.

| Fill in this information to identify the case: |
|---|
| Debtor name   **Stream TV Networks, Inc.** |
| United States Bankruptcy Court for the:   DISTRICT OF DELAWARE |
| Case number (if known)   **21-10433 (KBO)** |

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors     12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**          *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street <br> City   State   Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | | Street <br> City   State   Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | | Street <br> City   State   Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | | Street <br> City   State   Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |