**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Stream TV Networks, Inc. | Case No. 21-10433 (KBO) |
| | Re: D.I. 48 |
| | **Hearing Date: April 22 at 2:00 p.m. (ET)** |
| Debtor. | **Objection Deadline: March 26, 2021 at 4:00 p.m. (ET)** |

**UNITED STATES TRUSTEE'S LIMITED OBJECTION TO DEBTOR'S AMENDED MOTION FOR ENTRY OF AN ORDER (1) ESTABLISHING DEADLINES AND PROCEDURES FOR FILING PROOFS OF CLAIM AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF**

Andrew R. Vara, the United States Trustee for Region 3 ("U.S. Trustee"), through his undersigned counsel, files this limited objection and reservation of rights to ("Limited Objection") *Debtor's Amended Motion For Entry Of An Order (1) Establishing Deadlines And Procedures For Filing Proofs Of Claim And Approving The Form And Manner Of Notice Thereof* ("Bar Date Motion") filed at D.I. 48, and in support of this Limited Objection states as follows:

**PRELIMINARY STATEMENT**

1.      The U.S. Trustee files this Limited Objection out of an abundance of caution because, as of the filing hereof, there are two motions to dismiss this case pending, and prior motions filed by the Debtor in this case have been adjourned until the dismissal issues are decided by this Court.  As such, the U.S. Trustee submits that entry of the Bar Date Order should be reserved until the Court rules on the dismissal motions, which may warrant pushing back some of

the deadlines proposed in the Bar Date Motion.  Because the hearing date on the Bar Date Motion

is not until April 22, 2021, there is no prejudice on reserving entry of the Bar Date Order until at

least such date.  To be clear, if this case remains in chapter 11, the U.S. Trustee does not object to

the Bar Date Motion and the relief requested therein.

## JURISDICTION AND STANDING

2.      This Court has jurisdiction to hear the above-referenced Limited Objection.

3.      Pursuant to 28 U.S.C. § 586, the U.S. Trustee is charged with the administrative

oversight of cases commenced pursuant to title 11 of the United States Bankruptcy Code.  This

duty is part of the U.S. Trustee's overarching responsibility to enforce the bankruptcy laws as

written by Congress and interpreted by the courts.  *See United States Trustee v. Columbia Gas*

*Sys., Inc. (In re Columbia Gas Sys., Inc.)*, 33 F.3d 294, 295-96 (3d Cir. 1994) (the U.S. Trustee

has "public interest standing" under 11 U.S.C. § 307, which goes beyond mere pecuniary interest).

4.      Pursuant to 11 U.S.C. § 307, the U.S. Trustee has standing to be heard on the above-

referenced Limited Objection.

## BACKGROUND AND RELEVANT FACTS

5.      On February 24, 2021 (the "Petition Date"), Stream TV Networks, Inc. (the

"Debtor," or the "Company") filed a voluntary petition for relief under chapter 11 of the Code.

6.      On February 25, 2021, the Debtor filed the *Application to Retain Dilworth Paxson*

*LLP* ("Dilworth Retention Application") D.I. 15.

7.      On March 1, 2021, the Debtor filed the *Motion to Approve Debtor in Possession*

*Financing* ("DIP Financing Motion") D.I. 30.

8.      On March 12, 2021, the Debtor filed the *Declaration of Mathu Rajan In Support of*

*First Day Motions* ("Rajan Declaration") at D.I. 51, and on that same day, SeeCubic and SLS filed

the *Motion Of SeeCubic, Inc. And SLS Holdings VI, LLC For An Order Dismissing Debtor's Chapter 11 Case* ("Motion to Dismiss") D.I. 46.

9.       The Debtor filed an additional declaration in support of the petition on March 19, 2021 (the "Robertson Declaration") at D.I. 77.

10.       On March 22, 2021, this Court adjourned the hearing on the DIP Financing Motion and the Dilworth Retention Application until the Court ruled on the Motion to Dismiss.

11.       On March 24, 2021, the U.S. Trustee filed the *United States Trustee's Motion for an Order Dismissing or Converting this Case to Chapter 7* D.I. 84 ("U.S. Trustee Motion to Dismiss").

12.       On March 12, the Debtor filed the Bar Date Motion, which requests entry of the Bar Date Order attached thereto establishing the following deadlines:

- General Bar Date: June 2, 2021 at 5:00 p.m. (ET)

- Governmental Unit Bar Date: August 23, 2021 at 5:00 p.m. (ET)

- Amended Scheduled Bar Date: the later of (i) General Bar Date or (ii) 30 days after service of a notice of an amendment to the affected claimant

- Rejection Bar Date: the later of (i) General Bar Date or (ii) 30 days after entry of any order authorizing the rejection of an executory contract or unexpired lease.

### LIMITED OBJECTON

13.       This Court should reserve entry of the Bar Date Order until at least April 22, 2021, which date will be after (based on the present schedule) the Court rules on the two motions to dismiss that are pending and set for hearing on April 15, 2021.[1] It may be unwise to require parties

---

[1] The U.S. Trustee understands that there may be another hearing date set for the motions.  To the extent the motion to dismiss hearing date is rescheduled and/or pushed back, the U.S. Trustee submits the same argument.

in interest to incur expenses for filing proofs of claims in this case, if ultimately, the case will be dismissed.  If the case is not dismissed, then the Court may enter the Bar Date Order, and creditors can proceed to file proofs of claims without the overhang of the pending motions to dismiss.

14.    As noted above, the U.S. Trustee does not object to the substance of this Motion if the case ultimately is not dismissed.

## RESERVATION OF RIGHTS

15.    The U.S. Trustee reserves any and all rights, remedies and obligations to, among other things, complement, supplement, augment, alter or modify this Limited Objection, or conduct any and all discovery as may be deemed necessary or as may be required and to assert such other grounds as may become apparent upon further factual discovery.

Dated: March 26, 2021
       Wilmington, Delaware

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**

By: /s/ *Rosa Sierra*
     Rosa Sierra
     Trial Attorney
     United States Department of Justice
     Office of the United States Trustee
     J. Caleb Boggs Federal Building
     844 King Street, Suite 2207, Lockbox35
     Wilmington, Delaware 19801
     Phone: (302) 573-6492
     Fax:    (302) 573-6497
Email: rosa.sierra@usdoj.gov

## CERTIFICATE OF SERVICE

I, Rosa Sierra, hereby attest that on March 26, 2021, I caused to be served a copy of this Limtied

Objection to the Bar Date Motion by electronic service on the registered parties via the Court's CM/ECF

system and upon the following parties:

**Proposed Debtor's Counsel**
DILWORTH PAXSON LLP
Martin J. Weis
One Customs House – Suite 500
704 King Street
P.O. Box 1031
Wilmington, DE 19801
mweis@dilworthlaw.com

Lawrence G. McMichael
Anne M. Aaronson
Yonit A. Caplow
1500 Market St., Suite 3500E
Philadelphia, PA 19102
lmcmichael@dilworthlaw.com
aaaronson@dilworthlaw.com
ycaplow@dilworthlaw.com

*Counsel for SLS*
ROBINSON COLE
Davis Lee Wright (No. 4324)
James F. Lathrop (No. 6492)
1201 N. Market Street, Suite 1406
Wilmington, DE 19801
Telephone: (302) 516-1700
dwright@rc.com
jlathrop@rc.com

QUARLES & BRADY LLP
Brittany S. Ogden
33 East Main Street Suite 900
Madison, Wisconsin 53703
Telephone: (608) 251-5000
Brandon M. Krajewski
411 East Wisconsin Avenue Suite 2400
Milwaukee, Wisconsin 53202
Telephone: (414) 277-5000

Alissa Brice Castañeda
Gabriel M. Hartsell
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 229-5200
brittany.ogden@quarles.com
brandon.krajewski@quarles.com
alissa.castaneda@quarles.com
gabriel.hartsell@quarles.com

*Counsel for SeeCubic*
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
Joseph O. Larkin
Jenness E. Parker
Jason M. Liberi
920 N. King Street, One Rodney Square
Wilmington, Delaware 19801
Telephone: (302) 651-3000
Eben P. Colby
Marley Ann Brumme
500 Boylston Street, 23rd Floor
Boston, Massachusetts 02116
Telephone: (617) 573-4800
joseph.larkin@skadden.com
jenness.parker@skadden.com
jason.liberi@skadden.com
eben.colby@skadden.com
marley.brumme@skadden.com

*Counsel for VTI*
ARMSTRONG TEASDALE LLP
Rafael X. Zahralddin-Aravena
Jonathan M. Stemerman
300 Delaware Ave., Suite 210
Wilmington, DE 19801
Telephone: 302-824-7089
rzahralddin@atllp.com
jstemerman@atllp.com

**Counsel for Iinuma Gauge Mfg. Co., Ltd.**
BAYARD
Daniel N. Brogan
dbrogan@bayardlaw.com
600 North King Street, Suite 400
P.O. Box 25130 Wilmington, DE 19899

***Counsel for IMG Media, Ltd.; Trans World International LLC; and other affiliates of Endeavor Operating Company, LLC***
Jennifer R. Hoover, Esq.
John C. Gentile, Esq.
BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP
1313 N. Market St., Suite 1201
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
jhoover@beneschlaw.com
jgentile@beneschlaw.com

\s\*Rosa Sierra, Esq*.
Rosa Sierra