IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc.,<br><br>Debtor. | Chapter 11<br><br>Case No. 21-10433 (KBO)<br><br>**Re: D.I. Nos. 84 and 100**<br><br>Hearing Date: April 26, 2021 at 9:30 am<br>Objection Deadline: April 8, 2021 at 4:00 p.m. |

**VISUAL TECHNOLOGY INNOVATION, INC'S JOINDER IN DEBTOR'S RESPONSE IN OPPOSITION TO THE UNITED STATES TRUSTEE'S MOTION FOR AN ORDER DISMISSING OR CONVERTING THE CASE TO CHAPTER 7**

Visual Technology Innovations, Inc. ("**VTI**"), by and through its undersigned counsel, hereby joins in the *Debtor's Response in Opposition to the United States Trustee's Motion for an Order Dismissing or Converting the Case to Chapter 7* (the "**Response**") [D.I. 100].

1. VTI joins in the arguments set forth in the Response.

2. The *United States Trustee's Motion for an Order Dismissing or Converting the Case to Chapter 7* (the "**UST Motion**") [D.I. 84] has simply echoed allegations made by Seecubic Inc. and SLS Holdings VI, LLC in this case (*See Motion of Seecubic, Inc. and SLS Holdings VI, LLC for an Order Dismissing Debtor's Chapter 11 Case* [D.I. 46]), without considering that this chapter 11 bankruptcy case, represents a legitimate attempt by the Debtor to reorganize its business and use the mechanisms provided by the Bankruptcy Code for the benefit of <u>all</u> of its creditors and the Debtor's estate. In short, this bankruptcy case has been filed by the Debtor in good faith and with a legitimate bankruptcy purpose, and therefore there is no basis for dismissal.

3. Similarly, the alternative relief requested in the UST Motion should be denied. The UST Motion did not describe why or how conversion will benefit the Debtor's creditors. VTI joins in the arguments stated in the Response, and agree that the conversion of this case to Chapter 7

would preclude the Debtor from preserving its going concern value, ieliminate the Debtor's ability to generate future revenues and severely impact the Debtor's opportunity to avail itself of the protections of the Bankruptcy Code for the benefit of the all the Debtor's creditors.

WHEREFORE, VTI respectfully request that the Court deny the UST Motion.

Dated: April 8, 2021　　　　　　　　　**ARMSTRONG TEASDALE LLP**

/s/ *Rafael X. Zahralddin-Arevena*
Rafael X. Zahralddin-Aravena (#4166)
Jonathan M. Stemerman (#4510)
300 Delaware Ave., Suite 210
Wilmington, DE 19801
Telephone: 302-824-7089
Email:　　rzahralddin@atllp.com
　　　　　jstemerman@atllp.com

and

John A. Sten, Esq. (admitted *pro hac vice*)
225 Franklin Street, 26th Floor
Boston, MA 02110
Telephone: (617) 217-2030
Email: jsten@atllp.com

and

David L. Going, Esq. (admitted *pro hac vice*)
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105
Telephone: (314) 621-5070
Email: dgoing@atllp.com

*Attorneys for Visual Technologies Innovations, Inc.*