# GLOBAL NOTES TO SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS OF DEBTOR, STREAM TV NETWORKS, INC., CASE NO. 21-10433(KBO)

The Debtor develops its technology and conducts the majority of its business through its direct and indirect foreign and domestic subsidiaries. The Debtor provided capital to its direct and indirect foreign and domestic subsidiaries for the purpose of acquiring and developing assets and to conduct business operations. The Debtor directs interested parties to the Declaration of Mathu Rajan in Support of First Day Motions [Docket No. 51] in which the Debtor's organizational and operational structure is described in greater detail.

In its bankruptcy schedules, the Debtor discloses and describes the assets, including its ownership interest in direct subsidiaries and its contracts, that the Debtor owned or may have owned as of February 24, 2021 (the "Petition Date"). The Debtor's direct subsidiaries, in turn, hold or may hold ownership interests in the Debtor's indirect subsidiaries as depicted on the Debtor's Organization Chart included in Mr. Rajan's Declaration. The assets of the Debtor's direct and indirect subsidiaries are not included in the Debtor's bankruptcy schedules.

It is important to note that, pursuant to an Omnibus Agreement, dated May 6, 2020, between the Debtor's senior secured lender, SLS Holdings VI, LLC ("SLS") and a debt-resolution committee of the Debtor's Board of Directors purporting to act on the Debtor's behalf, which agreement is presently subject to litigation in the Chancery Court in Delaware, SLS Holdings and its newly formed company, SeeCubic, Inc. ("SeeCubic"), assert an ownership interest in all of the Debtor's assets. SLS and SeeCubic possess some and claim to have obtained possession or control of other of the Debtor's assets shortly before the Petition Date. The Debtor's investigation into these claims is ongoing. Accordingly, at this time, the Debtor's present ownership of some of its assets may not be clear. The Debtor has listed the assets that it believes it continues to own, unless otherwise expressly indicated in its bankruptcy schedules. The Debtor intends to pursue recovery of assets and to operate its business under the provisions of the Bankruptcy Code in this case.

Additional Notes:

1.      Because US GAAP treatment may not apply to the Debtor's assets located in foreign jurisdictions, the values provided for certain assets may differ from typical accounting standards.

2.      Funding advanced by the Debtor to its direct and indirect subsidiaries are reflected in intercompany loans.

3.      The Debtor's goodwill and similar intangible value is not reflected in the Debtor's bankruptcy schedules.

4.      SeeCubic BV (the Netherlands) is a subsidiary of the Debtor, Stream TV Networks, Inc. SeeCubic BV (the Netherlands) is unrelated to and is a separated entity from SeeCubic Inc., a company newly formed in Delaware by SLS Holdings VI, LLC.

Debtor name  **Stream TV Networks, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  **21-10433 (KBO)**

☒ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,688.27 | $2,688.27 |

**2.1** Priority creditor's name and mailing address
**California Department of
Tax and Fee Adm
Account Info. Group, MIC 29
PO Box 942879
Sacramento, CA 94279-0029**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Total claim  **$2,688.27**
Priority amount  **$2,688.27**

Date or dates debt was incurred
**3/31/2020**

Basis for the claim:
**Disability Insurance**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.2** Priority creditor's name and mailing address
**Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Total claim  **$8,805.72**
Priority amount  **$8,805.72**

Date or dates debt was incurred
**3/31/2020**

Basis for the claim:
**Medicare**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,805.72** | **$8,805.72** |

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/31/2020**

Basis for the claim:
**Medicare Employer Portion**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$32,006.82** | **$32,006.82** |

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/31/2020**

Basis for the claim:
**Social Security**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$32,006.82** | **$32,006.82** |

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/31/2020**

Basis for the claim:
**Social Security Employer Portion**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$69,097.66** | **$69,097.66** |

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/31/2020**

Basis for the claim:
**Income Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,580.49** | **$4,580.49** |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/31/2020**

Basis for the claim:
**941/944**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.8 | Priority creditor's name and mailing address | | **$711.31** | **$711.31** |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/31/2020**

Basis for the claim:
**940**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.9 | Priority creditor's name and mailing address | | **$476.88** | **$476.88** |
|---|---|---|---|---|

**Nevada Dept. of Employment**
**Training & Rehabilitation**
**500 E. Third Street**
**Carson City, NV 89713**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/31/2020**

Basis for the claim:
**Unemployment Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.10 | Priority creditor's name and mailing address | | **$399.14** | **$399.14** |
|---|---|---|---|---|

**New Jersey Division of Taxation**
**Compliance&Enforcement-Bankru**
**ptcy**
**50 Barrack Street, 9th Floor**
**PO Box 245**
**Trenton, NJ 08695-0267**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/31/2020**

Basis for the claim:
**Income Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|-------|-------|

**NJ Division of Taxation**
**Bankruptcy Section**
**PO Box 245**
**Trenton, NJ 08695-0245**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/31/2020**

Basis for the claim:
**Income Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,763.45 | $1,763.45 |
|------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Pennsylvania Department of**
**Revenue**
**Department 280946**
**Attn: Bankruptcy Division**
**Harrisburg, PA 17128-0946**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/31/2020**

Basis for the claim:
**Income Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

☐ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.47 | $460.47 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Pennsylvania Department of**
**Revenue**
**Department 280946**
**Attn: Bankruptcy Division**
**Harrisburg, PA 17128-0946**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/31/2020**

Basis for the claim:
**Unemployment Insurance**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

☐ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,165.62 | $1,165.62 |
|------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Pennsylvania Department of**
**Revenue**
**Department 280946**
**Attn: Bankruptcy Division**
**Harrisburg, PA 17128-0946**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/31/2020**

Basis for the claim:
**Income Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,324.21 | $1,324.21 |
|---|---|---|---|---|

**Pennsylvania Department of Revenue**
**Department 280946**
**Attn: Bankruptcy Division**
**Harrisburg, PA 17128-0946**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/31/2020**

Basis for the claim:
**Local Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,821.13 | $3,821.13 |
|---|---|---|---|---|

**Pennsylvania Department of Revenue**
**Department 280946**
**Attn: Bankruptcy Division**
**Harrisburg, PA 17128-0946**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/31/2020**

Basis for the claim:
**Unemployment Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $156.00 | $156.00 |
|---|---|---|---|---|

**Pennsylvania Department of Revenue**
**Department 280946**
**Attn: Bankruptcy Division**
**Harrisburg, PA 17128-0946**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/31/2020**

Basis for the claim:
**Sales tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,642.58 | $10,642.58 |
|---|---|---|---|---|

**Philadelphia Department of Revenue**
**Municipal Services Building**
**1401 JFK Boulevard**
**Philadelphia, PA 19102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/31/2020**

Basis for the claim:
**Income Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$5,000.00** | **$5,000.00** |
|---|---|---|---|---|

**Secretary of State**
**Division of Corporations**
**Franchise Tax**
**PO Box 898**
**Dover, DE 19903**

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred
**12/31/2020**

Basis for the claim:
**Franchise Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$20,121.89** | **$20,121.89** |
|---|---|---|---|---|

**State of California**
**Franchise Tax Board**
**Bankruptcy Section, MS: A-340**
**PO Box 2952**
**Sacramento, CA 95812-2952**

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred
**12/31/2020**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$9,808.22** | **$9,808.22** |
|---|---|---|---|---|

**State of California**
**Employment Development**
**Department**
**PO Box 826880, DICO, MIC 29**
**Sacramento, CA 94280**

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred
**3/31/2020**

Basis for the claim:
**CA PIT/SDI**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,598.75** | **$2,598.75** |
|---|---|---|---|---|

**State of California**
**Employment Development**
**Department**
**PO Box 826880, UIPCD, MIC 40**
**Sacramento, CA 94280**

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred
**3/31/2020**

Basis for the claim:
**SUI/ETT**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $123.75 | $123.75 |
|---|---|---|---|---|

**State of Florida, Dept. of Revenue**
**Attn: Mark Hamilton**
**PO Box 6668**
**Tallahassee, FL 32314-6668**

Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **3/31/2020** | **Unemployment Tax** |

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.11 | $11.11 |
|---|---|---|---|---|

**Texas Workforce Commission**
**PO Box 149037**
**Austin, TX 78714-9037**

Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **3/31/2020** | **Unemployment Tax** |

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |
|---|---|---|---|

**3Detroit Film Co. LLC**
**2385 N. Pine Center St**
**West Bloomfield, MI 48323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2017-2018_

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**Aaron Lamkin**
**793A East Foothill Blvd. #43**
**San Luis Obispo, CA 93405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _5/20/2019_

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,159.00 |
|---|---|---|---|

**Abu Dhabi Investment Council**
**P.O. Box 61999**
**Abu Dhabi, UAE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _10/09/2017_

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,820.00 |
|---|---|---|---|

**Ac Lordi**
**75 Valley Stream Parkway Suite 201**
**Malvern, PA 19355**

Date(s) debt was incurred **2016-2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $324,644.60 |
|---|---|---|---|

**Adept Chip Service Private Ltd.**
**Site No.86, 1st Floor,**
** LRDI Layout Karthik Nagar,**
**fvlarathahalli Outer Ring**
**Bengaluru, India 560037**

Date(s) debt was incurred **2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,153.90 |
|---|---|---|---|

**Adrian & Roth**
**Personalberatung GmbH**
**Tengstraße 45**
**Munchen, Germany   80796**

Date(s) debt was incurred **2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|

**Advanced  Imaging Society**
**16027 Ventura Blulevard Suite #301**
**Encino, CA 91436**

Date(s) debt was incurred **2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,020.00 |
|---|---|---|---|

**Alliance International Law Offices**
**75-1, 58 Chung Shan N. Rd. Sec. 3**
**Taipei, Taiwan**
**   10452**

Date(s) debt was incurred **2016-2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $91,700.00 |
|---|---|---|---|

**Alvarte Technology LLP.**
**S No29, PL52, Office #201**
**Bhama Emrald, Satara Road, Dhankawadi**
**Pune, Maharashtra 411043**

Date(s) debt was incurred **2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,544.12 |
|---|---|---|---|

**Amanda Von Ahnen**
**105 Edwards Run Road**
**Mount Royal, NJ 08061**

Date(s) debt was incurred **February 2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,055.08 |
|---|---|---|---|

**AON Risk Services Inc.**
**of New York**
**111 Wall Street**
**New York, NY**

Date(s) debt was incurred **2017-2021**

Last 4 digits of account number **0043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126,500.00 |
|---|---|---|---|

**Arasan Chip Systems, Inc.**
**2150 North First Street, Suite 240**
**San Jose, CA 95131**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,626.25 |
|---|---|---|---|

**Aria Resort-Casino At Ctycntr**
**4882 Frank Sinatra Dr**
**Las Vegas, NV 89158**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,024.42 |
|---|---|---|---|

**Avnet EM**
**2211 South 47th Street**
**Phoenix, AZ 85034**

Date(s) debt was incurred **2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,066.00 |
|---|---|---|---|

**AY Commercial Law Offices**
**9F, No. 333, Sec. 1, Keelung Road**
**Taipei City, Taiwan ROC 11012**

Date(s) debt was incurred **2018-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,880.00 |
|---|---|---|---|

**BDO USA, LLP**
**75 Valley Stream Parkway**
**Suite 201**
**Malvern, PA 19355**

Date(s) debt was incurred **2014-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,963.23 |
|---|---|---|---|

**Blue Ocean Partners**
**100 Queens Rd .**
**Central, Hong Kong, China**

Date(s) debt was incurred **2018-2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** | **$6,000.00** |

**Bubble Communications**
**East Side Complex - Room 555**
**Pinewood Studios, Pinewood Road**
**Iver Heath**
**Buckinghamshire, UK  SL0 0NH**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** | **$41,816.50** |

**Buchanan Ingersoll**
**& Rooney PC**
**919 North Market Street**
**Suite 1500**
**Wilmington, DE 19801**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2020**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** | **$524,340.00** |

**Cadence Design Systems, Inc.**
**2655 Seely Avenue**
**San Jose, CA 95134**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** | **$3,117.24** |

**Capital One**
**P.O. Box 71083**
**Charlotte, NC 28272-1083**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2009-2020**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** | **$2,967.66** |

**Capital One-5**
**P.O.Box 71083**
**Charlotte, NC 28272-1083**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address** | **$3,355.02** |

**CCH Incorporated**
**(Wolters Kluwer)**
**P.O. Box 4307**
**Carol Stream, IN 60197-4307**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address** | **$53,153.47** |

**Charles Robertson**
**9339 Woodley Ave**
**North Hills, CA 91343**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,818.92 |
|---|---|---|---|

**Charles Robertson**
**9339 Woodley Avenue**
**North Hills, CA 91343**

Date(s) debt was incurred __February 2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wages__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,724.62 |
|---|---|---|---|

**Che Wei Chang**
**327 Camphor Avenue**
**San Jose, CA 95131**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117,600.00 |
|---|---|---|---|

**Cipher Development Partners LLC**
**1381 McCarthy Blvd.**
**Milpitas, CA 95035**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,398.37 |
|---|---|---|---|

**Citi Cards**
**PO BOX 9001037**
**Louisville, KY 40290-1037**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,065.00 |
|---|---|---|---|

**Cittone Demers & Arneri LLP**
**11 Broadway**
**Suite 615**
**New York, NY 10040**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,984.84 |
|---|---|---|---|

**CNA INSURANCE**
**PO. BOX 790094**
**ST LOUIS, MO 63179-0094**

Date(s) debt was incurred __12/31/2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,012.96 |
|---|---|---|---|

**Concur Technologies, Inc.**
**62157 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred __2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|
| | **Conference Technologies, Inc.**<br>**11653 Adie Road**<br>**Maryland Heights, MO 63043** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  9/30/2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,285.00 |
|---|---|---|---|
| | **Coral Vision Ltd**<br>**Easton House, Manor Way**<br>**Oxshott, UK KT22 0HU** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Core Technology LLC**<br>**PO Box 799**<br>**Gloucester, VA 23061** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |
|---|---|---|---|
| | **Corporate Filings**<br>**30 North Gould Street**<br>**Suite 7001**<br>**Sheridan, WY 82801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  8/23/2019 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,279.31 |
|---|---|---|---|
| | **Cousins Law**<br>**Brandywine Plaza West**<br>**1521 Concord Pike, Suite 301**<br>**Wilmington, DE 19803** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2020 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,125.00 |
|---|---|---|---|
| | **Coverall North America, Inc.**<br>**2955 Momentum Place**<br>**Chicago, IL 60689** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2019-2020 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,600.00 |
|---|---|---|---|
| | **Cryslink Technologies Co., Ltd**<br>**BLK 15, ChuangTou Industrial**<br>**Square 2**<br>**SIP Suzhou**<br>**PR China** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2/24/2016 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,004.22** |
|---|---|---|---|

**Daniel J. Rink**
**1017 E. 28th Street**
**Houston, TX 77009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/28/2020

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,070.57** |
|---|---|---|---|

**Daniel J. Rink**
**1017 E. 28th Street**
**Houston, TX 77009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** February 2020

**Basis for the claim:** Wages

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$41,564.00** |
|---|---|---|---|

**Dell Financial Services**
**P.O. Box 5292**
**Carol Stream, IL 60197-5292**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2018-2020

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,250.00** |
|---|---|---|---|

**DeMartino and Associates LLC**
**875 Union Ave.**
**Boulder, CO 80304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2019

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,976.63** |
|---|---|---|---|

**Dezan Shira & Associates**
**Suite EF06, East Tower**
**Twin Towers, B12**
**Jian Guo Men Wai Avenue**
**Beijing, China 1000022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2019

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,000.00** |
|---|---|---|---|

**Digital Content Protection LLC**
**3855 SW 153rd Drive**
**Beaverton, OR 97006**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/29/2019

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$798,925.44** |
|---|---|---|---|

**DLA Piper LLP(US)**
**6225 Smith Avenue**
**Baltimore, MD 21209-3600**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2011-2020

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$420.00** |
|------|-----|-----|-----|

**Dunner Law  PLLC**
**3243 P Street, N.W.**
**Washington, DC 20007**

Date(s) debt was incurred  **2019**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$216,179.17** |
|------|-----|-----|-----|

**Elliott Greenleaf**
**1105 North Market Street**
**17th Floor**
**Wilmington, DE 19801-1216**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|------|-----|-----|-----|

**EMA Design Automation**
**225 Park Tech Dr.**
**Rochester, NY 14623**

Date(s) debt was incurred  **2019**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$68.99** |
|------|-----|-----|-----|

**EME Enterprise Inc.**
**1256 West Winton Avenue**
**Hayward, CA 94545**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,550.00** |
|------|-----|-----|-----|

**Eric Singer**
**200 E. 71st Street**
**New York, NY 10021**

Date(s) debt was incurred  __

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|------|-----|-----|-----|

**ESPN Inc Miscellaneous**
**P.O. Box 732527**
**Dallas, TX 75373-2527**

Date(s) debt was incurred  **2015-2016**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,093.44** |
|------|-----|-----|-----|

**Farrukh Shah Kahn**
**1564 Kooser Road**
**San Jose, CA 95118**

Date(s) debt was incurred  **February 2020**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,543.43 |
|---|---|---|---|
| | **Feng Tsang Corporation-TWN** | ☐ Contingent | |
| | **1F, No. 1, Alley 50** | ☐ Unliquidated | |
| | **Lane 737, Sec. 1** | ☐ Disputed | |
| | **Nei Hu Road, Taipei, TAIWAN** | | |
| | Date(s) debt was incurred __2016-2020__ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $23,432.00 |
|---|---|---|---|
| | **Feng Tsang Corporation-TWN** | ☐ Contingent | |
| | **1F, No. 1, Alley 50** | ☐ Unliquidated | |
| | **Lane 737, Sec. 1** | ☐ Disputed | |
| | **Nei Hu Road, Taipei, TAIWAN** | | |
| | Date(s) debt was incurred __2017-2020__ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $17,000.00 |
|---|---|---|---|
| | **FHP Consultants Ltd** | ☐ Contingent | |
| | **Goddard's Green Barn** | ☐ Unliquidated | |
| | **Goddard's Green Road** | ☐ Disputed | |
| | **Benenden** | | |
| | **Kent, UK TN17 4AR** | | |
| | Date(s) debt was incurred __2018-2019__ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|
| | **First Sentinel Advisory Limited** | ☐ Contingent | |
| | **Office Suite 12A** | ☐ Unliquidated | |
| | **55 Park Lane** | ☐ Disputed | |
| | **London, England UK W1K 1QG** | | |
| | Date(s) debt was incurred __2019-2020__ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $24,332.87 |
|---|---|---|---|
| | **Fornax Associates Ltd.** | ☐ Contingent | |
| | **70C 16 Buckhold Rd.** | ☐ Unliquidated | |
| | **London, England UK Sw18 4fy** | ☐ Disputed | |
| | Date(s) debt was incurred __1/1/2018__ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,602.37 |
|---|---|---|---|
| | **Frewin & Close Ltd.** | ☐ Contingent | |
| | **18 Oakley Street** | ☐ Unliquidated | |
| | **London, England SW3 5NT** | ☐ Disputed | |
| | **UK** | | |
| | Date(s) debt was incurred __2018-2019__ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $46,922.47 |
|---|---|---|---|
| | **FTI Consulting (China) Limited** | ☐ Contingent | |
| | **Unit 2101-04, Central Plaza** | ☐ Unliquidated | |
| | **227 Huangpi (N) Road** | ☐ Disputed | |
| | **Shanghai, China 200003** | | |
| | Date(s) debt was incurred __2018-2019__ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
| --- | --- | --- |
| 3.60 | **Nonpriority creditor's name and mailing address**<br>**FULL FRONTAL GROUP FZ LLE**<br>**Souk Al Bahar, Old Town Island**<br>**Burj Khalifa District**<br>**Dubai, UAE**<br><br>Date(s) debt was incurred **2016-2017**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$13,005.90** |
| 3.61 | **Nonpriority creditor's name and mailing address**<br>**Global Tax Management**<br>**656 E. Swedesford Rd., Suite 200**<br>**Wayne, PA 19087**<br><br>Date(s) debt was incurred **2019**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$27,612.50** |
| 3.62 | **Nonpriority creditor's name and mailing address**<br>**HDMI Licensing Administrator, Inc.**<br>**550 S. Winchester Blvd Suite 515**<br>**San Cose, CA 95128**<br><br>Date(s) debt was incurred **2019-2020**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10,003.15** |
| 3.63 | **Nonpriority creditor's name and mailing address**<br>**Hoang Nguyen**<br>**359 Dale Drive**<br>**San Jose, CA 95127**<br><br>Date(s) debt was incurred **February 2020**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Wages**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,691.63** |
| 3.64 | **Nonpriority creditor's name and mailing address**<br>**Hold Jumper (Suzhou) Packing Co. Ltd.**<br>**No. 1, Xiang Street, High-Tech District**<br>**Suzhou, China**<br><br>Date(s) debt was incurred **12/28/2018**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,498,465.34** |
| 3.65 | **Nonpriority creditor's name and mailing address**<br>**Howell International Trade Fair Ltd**<br>**5A-604 Houxiandaicheng**<br>**No. 16 Baiziwan Rd.**<br>**Chaoyang District**<br>**Beijing, China**<br><br>Date(s) debt was incurred **2016**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$21,258.00** |
| 3.66 | **Nonpriority creditor's name and mailing address**<br>**HSBC Bank USA, N.A.**<br>**140 Broadway**<br>**Suite 5020**<br>**New York, NY 10005**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **7105** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Paycheck Protection Program**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$805,177.00** |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,770.00** |
|---|---|---|---|

**Hudson Valuation Group LLC**
**One Glenlake Parkway Suite #700**
**Atlanta, GA 30328**

Date(s) debt was incurred   **2019**

Last 4 digits of account number  \_\_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: \_\_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,496,040.62** |
|---|---|---|---|

**Iinuma Gauge**
**Manufacturing Co., Ltd (JPY)**
**11400-327 Harayama, Tamagawa**
**Chino-City**
**Nagano, Japan 391-0011**

Date(s) debt was incurred   **2015-2019**

Last 4 digits of account number  \_\_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: \_\_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$426,437.00** |
|---|---|---|---|

**IMG Media Ltd**
**Building 6, Chiswick Park**
**566 Chiswick High Road**
**London, England UK W4 5HR**

Date(s) debt was incurred   **2019**

Last 4 digits of account number  \_\_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: \_\_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**infoComm International**
**11242 Waples Mill Rd, Suite 200**
**Fairfax, VA 22030**

Date(s) debt was incurred   **4/6/2017**

Last 4 digits of account number  \_\_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: \_\_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$178,100.96** |
|---|---|---|---|

**Innoventures Group LLC**
**1105 William Penn Drive**
**Bensalem, PA 19020**

Date(s) debt was incurred   **2020**

Last 4 digits of account number  \_\_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: \_\_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,893.63** |
|---|---|---|---|

**Itaya Misa (TWD)**
**1F, No. 1, Alley 50**
**Lane 737, Sec. 1, Nei Hu Road**
**Taipei, TAIWAN**

Date(s) debt was incurred   **2019-2020**

Last 4 digits of account number  \_\_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: \_\_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00** |
|---|---|---|---|

**IZON**
**2005 Tree Fork Lane, Suite 109**
**Longwood, FL 32750**

Date(s) debt was incurred   **12/29/2017**

Last 4 digits of account number  \_\_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: \_\_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122,768.45 |
|---|---|---|---|

**Jamuna Travels, Inc**
**6439 Market St**
**Upper Darby, PA 19082**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,318.00 |
|---|---|---|---|

**Karen S. Donovan**
**393 Mystic Street**
**Arlington, MA 02474**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,617.61 |
|---|---|---|---|

**Kaushik Banerjee**
**342 Stanforth Court**
**San Ramon, CA 94582**

Date(s) debt was incurred  **3/3/2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,264.97 |
|---|---|---|---|

**Kaushik Banerjee**
**342 Stanforth Court**
**San Ramon, CA 94582**

Date(s) debt was incurred  **February 2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|

**Kenneth W. Carroll**
**8379 Sweet Briar Court**
**Liberty Township, Ohio 45044-0000**

Date(s) debt was incurred  **1/31/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,376.87 |
|---|---|---|---|

**Kevin Cabot**
**11 Rue Paul Langevin**
**Saint Ouen**
**France   93400**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $987.13 |
|---|---|---|---|

**Kleinwort Benson (GBP)**
**14 St. George Street**
**London, England UK W1S 1FE**

Date(s) debt was incurred  **8/30/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,776.42 |
|---|---|---|---|

**Law offices of Young K. Park**
**2009 Chestnut street**
**Philadelphia, PA 19103**

Date(s) debt was incurred  __2019-2020__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,800.00 |
|---|---|---|---|

**Lee and Ko**
**Hanjin Buliding, 63 Namdaemun-ro**
**Jung-gu**
**Seoul, Korea 04532**

Date(s) debt was incurred  __8/3/2016__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,347.73 |
|---|---|---|---|

**Leo J. Riley**
**225 Aqua Lane**
**Delran, NJ 08075**

Date(s) debt was incurred  __February 2020__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Wages__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,317.08 |
|---|---|---|---|

**Leo Riley**
**225 Aqua Lane**
**Delran, NJ 08075**

Date(s) debt was incurred  __3/3/2020__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,233.09 |
|---|---|---|---|

**Luijks Advies B.V.**
**Vinkenkade 41 R 3**
**Vinkeveen, The Netherlands 3645 AP**

Date(s) debt was incurred  __1/5/2019__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,682.93 |
|---|---|---|---|

**Luong D. Nguyen**
**2801 Camino Del Rey**
**San Jose, CA 95132**

Date(s) debt was incurred  __February 2020__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Wages__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $146,820.00 |
|---|---|---|---|

**Marcum LLP**
**One SE Third Ave, Suite 1100**
**Miami, FL 33131**

Date(s) debt was incurred  __2019__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $259,354.47 |
|---|---|---|---|

**Mathu Rajan, CEO**
**2009 Chestnut Street**
**3rd Floor**
**Philadelphia, PA 19103**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,325.57 |
|---|---|---|---|

**Mathu Rajan**
**1105 William Penn Drive**
**Bensalem, PA 19020**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155,000.00 |
|---|---|---|---|

**Matrex Exhibits, Inc.**
**301 S. Church St.**
**Addison, IL 60101**

Date(s) debt was incurred  9/30/2019

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120.46 |
|---|---|---|---|

**Matt J. Lo.**
**7322 Carter Ave**
**Newark, CA 94560**

Date(s) debt was incurred  9/16/2019

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,128.63 |
|---|---|---|---|

**Matthew Lo**
**7322 Carter Avenue**
**Newark, CA 94560**

Date(s) debt was incurred  February 2020

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,000.00 |
|---|---|---|---|

**Mediatainment, Inc**
**1105 William Penn Drive**
**Bensalem, PA 19020**

Date(s) debt was incurred  2018-2020

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor Work**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $890,590.68 |
|---|---|---|---|

**Mediatainment, Inc.**
**Attn: Raja Rajan**
**1105 William Penn Drive**
**Bensalem, PA 19020**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$402,564.00** |
|---|---|---|---|

**Mentor Graphics Corporation**
**8005 SW Boeckman Rd.**
**Wilsonville, OR 97070-7777**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$57,187.07** |
|---|---|---|---|

**Modular Mobile GmbH**
**Hansaallee 201**
**Dusseldorf, GERMANY**
**D-450549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$34,281.89** |
|---|---|---|---|

**MotivIT**
**2880 Zanker Rd., Suite 203**
**San Jose, CA 95134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75,849.00** |
|---|---|---|---|

**MTL Shipping & Investment Ltd.**
**203 Al Zahra Techno Center**
**Al Fardan Exchange Bldg.**
**Khalid Bin Walid Street**
**Dubai, UAE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,535.00** |
|---|---|---|---|

**Muni Mohan**
**4612 Aviara Ct.**
**San Jose, CA 95135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/28/2020

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,113.47** |
|---|---|---|---|

**Muni Mohan**
**4612 Aviara Court**
**San Jose, CA 95135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  February 2020

Basis for the claim:  Wages

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75,811.00** |
|---|---|---|---|

**MWL International Ltd.**
**Attn: David Walpole**
**1 Paper Mews, 330 High Street**
**Dorking, Surrey  RH4 2TU**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,400.27 |
|---|---|---|---|

**Nicole Marie Maneen**
**1691 Glenburn Court**
**Niceville, FL 32578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **February 2020**

Basis for the claim: **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,682.42 |
|---|---|---|---|

**Open Sales Solutions, LLC**
**548 Market Street,  Suite 11745**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2015-2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,539.78 |
|---|---|---|---|

**Pactron**
**3000 Patrick Henry Dr**
**Santa Clara, CA 95054-1814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200,000.00 |
|---|---|---|---|

**Pegatron Corporation**
**5F., No. 76, Ligong St., Beitou District**
**Taipei City 112**
**Taiwan**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017-2020**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**Porter Digital Signage**
**241 N. Caldwell Circle**
**Downingtown, PA 19335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,198.00 |
|---|---|---|---|

**PR NESWIRE ASSOCIATION, LLC**
**G.P.O. Box 5897**
**New York, NY 10087-5897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,807.60 |
|---|---|---|---|

**Raja Rajan**
**928 McElwee**
**Moorestown, NJ 08057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **February 2020**

Basis for the claim: **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$935.86** |

**RL Systems**
**Old Post Office Cottage, Post Office Rd**
**Inkpen, Berkshire, RG17 9PY**
**United Kingdon**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/16/2019

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$30,321.53** |

**Robert Half Management Svs.**
**12400 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2020

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$14,115.00** |

**Robert S. French Revocable**
**Trust 2018**
**1712 KImberly Drive**
**Sunnyvale, CA 94087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$173,257.51** |

**Salazar Law**
**2121 SW 3rd Avenue**
**Suite 100**
**Miami, FL 33129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2020-2021

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$1,527.57** |

**Sara Leona Robertson**
**72 Puerto Viejo Trail**
**Henderson, NV 89074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  February 2020

**Basis for the claim:**  Wages

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$4,500.00** |

**SeeCubic B.V.**
**Park Forum 1033 & 1035**
**Eindhoven**
**The Netherlands  5657HJ**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2011-2020

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$7,500.00** |

**SKC Haas Display Films Co.**
**460,Chonheung-Ri,Songgo-Ub**
**Chonan-City**
**Chungchongnam-Do 330-836,Korea**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2015-2016

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **SLS Holdings VI, LLC**<br>**392 Taylor Mills Road**<br>**Marlboro, NJ 07746** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,930.59 |
|---|---|---|---|
| | **Special Counsel**<br>**Dept. CH 14305**<br>**Palatine, IL 60055-4305** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2020** | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143,448.99 |
|---|---|---|---|
| | **ST4M Electronics, Inc. Beijing Office**<br>**Room 1102, Building 313**<br>**Hui Zhong Bei Li**<br>**Beijing, Chaoyang District, China** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2018-2020** | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,313.46 |
|---|---|---|---|
| | **ST4M Electronics, Inc. Beijing Office** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2018-2020** | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.97 |
|---|---|---|---|
| | **Stoit Groep B.V.**<br>**Vestdijk 23**<br>**Eindhoven**<br>**The Netherlands 5611 CA   05611** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2020** | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,569.35 |
|---|---|---|---|
| | **Stream TV International B.V.**<br>**Park Forum 1033 & 1035**<br>**Eindhoven**<br>**The Netherlands  5657HJ** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2017-2020** | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,158.50 |
|---|---|---|---|
| | **Suby Joseph**<br>**48 Colleen Circle**<br>**Downingtown, PA 19335** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2020** | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,608.74 |
|---|---|---|---|

**Suby Joseph**
**48 Colleen Circle**
**Downingtown, PA 19335**

Date(s) debt was incurred  **February 2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,202.51 |
|---|---|---|---|

**Suzhou Industrial Equipment**
**Installation**
**No. 3, Caixiang Road**
**Suzhou, Jiangsu, China**

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105,227.59 |
|---|---|---|---|

**Synopsys**
**690 East Middlefield Road**
**Mountain View, CA 94043**

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,912.61 |
|---|---|---|---|

**TD BANK, N. A.**
**PO.Box 16027**
**Lewiston, ME 04243-9513**

Date(s) debt was incurred  **2018-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,300.00 |
|---|---|---|---|

**Three D Holograms Pvt. Ltd.**
**307 Kilfire House**
**C-17 Dalia Industrial Area**
**New Link Road, Andheri-West**
**Mumbai, Maharashtra India 00040-0053**

Date(s) debt was incurred  **8/30/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $326,055.00 |
|---|---|---|---|

**Todd Tuls**
**4230 Conner Drive**
**Columbus, NE 68601**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Loans**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $420,000.00 |
|---|---|---|---|

**Trans World International, LLC**
**200 Fifth Ave 7th Floor**
**New York, NY 10010**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $162,115.13 |
|---|---|---|---|

**Triple Crown Consulting, LLC**
**10814 Jollyville Rd, Suite 100**
**Austin, Texas 78759-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: _

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,469.40 |
|---|---|---|---|

**U.S. Legal Support, Inc.**
**PO Box 4772**
**Houston, TX 77210-4772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: _

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $880.08 |
|---|---|---|---|

**UHaul**
**201 US Highway 130S**
**Cinnaminson, NJ 08077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: _

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $165,281.93 |
|---|---|---|---|

**US Compliance Services LLC**
**199 North Woodbury Road Suite # 103**
**Pitman, NJ 08071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2011-2019**

Basis for the claim: _

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $173,798.00 |
|---|---|---|---|

**Vayikra Capital LLC**
**1 Farmstead Road**
**Short Hills, NJ 07078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $214.81 |
|---|---|---|---|

**Via Licensing Corporation**
**1275 Market Street**
**San Francisco, CA 94103-1410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: _

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,729.98 |
|---|---|---|---|

**Vikas Kshetrapal**
**2287 Ashbourne Drive**
**San Ramon, CA 94583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: _

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.137 | **Nonpriority creditor's name and mailing address** |

**Vikas Kshetrapal**
**2287 Ashbourne Drive**
**San Ramon, CA 94583**

**Date(s) debt was incurred** __February 2020__

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages__

Is the claim subject to offset? ☐ No ☐ Yes

**$6,509.32**

---

| | |
|---|---|
| 3.138 | **Nonpriority creditor's name and mailing address** |

**Visual apex, Inc**
**7950 NE Day Road W,  Suite B**
**Bainbridge Island, WA 98110**

**Date(s) debt was incurred** __10/21/2016__

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$972.00**

---

| | |
|---|---|
| 3.139 | **Nonpriority creditor's name and mailing address** |

**Wah Woo Tan**
**243 Summerwind Drive**
**Milpitas, CA 95035**

**Date(s) debt was incurred** __February 2020__

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages__

Is the claim subject to offset? ☐ No ☐ Yes

**$4,947.49**

---

| | |
|---|---|
| 3.140 | **Nonpriority creditor's name and mailing address** |

**Wai Ming Chiu**
**1798 Cape Coral Dr**
**San Jose, CA 95133**

**Date(s) debt was incurred** __2019-2020__

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

**$1,874.05**

---

| | |
|---|---|
| 3.141 | **Nonpriority creditor's name and mailing address** |

**Wai Ming Chiu**
**1798 Cape Coral Drive**
**San Jose, CA 95133**

**Date(s) debt was incurred** __February 2020__

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages__

Is the claim subject to offset? ☐ No ☐ Yes

**$5,053.11**

---

| | |
|---|---|
| 3.142 | **Nonpriority creditor's name and mailing address** |

**Walsh C.H.B. Inc**
**189 Sunrise Highway Suite # 302**
**Rockville Centre, NY 11570**

**Date(s) debt was incurred** __2014-2019__

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$10,640.00**

---

| | |
|---|---|
| 3.143 | **Nonpriority creditor's name and mailing address** |

**Weida Freight System Co.**
**Flat 402, 4/F., Yee Kuk Indust. Ctr**
**555 Yee Kuk Street**
**Cheung Sha Wan, Kowloon**
**Hong Kong, China**

**Date(s) debt was incurred** __2019__

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$56,316.40**

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,383.77 |
|---|---|---|---|

**Wharton Capital Partners**
**5720 Lagorce Drive**
**Miami Beach, FL 33140**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,617.50 |
|---|---|---|---|

**Wiline Networks Inc.**
**PO Box 102150**
**Pasadena, CA 91189-2150**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $806.08 |
|---|---|---|---|

**William Hennessey**
**436 Lee Place**
**Exton, PA 19341**

Date(s) debt was incurred **1/29/2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $543.68 |
|---|---|---|---|

**Yeh, Jih-Chun (CNY)**
**1F, No. 1, Alley 50**
**Lane 737, Sec. 1, Nei Hu Road**
**Taipei, TAIWAN**

Date(s) debt was incurred **3/6/2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $372.00 |
|---|---|---|---|

**Zach Lehman**
**1440 S. Stanley Ave**
**Los Angeles, CA 90019**

Date(s) debt was incurred **12/13/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,182.43 |
|---|---|---|---|

**Zach Lehman**
**1440 S. Stanley Avenue**
**Los Angeles, CA 90019**

Date(s) debt was incurred **February 2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,058.00 |
|---|---|---|---|

**Zeifang Hsu**
**101 Blaisdell Way**
**Fremont, CA 94536**

Date(s) debt was incurred **2/28/2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,342.79 |
|---|---|---|---|

**Zeifang Hsu**
**101 Blaisdell Way**
**Fremont, CA 94536**

Date(s) debt was incurred __February 2020__

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wages__

Is the claim subject to offset? ■ No ☐ Yes

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,577.86 |
|---|---|---|---|

**Zygintas Papartis (EUR)**
**Sarmos g. 7-2**
**Vilnius  04126**

Date(s) debt was incurred __2019-2020__

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bernstein Burkley**<br>**Attn: Raymond P. Wendolowski, Jr., Esq.**<br>**707 Grant Street**<br>**Suite 2200 Gulf Tower**<br>**Pittsburgh, PA 15219** | Line __3.14__<br><br>☐ Not listed. Explain _____ | _ |
| 4.2 | **Nichani Law Firm**<br>**111 N. Market Street, Suite 300**<br>**San Jose, CA 95113** | Line __3.12__<br><br>☐ Not listed. Explain _____ | _ |
| 4.3 | **U.S. Small Business Administration**<br>**409 3rd Street, SW**<br>**Washington, DC 20416** | Line __3.66__<br><br>☐ Not listed. Explain _____ | _ |

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 216,576.01 |
| 5b. Total claims from Part 2 | 5b. + $ | 18,078,353.02 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 18,294,929.03 |