# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Stream TV Networks, Inc. | : | Case No. 21-10433(KBO) |
| | : | |
| Debtor. | : | |
| | : | |

## SECOND SUPPLEMENTAL DECLARATION OF LAWRENCE G. MCMICHAEL IN SUPPORT OF DEBTOR'S RETENTION OF DILWORTH PAXSON LLP

I, Lawrence G. McMichael, hereby declare under penalty of perjury, pursuant to Section 1746 of title 28 of the United States Code, as follows:

1. I am a Partner in Dilworth Paxson LLP ("Dilworth"), with offices at, among other locations, 1500 Market Street, Suite 3500E, Philadelphia, Pennsylvania 19102-2102 and 704 N. King St., Suite 500, P.O. Box 1031, Wilmington, DE 19899-1031.

2. On February 24, 2021, the above-captioned debtor and debtor-in-possession (the "Debtor") filed an Application for an Order Approving the Retention and Employment of Dilworth as Bankruptcy Counsel (the "Application"). Attached to the Application was the Declaration of Lawrence G. McMichael in support of the Application (the "Original Declaration").

3. On March 16, 2021, in response to requests from the Office of the United States Trustee, I submitted the Supplemental Declaration of Lawrence G. McMichael in Support of Debtor's Retention of Dilworth Paxson (the "Supplemental Declaration") [D.I. 60]

4. I hereby submit this second supplemental declaration under penalty of perjury in support of the Application (the "Second Supplemental Declaration").

5. Unless otherwise stated in this Second Supplemental Declaration, I have personal knowledge of the facts hereinafter set forth. I am over the age of eighteen (18) and am authorized to submit this Second Supplemental Declaration on behalf of Dilworth. If called upon to testify, I could and would competently testify to the facts set forth herein from my own personal knowledge, except as otherwise stated.

6. As set forth in the Declaration and the Supplemental Declaration, Dilworth received a retainer for the Stream TV Networks, Inc. ("Stream") bankruptcy case of $175,000. Those funds are on deposit in Dilworth's IOLTA account.

7. On May 7, 2021, Dilworth received an additional retainer of $125,000 (the "Additional Retainer") from Visual Technologies Innovations, Inc. ("VTI"). As set forth in prior declarations, VTI is a company formed by Mathu Rajan in January, 2021 to engage in the broader consumer electronics market.

8. Dilworth has been advised by VTI that the source of these funds was Edinburgh Capital Management LTD. ("Edinburgh"). Edinburgh is an investor in Stream. Dilworth does not represent Edinburgh.

9. The Additional Retainer will be transferred into the Dilworth Delaware IOLTA account.

10. Other than the payments disclosed in the foregoing paragraphs and prior declarations, Dilworth has not received any payment from or on behalf of the Debtor.

11. I submit that Dilworth has complied with Rule 2016(b) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 2016-1 and that, to the best of my knowledge, information and belief, and after reasonable inquiry, I declare under penalty of perjury that the foregoing is true and correct.

122260099-1

Dated: May 10, 2021

                                                                                                                  _____
                                                                                                                  Lawrence G. McMichael