## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| STREAM TV NETWORKS, INC., | ) | Case No. 21-10433 (KBO) |
| | ) | |
| Debtor. | ) | **Related to D.I. 46 & 84** |
| _____ | ) | |

## ORDER DISMISSING DEBTOR'S CHAPTER 11 CASE

Upon consideration of the *Motion of SeeCubic, Inc. and SLS Holdings VI, LLC for an Order Dismissing Debtor's Chapter 11 Case* [D.I. 46] and the *United States Trustee's Motion for an Order Dismissing or Converting This Case to Chapter 7* [D.I. 84] (collectively, the "Motions to Dismiss"), and all briefing, evidence, and argument in support of and in opposition to the Motions to Dismiss; it is **HEREBY ORDERED, ADJUDGED AND DECREED** that, for the reasons set forth on the record by the Court on May 17, 2021:

1. The Motions to Dismiss are granted as set forth herein.

2. Pursuant to 11 U.S.C. § 1112(b), the chapter 11 case of Stream TV Networks, Inc. is hereby dismissed without prejudice.

3. The Court retains jurisdiction with respect to all matters arising from or relating to the implementation, interpretation, and enforcement of this Order.

Dated: May 17, 2021
Wilmington, DE

_____
KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE