# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Stream TV Networks, Inc., | Bankr. Case No. 21-10433 (KBO) |
| Debtor. | |
| Stream TV Networks, Inc., | BAP No. 21-28 |
| Appellant, | |
| | Case No. 21-cv-00723-RGA |
| v. | |
| SeeCubic, Inc., SLS Holdings VI, LLC, United States Trustee, and The Official Committee of Unsecured Creditors | |
| Appellees. | |

## APPELLANTS' STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL AND DESIGNATION OF RECORD ON APPEAL

The above-captioned debtor and debtor in possession (the "Debtor") hereby submits the following Statement of Issues and Designation of Record on Appeal

### A. STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

1. Did the Bankruptcy Court err in concluding that "cause" existed to dismiss the bankruptcy case under 11 U.S.C. § 1112?

2. Did the Bankruptcy Court err in concluding that the debtor acted in bad faith in filing its Chapter 11 petition, where (i) the debtor was in financial hardship; (ii) there was a reasonable possibility of reorganization; and (iii) numerous legitimate bankruptcy purposes would be served by the proceedings?

3. Did the Bankruptcy Court err in finding that the primary purpose of the bankruptcy filing was a litigation tactic?

4. Did the Bankruptcy Court err in failing to consider events subsequent to the filing of the bankruptcy case that substantiated the debtor's bankruptcy reasons for filing the case and/or that would inure to the benefit of a significant number of parties-in-interest in the case?

5. Did the Bankruptcy Court err in giving credence to the position of the Unsecured Creditor's Committee that was based on a settlement agreement that (i) was not reviewed and/or approved by the Court or the creditors; (ii) ran afoul of the Bankruptcy Code and the Supreme Court's decision in *Czyzewski v. Jevic Holding Corp*, 137 S. Ct. 973 (2017); (iii) provided for an illusory recovery to unsecured creditors; (iv) was not supported by evidence of any recovery or viability of underlying litigation claims; and (v) impermissibly provided for the payment of committee counsel fees ahead of unsecured creditors.

6. Did the Bankruptcy Court err in making a legal determination that it could adopt its findings of fact from a state court preliminary injunction order instead of the record before it or through further investigation and discovery in the bankruptcy case?

B. **DESIGNATION OF RECORD**

Pursuant to Federal Rule of Bankruptcy Procedure 8009(a), the Debtor hereby designates the following docket items to be included in the record on appeal:

| Index No. | Bankr. Dkt. No. (Case No. | Date | Description[1] |
|---|---|---|---|

---

[1] Portions of the record designated for appeal were filed under seal. Parties in interest will file a motion with the District Court pursuant to Federal Rule of Bankruptcy Procedures 8009(f), requesting that the District Court accept these portions of the record under seal.

|   | **21-10433**) |   |   |
|---|---|---|---|
| 1. | ECF No. 30 | 3/1/2021 | Motion to Approve Debtor In Possession Financing Filed by Stream TV Networks, Inc.. Hearing scheduled for 3/22/2021 at 10:00 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #3, Wilmington, Delaware. Objections due by 3/15/2021. (Attachments: # 1 Exhibit A - Proposed Order # 2 Exhibit B - Support Agreement # 3 Notice) (Weis, Martin) |
| 2. | ECF No. 46 | 3/12/2021 | Motion to Dismiss Case Filed by SeeCubic, Inc.. Hearing scheduled for 4/15/2021 at 01:00 PM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #3, Wilmington, Delaware. Objections due by 3/29/2021. (Attachments: # 1 Notice # 2 Exhibit A # 3 Exhibit B # 4 Proposed Form of Order) (Larkin, Joseph) |
| 3. | ECF No. 47 | 3/12/2021 | Declaration *of Shadron L. Stastney in Support of Motion of SeeCubic, Inc. and SLS Holdings VI, LLC for an Order Dismissing Debtor's Chapter 11 Case* (related document(s)46) Filed by SeeCubic, Inc.. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3) (Larkin, Joseph) |
| 4. | ECF No. 51 | 3/12/2021 | Affidavit/Declaration in Support of First Day Motion Filed By Stream TV Networks, Inc. (Weis, Martin) |
| 5. | ECF No. 77 | 3/19/2021 | Affidavit/Declaration in Support of First Day Motion *of Charles M. Robertson* Filed By Stream TV Networks, Inc. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3)(Weis, Martin) |
| 6. | ECF No. 83 | 3/23/2021 | Transcript regarding Hearing Held 3/22/21 RE: Omnibus. Remote electronic access to the transcript is restricted until 6/21/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For information about how to obtain a transcript, call the Clerk's Office or Contact the Court Reporter/Transcriber, Reliable, at Telephone number 302-654-8080. Filed by Reliable . Notice of Intent to Request Redaction Deadline Due By 3/30/2021. Redaction Request Due By 4/13/2021. Redacted Transcript Submission Due By 4/23/2021. Transcript access will be restricted through 6/21/2021. (SS) |
| 7. | ECF No. 84 | 3/24/2021 | Motion to Dismiss Case Filed by U.S. Trustee. |

122286512_4

| | | | Hearing scheduled for 4/15/2021 at 01:00 PM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #3, Wilmington, Delaware. Objections due by 4/8/2021. (Sierra, Rosa) |
|---|---|---|---|
| 9. | 0. ECF No. 100 | 4/2/2021 | Response *In Opposition to (i) The Motion of SeeCubic, Inc. and SLS Holdings VI, LLC for an Order Dismissing Debtor's Chapter 11 Case and (ii) The United States Trustee's Motion for an Order Dismissing or Converting the Case to Chapter 7* (related document(s)46, 84) Filed by Stream TV Networks, Inc. (Aaronson, Anne) |
| 11. | 2. ECF No. 101 | 4/2/2021 | Response *in Opposition to the Motion to SeeCubic, Inc. and SLS Holdings VI, LLC for an Order Dismissing Debtor's Chapter 11 Case* (related document(s)46) Filed by Visual Technology Innovations, Inc. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Certificate of Service) (Zahralddin-Aravena, Rafael) |
| 13. | ECF No. 102 | 4/2/2021 | Exhibit(s) *Notice of Filing of Additional Exhibit in Support of Response in Opposition to the Motion of SeeCubic, Inc. and SLS Holdings VI, LLC for an Order Dismissing Debtor's Chapter 11 Case* (related document(s)46, 101) Filed by Visual Technology Innovations, Inc.. (Attachments: # 1 Exhibit G # 2 Certificate of Service) (Zahralddin-Aravena, Rafael) |
| 14. | ECF No. 105 | 4/5/2021 | Emergency Motion to Strike *Emergency Motion of SeeCubic, Inc. and SLS Holdings VI, LLC to Strike or Exclude In Limine (I) Visual Technology Innovations, Inc.'s Untimely Legal Arguments and Expert Witness Testimony in Opposition to the Motion to Dismiss Debtors Chapter 11 Case and (II) Visual Technology Innovations, Inc.s Objection [D.I. 101] to the Motion to Dismiss Debtor's Chapter 11 Case* Filed by SLS Holdings VI, LLC, SeeCubic, Inc.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Proposed Form of Order) (Larkin, Joseph) |
| 15. | ECF No. 118 | 4/8/2021 | Joinder *in Debtor's Response in Opposition to the United States Trustee's Motion for an Order Dismissing or Converting the Case to Chapter 7* (related document(s)84, 100) Filed by Visual Technology Innovations, Inc.. (Zahralddin- |

122286512_4

| | | | Aravena, Rafael) |
|---|---|---|---|
| 16. | ECF No. 134 | 4/20/2021 | Certification of Counsel *In Support Of Entry Of (I) Stipulation And Order Governing Production, Exchange And Filing Of Confidential Materials, And (II) Scheduling Order Regarding Motions To Dismiss Chapter 11 Case* (related document(s)46, 84) Filed by SeeCubic, Inc.. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Liberi, Jason) |
| 17. | ECF No. 135 | 4/21/2021 | Order and Stipulation Governing Production, Exchange and Filing of Confidential Materials (related document(s)46, 84, 134) Order Signed on 4/21/2021. (Attachments: # 1 Exhibit A) (Mml) |
| 18. | ECF No. 136 | 4/21/2021 | Scheduling Order Regarding Motions to Dismiss Chapter 11 Case (related document(s)46, 84, 134) Order Signed on 4/21/2021. (Mml) |
| 19. | ECF No. 159 | 4/30/2021 | Response *// Statement of the Official Committee of Unsecured Creditors Regarding the Motions to Dismiss the Chapter 11 Case and Joinder to the Omnibus Objection* (related document(s)46, 59, 84) Filed by OFFICIAL COMMITTEE OF UNSECURED CREDITORS (Attachments: # 1 Certificate of Service) (Stulman, Aaron) |
| 20. | ECF No. 163 | 5/2/2021 | Response *to the Statement of the Official Committee of Unsecured Creditors Regarding the Motions to Dismiss the Chapter 11 Case and Joinder to the Omnibus Objection* (related document(s)159) Filed by Visual Technology Innovations, Inc. (Attachments: # 1 Certificate of Service) (Stemerman, Jonathan) |
| 21. | ECF No. 164 | 5/2/2021 | Response ---- *Reply to Statement of the Official Committee of Unsecured Creditors Regarding the Motions to Dismiss this Chapter 11 Case and Joinder to the Omnibus Objections* Filed by Stream TV Networks, Inc. (related document(s)159, 46, 84). (Weis, Martin) |
| 22. | ECF No. 168 | 5/3/2021 | Declaration in Support *(Declaration of Burlington Resources Asia Limited in Support of VTI's Response to Statement of the Official Committee of Unsecured Creditors Regarding the Motions to Dismiss the Chapter 11 Case and Joinder to the Omnibus Objection)* (related document(s)159) Filed by Visual Technology Innovations, Inc.. |

| | | | |
|---|---|---|---|
| | | | (Attachments: # 1 Certificate of Service) (Stemerman, Jonathan) |
| 23. | ECF No. 169 | 5/3/2021 | [SEALED] Exhibit(s) *Exhibit 1 to Declaration of Burlington Resources Asia Limited in Support of VTI's Response to Statement of the Official Committee of Unsecured Creditors Regarding the Motions to Dismiss the Chapter 11 Case and Joinder to the Omnibus Objection* (related document(s)168) Filed by Visual Technology Innovations, Inc.. (Stemerman, Jonathan) |
| 24. | ECF No. 170 | 5/5/2021 | [SEALED] Supplemental Declaration *of Shadron L. Stastney in Support of Motion of SeeCubic, Inc. and SLS Holdings VI, LLC for an Order Dismissing Debtors Chapter 11 Case* (related document(s)46, 47) Filed by SLS Holdings VI, LLC, SeeCubic, Inc.. (Liberi, Jason) |
| 25. | ECF No. 171 | 5/5/2021 | [SEALED] Exhibit(s) *Expert Report of Sven H.M.A. Dumoulin* (related document(s)46) Filed by SLS Holdings VI, LLC, SeeCubic, Inc.. (Liberi, Jason) |
| 26. | ECF No. 172 | 5/5/2021 | [SEALED] Omnibus Reply *of SeeCubic, Inc. and SLS Holdings VI, LLC in Support of Motion for an Order Dismissing Debtor's Chapter 11 Case* (related document(s)46, 47, 84, 100, 159, 163, 164, 170) Filed by SLS Holdings VI, LLC, SeeCubic, Inc. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I) (Larkin, Joseph) |
| 27. | ECF No. 184 | 5/9/2021 | Motion to File Under Seal *Motion of SeeCubic, Inc. and SLS Holdings VI, LLC to File Under Seal (A) Certain Portions of the Omnibus Reply of SeeCubic, Inc. and SLS Holdings VI, LLC in Support of Motion for an Order Dismissing Debtors Chapter 11 Case, and (B) Exhibit 2 of the Supplemental Declaration of Shadron L. Stastney in Support of Motion of SeeCubic, Inc., and SLS Holdings VI, LLC for an Order Dismissing Debtors Chapter 11 Case* (related documents 170, 172) Filed by SLS Holdings VI, LLC, SeeCubic, Inc.. Hearing scheduled for 5/10/2021 at 09:30 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #3, Wilmington, Delaware. Objections due by 5/10/2021. (Attachments: # 1 Exhibit A - Proposed Form of |

| | | | Order) (Liberi, Jason) |
|---|---|---|---|
| 28. | ECF No. 185 | 5/9/2021 | Notice of Filing of Proposed Redacted Version of Document *Notice of Filing of Proposed Redacted Versions of the (A) Omnibus Reply of SeeCubic, Inc. and SLS Holdings VI, LLC in Support of Motion for an Order Dismissing Debtors Chapter 11 Case, and Supplemental Declaration of Shadron L. Stastney in Support of Motion of SeeCubic, Inc. and SLS Holdings VI, LLC for an Order Dismissing the Debtors Chapter 11 Case* (related document(s)170, 172) Filed by SLS Holdings VI, LLC, SeeCubic, Inc.. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Liberi, Jason) |
| 29. | ECF No. 189 | 5/11/2021 | Supplemental Declaration *of Charles M. Robertson in Support of Debtor's Opposition to Motions to Dismiss* (related document(s)46, 84, 100) Filed by Stream TV Networks, Inc.. (Weis, Martin) |
| 30. | ECF No. 190 | 5/11/2021 | Supplemental Declaration *of Mathu Rajan in Support of Debtor's Opposition to Motions to Dismiss* (related document(s)46, 84, 100) Filed by Stream TV Networks, Inc.. (Weis, Martin) |
| 31. | ECF No. 191 | 5/11/2021 | Supplemental Declaration *[Second] of Charles M. Robertson in Support of Debtor's Response to Statement of the Official Committee of Unsecured Creditors Regarding the Motions to Dismiss This Chapter 11 Case and Joinder to the Omnibus Objection* (related document(s)46, 84, 159, 164) Filed by Stream TV Networks, Inc.. (Weis, Martin) |
| 32. | ECF No. 193 | 5/12/2021 | Notice of Filing of Proposed Redacted Version of Document *of Expert Report of Barbara F.H. Rumora-Scheltema, Esq.* (related document(s)182) Filed by Visual Technology Innovations, Inc.. (Stemerman, Jonathan) |
| 33. | ECF No. 194 | 5/12/2021 | Transcript regarding Hearing Held 5/10/2021 RE: Omnibus Hearing on Motion to Dismiss. Remote electronic access to the transcript is restricted until 8/10/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For information about how to obtain a transcript, call the Clerk's Office or Contact the Court Reporter/Transcriber, Reliable, at Telephone number 302-654-8080. Filed by . Notice of Intent to Request Redaction Deadline Due By 5/19/2021. Redaction Request Due By 6/2/2021. Redacted Transcript Submission Due By |

122286512_4

| | | | |
|---|---|---|---|
| | | | 6/14/2021. Transcript access will be restricted through 8/10/2021. (MD) |
| 34. | ECF No. 195 | 5/12/2021 | Transcript regarding Hearing Held 5/11/2021 RE: (Continued) Omnibus Hearing on Motion to Dismiss. Remote electronic access to the transcript is restricted until 8/10/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For information about how to obtain a transcript, call the Clerk's Office or Contact the Court Reporter/Transcriber, Reliable, at Telephone number 302-654-8080. Filed by . Notice of Intent to Request Redaction Deadline Due By 5/19/2021. Redaction Request Due By 6/2/2021. Redacted Transcript Submission Due By 6/14/2021. Transcript access will be restricted through 8/10/2021. (MD) |
| 35. | ECF No. 200 | 5/18/2021 | Transcript regarding Hearing Held 05/17/2021 RE: Judge's Decision. Remote electronic access to the transcript is restricted until 8/16/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For information about how to obtain a transcript, call the Clerk's Office or Contact the Court Reporter/Transcriber, Reliable, at Telephone number 302-654-8080. Filed by . Notice of Intent to Request Redaction Deadline Due By 5/25/2021. Redaction Request Due By 6/8/2021. Redacted Transcript Submission Due By 6/18/2021. Transcript access will be restricted through 8/16/2021. (LBr) |
| 36. | | | A copy of the docket in the bankruptcy case from the inception of the bankruptcy case (February 24, 2021) forward. |

The Debtor also designates the following exhibits to be included in the record on appeal:

| Index No. | Exhibit | Date | Description |
|---|---|---|---|
| 37. | Stream TX 1 | n/a | Omnibus Agreement |
| 38. | Stream TX 2 | n/a | Omnibus Agreement |

122286512_4

| 39. | Stream TX 3 | n/a | Letter Agreement |
|---|---|---|---|
| 40. | Stream TX 5 | n/a | Stream TV Omnibus Agreement-Schedule 1.1(b) and Annex II |
| 41. | Stream TX 6 | n/a | Stream TV Omnibus Agreement-Schedule 2.6 Contracts |
| 42. | Stream TX 9 ECF No. 87 | 3/24/2021 | Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, , *Sum of Assets and Liabilities, Decl Concerning Debtors Schs, Stmt of Financial Affairs,. Filed by Stream TV Networks, Inc.. (Attachments: # 1 Schedule D # 2 Schedule EF # 3 Schedule G # 4 Schedule H # 5 Summary of Assets and Liabilities for Non-Individual Debtors # 6 Declaration Under Penlty of Perjury for Non-Individual Debtors # 7 Statement of Financial Affairs) (Weis, Martin)* |
| 43. | Stream TX 12a | n/a | Sale Agreement of March 12, 2015 between Stream TV Networks, Inc. and Iinuma Gauge Mfg. Co., Ltd. |
| 44. | Stream TX 12b | n/a | Sales Agreement Amendment |
| 45. | Stream TX 15 ECF No. 131 | 4/20/2021 | Amended Schedules/Statements filed: Sch A-B, Sch E-F, , *Sum of Assets and Liabilities, Decl Concerning Debtors Schs, Stmt of Financial Affairs,. Fee Amount $32. Filed by Stream TV Networks, Inc.. (Attachments: # 1 Schedule E/F # 2 Summary of Assets and Liabilities for Non-Individuals # 3 Declaration # 4 Statement of Financial Affairs) (Weis, Martin)* |
| 46. | Stream TX 19 | n/a | Technology License Agreement between Koninklijke Philips Electronics N.V. and Ultra-D Cooperatief U.A. dated December 8, 2011 |
| 47. | Stream TX 20b | n/a | Google project emails |
| 48. | Stream TX 21c | n/a | SeeCubic, Inc. Unaudited Consolidated Balance Sheet |
| 49. | Stream TX 22 | n/a | Dell Financial Lease Agreement dated December 5, 2018 |

| | | | |
|---|---|---|---|
| 50. | Stream TX 24 | n/a | Assumption and Assignment Agreement between Stream TV Networks, Inc. and SeeCubic, Inc. dated September 6, 2020 |
| 51. | VTI TX 20 | n/a | Assignment and Assumption Agreement Stream TV Networks, Inc. and SeeCubic, Inc. |
| 52. | VTI TX 45 | n/a | Stock Transfer and Power, signed by Shad Stastney. |
| 53. | VTI TX 66 | n/a | Email from Shadron L. Stastney to Leo Riley, subject: Re: JovAL |
| 54. | VTI TX 80 | n/a | Letter from DeBrauw Blackstone Westbroek on behalf of SeeCubic, Inc. to Mr. A.C.L.M. Luijks. Re: Invalid appointment as director of Ultra-D Coöperatief, SeeCubic B.V. and Stream TV International B.V. |
| 55. | VTI TX 82 | n/a | Letter from De Brauw Blackstone Westbroek on behalf of SeeCubic, Inc. to Lexence N.V. (Mr. C.M. Robertson). Re: SeeCubic B.V. – unjustified funding of shareholder litigation |
| 56. | VTI TX 88 | n/a | Bylaws of TechnoVative Media Inc. |
| 57. | VTI TX 92 | n/a | Certificate No. 1 for 1,000 Shares of Technovative Media Inc., issued to Stream TV Networks, Inc. (Front) |
| 58. | VTI TX 103 | n/a | SeeCubic, Inc. Omnibus Agreement – Schedule 1.1(b) – Assumed Liabilities and Annex II |
| 59. | VTI TX 107 | n/a | SeeCubic, Inc. Unaudited Consolidated Balance Sheet. December 31, 2020 |
| 60. | VTI TX 113 | n/a | Stream TV Networks, Inc. Resolution Committee, Written Action by Directors Without a Meeting |
| 61. | VTI TX 114 | n/a | Email from Kaushik Banerjee to Shadron L. Stastney, subject: Re: Dell Drives & RMA's delayed. |
| 62. | VTI TX 115 | n/a | Email from Shad Stastney to Krzysztof Kabacinski, subject: FWD: Committee-requested revisions |

122286512_4

| 63. | VTI TX 132 | n/a | Email from Shad Stastney to Colin Mikkers, subject: Re: Request |
| --- | --- | --- | --- |
| 64. | VTI TX 134 | n/a | Securities and Exchange Commission, Order Instituting Administrative and Cease-and –Desist Proceeding pursuant to Sections 203(f) and 203(k) of the Investment Advisors Act of 1950 and Section 9(b) of the Investment Company Act of 1940, Making Findings, and Imposing Remedial Sanctions and a Cease-and-Desist Order. In the Matter of Shadron L. Stastney, Respondent. |
| 65. | VTI TX 153 | n/a | Amended Stock Purchase Agreement between Visual Technology Innovations, Inc. and Burlington Resources Asia Limited |
| 66. | VTI TX 156 | n/a | Omnibus Agreement – Q&B Draft |
| 67. | VTI TX 157 | n/a | SeeCubic, Inc. Confidential Private Placement Memorandum |
| 68. | VTI TX 159 | n/a | Amendment to Stock Purchase Agreement 210506 |
| 69. | SeeCubic TX 1 | n/a | Correspondence from Robinson Cole to Judge Mary Johnston attaching the Court of Chancery Opinion (Case No. N20-C-03-225-MMJ-CCLD) |
| 70. | SeeCubic TX 44 | n/a | Email from Mark Tavill to Shad Stastney re: email from Nicole Maneen (VTI) concerning call with M. Rajan |
| 71. | SeeCubic TX 179 | n/a | Email from Mathu Rajan to Timothy McCarthy Attaching Exhibit A to Stock Purchase Agreement and Stream TV slide deck |
| 72. | SeeCubic TX 181 | n/a | Email from Mark Tavill to Mathu Rajan re: Stream TV petition for bankruptcy |
| 73. | SeeCubic TX 193 | n/a | Term Sheet – Proposed Private Placement Investment in Convertible Debt |
| 74. | SeeCubic TX 197 | n/a | Letter from Knight Asia ltd. To M. Rajan |
| 75. | SeeCubic TX 261 | n/a | Supplemental Declaration of M. Rajan |

| | | | |
|---|---|---|---|
| 76. | SeeCubic TX 263 | n/a | Monthly Operating Report |
| 77. | SeeCubic TX 268 | n/a | Email from F. Knight-Davis to M. Rajan |
| 78. | SeeCubic TX 276 | n/a | Deposition Transcript of Shad Stastney |
| 79. | SeeCubic TX 282 | n/a | Expert Report of Sven H.M.A. Dumoulin |
| 80. | SeeCubic TX 283 | n/a | Expert Report of F.H. Rumora |
| 81. | SeeCubic TX 285 | n/a | Declaration of Burlington Resources Asia Limited, including exhibits |
| 82. | SeeCubic TX 286 | n/a | Email from M. Rajan to T. McCarthy re: Richard Windsor valuation reports, attaching native excel files |
| 83. | SeeCubic TX 287 | n/a | Attachment to 20210213 Email from M. Rajan to T. McCarthy-Valuation LOW.xlsx – Produced in native excel format |
| 84. | SeeCubic TX 288 | n/a | Attachment to 20210213 Email from M. Rajan to T. McCarthy-Valuation HI.xlsx-Produced in native excel format |
| 85. | SeeCubic TX 289 | n/a | Email from B. Robertson to M. Rajan re: VTI Corporate Governance Issues |
| 86. | SeeCubic TX 291 | n/a | Amended Stock Purchase Agreement |
| 87. | SeeCubic TX 293 | n/a | Amended Stock Purchase Agreement |
| 88. | SeeCubic TX 298 | n/a | Email from M. Weis to J. Liberi et al. re: Second Supplemental Declaration of Charles Robertson 20210507 |

Dated:  June 4, 2021                          /s/ *[signature]*

**DILWORTH PAXSON LLP**
Martin J. Weis (No. 4333)
704 N. King Street, Suite 500
P.O. Box 1031
Wilmington, DE 19899-1031
Telephone: (302) 571-9800
Facsimile: (302)655-1480

-and-

**DILWORTH PAXSON LLP**
Lawrence G. McMichael (*admitted pro hac vice*)
Anne M. Aaronson (*admitted pro hac vice*)
Yonit A. Caplow (*admitted pro hac vice*)
1500 Market St., Suite 3500E
Philadelphia, PA 19102
Telephone:  (215) 575-7000
Facsimile:  (215) 575-7200

*Proposed Counsel for the Debtor and Debtor in Possession*

122286512_4