IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| STREAM TV NETWORKS, INC., | : | Bankruptcy Case No. 21-10433 (KBO) |
| | : | |
| Debtors. | : | |
| _____ | : | |
| | : | |
| STREAM TV NETWORKS, INC., | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | Civil Action No. 21-723-RGA |
| | : | |
| VISUAL TECHNOLOGIES, et al., | : | |
| | : | |
| Appellees. | : | |

## ORDER

For the reasons stated in open court on December 15, 2021, it is hereby

ORDERED:

1. The Order Dismissing Debtor's Chapter 11 Case, dated May 17, 2021 (D.1-1) is hereby AFFIRMED.

2. The Clerk is directed to CLOSE Civil Action No. 21-723-RGA.

December 16, 2021
DATE

_____
UNITED STATES DISTRICT JUDGE